**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
**12/15**

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | William _____<br>First name | _____<br>First name |
| | | H. _____<br>Middle name | _____<br>Middle name |
| | Bring your picture identification to your meeting with the trustee. | Carpenter _____<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-8178 | |

Debtor 1    William H. Carpenter                                                                 Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

■ I have not used any business name or EINs.

Business name(s)

EINs

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business name or EINs.

Business name(s)

EINs

**5. Where you live**

0S415 Prince Crossing Road
West Chicago, IL 60185
Number, Street, City, State & ZIP Code

DuPage
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1    William H. Carpenter                                                    Case number *(if known)*

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|
| District | _____ | When | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | Case number, if known | _____ |

**11. Do you rent your residence?**

- ☑ No.    Go to line 12.
- ☐ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

    - ☐ No. Go to line 12.
    - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1     William H. Carpenter                                                    Case number *(if known)*

---

| **Part 3:** | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
                          Number, Street, City, State & Zip Code

---

Debtor 1    William H. Carpenter                                                        Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

### About Debtor 1:

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

### About Debtor 2 (Spouse Only in a Joint Case):

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    William H. Carpenter _____    Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**    I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ William H. Carpenter
_____    _____
William H. Carpenter    Signature of Debtor 2
Signature of Debtor 1

Executed on    April 14, 2017 _____    Executed on _____
MM / DD / YYYY    MM / DD / YYYY

Debtor 1    William H. Carpenter                                                                Case number (if known) _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ Robert R. Benjamin                                     Date    April 14, 2017
Signature of Attorney for Debtor                                   MM / DD / YYYY

Robert R. Benjamin
Printed name

Golan Christie Taglia LLP
Firm name

70 W. Madison
Suite 1500
Chicago, IL 60602
Number, Street, City, State & ZIP Code

Contact phone    (312) 263-2300              Email address    rrbenjamin@gct.law

0170429
Bar number & State

---

**Fill in this information to identify your case:**

| Debtor 1 | William H. Carpenter | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | | Your assets Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B................................................ | $  125,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.................................... | $  23,283.20 |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................. | $  148,283.20 |

### Part 2:    Summarize Your Liabilities

| | | Your liabilities Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $  552,405.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. | $  14,811,411.46 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $  145,211.85 |
| | **Your total liabilities** | $  15,509,028.31 |

### Part 3:    Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................................ | $  23,150.48 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*........................................................... | $  18,512.08 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   William H. Carpenter

Case number *(if known)*

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $  0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $  14,811,411.46 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $  0.00 |
| 9d. Student loans. (Copy line 6f.) | $  0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $  0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$  0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $  14,811,411.46 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | William H. Carpenter |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |

☐ Check if this is an
amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

**1.1**

S415 Prince Crossing Road
Street address, if available, or other description

West Chicago      IL      60185-0000
City      State      ZIP Code

DuPage
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $250,000.00 | $125,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Entireties

☐ **Check if this is community property**
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>**

$125,000.00

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    William H. Carpenter                                    Case number *(if known)* _____

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Ford** |
|-----|-------|----------|
|     | Model: | **Explorer** |
|     | Year: | **2005** |
|     | Approximate mileage: | |
|     | Other information: | |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,000.00 | $2,000.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................................=>

| $2,000.00 |
|---|

| **Part 3:** | Describe Your Personal and Household Items |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| Household goods and furnishings | $2,500.00 |
|---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

| Electronics | $200.00 |
|---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....

| Collection of books concerning the Civil War | $5,940.00 |
|---|---|

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    William H. Carpenter         Case number *(if known)* _____

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes. Describe.....

11. **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| Clothes | $150.00 |
|---|---|

12. **Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
■ No
☐ Yes. Describe.....

13. **Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
■ Yes. Describe.....

| Two rescue horses, one rescue dog | $50.00 |
|---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................. | $8,840.00 |

**Part 4:** Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes.................................................................................................

| | Cash | $50.00 |
|---|---|---|

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes......................     Institution name:

| 17.1. | Checking x 0212 | Harris Bank | $4,148.50 |
|---|---|---|---|
| 17.2. | Savings x 3300 | MB Financial | $1,102.70 |
| 17.3. | Checking x1669 | Republic Bank | $6,642.00 |

Debtor 1    William H. Carpenter                                          Case number (if known) _____

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes.................          Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| P.T.O. Services Inc. | 100%  % | $0.00 |
| Transport Production Systems, Inc. | 100%  % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
                     Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) | Guardian Retirement Solutions | $500.00 |

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. .....................          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............          Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ☐ No
   ■ Yes.  Give specific information about them...

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    William H. Carpenter                                           Case number *(if known)* _____

| Driver's License | $0.00 |
|---|---|

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29. Family support**
  *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
  *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ■ No
- ☐ Yes. Give specific information..

**31. Interests in insurance policies**
  *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ■ No
- ☐ Yes. Name the insurance company of each policy and list its value.
        Company name:                         Beneficiary:                    Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
  If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ■ No
- ☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
  *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ■ No
- ☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ■ No
- ☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**
- ■ No
- ☐ Yes. Give specific information..

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...........................................................................................................

| $12,443.20 |
|---|

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
- ■ No. Go to Part 6.
- ☐ Yes.  Go to line 38.

Official Form 106A/B                           Schedule A/B: Property                                      page 5

Debtor 1      William H. Carpenter                                    Case number *(if known)* _____

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information.........

**54.   Add the dollar value of all of your entries from Part 7. Write that number here  .....................................**

|  |
|---|
| $0.00 |

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ......................................................................................... | | $125,000.00 |
| 56. | **Part 2: Total vehicles, line 5** | $2,000.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $8,840.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $12,443.20 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $23,283.20 | Copy personal property total  $23,283.20 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $148,283.20 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | William H. Carpenter |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| S415 Prince Crossing Road West Chicago, IL 60185  DuPage County<br>Line from *Schedule A/B*: 1.1 | $125,000.00 | ■ | $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-112 |
| S415 Prince Crossing Road West Chicago, IL 60185  DuPage County<br>Line from *Schedule A/B*: 1.1 | $125,000.00 | ■ | $15,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-901 |
| 2005 Ford Explorer<br>Line from *Schedule A/B*: 3.1 | $2,000.00 | ■ | $2,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(c) |
| Household goods and furnishings<br>Line from *Schedule A/B*: 6.1 | $2,500.00 | ■ | $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Electronics<br>Line from *Schedule A/B*: 7.1 | $200.00 | ■ | $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    William H. Carpenter

_____
Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Checking x 0212: Harris Bank<br>Line from *Schedule A/B*: 17.1 | $4,148.50 | ■ $1,300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Checking x1669: Republic Bank<br>Line from *Schedule A/B*: 17.3 | $6,642.00 | ■ $6,642.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(g)(1) |
| 401(k): Guardian Retirement Solutions<br>Line from *Schedule A/B*: 21.1 | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1006 |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | William H. Carpenter |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** Nationstar Mortgage | | $102,611.00 | $250,000.00 | $102,611.00 |

**2.1** Nationstar Mortgage
Creditor's Name

P.O. Box 619063
Dallas, TX 75261
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**
S415 Prince Crossing Road West
Chicago, IL 60185  DuPage County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    2013        Last 4 digits of account number    0542

| | | | | |
|---|---|---|---|---|
| **2.2** Oxford Bank and Trust | | $54,000.00 | $250,000.00 | $54,000.00 |

**2.2** Oxford Bank and Trust
Creditor's Name

1111 W. 22nd Street
Suite 800
Oak Brook, IL 60523
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**
S415 Prince Crossing Road West
Chicago, IL 60185  DuPage County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    2013        Last 4 digits of account number    0003

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor 1 | William H. Carpenter | | Case number (if know) | |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

| 2.3 | Select Portfolio Servicing, Inc. | Describe the property that secures the claim: | $395,794.00 | $250,000.00 | $145,794.00 |
|---|---|---|---|---|---|

Creditor's Name

Attn: Remittance
Processing
P.O. Box 65450
Salt Lake City, UT
84165-0450

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

```
S415 Prince Crossing Road West
Chicago, IL 60185  DuPage County
```

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim relates to a
   community debt**

Date debt was incurred    2013          Last 4 digits of account number    4606

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $552,405.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $552,405.00 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify your case: |
|---|

| Debtor 1 | William H. Carpenter | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☐ Yes.

2.   **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | Employment Development Dept.<br>Priority Creditor's Name | Last 4 digits of account number  7863 | $539,548.38 | $0.00 |

**Employment Development Dept.**
Priority Creditor's Name
P.O. Box 826215 MIC 3A
Sacramento, CA 94230-6215
Number Street City State Zip Code

Last 4 digits of account number  7863

When was the debt incurred?  2010 through 2016

Total claim: $539,548.38

Priority amount: $539,548.38

Nonpriority amount: $0.00

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
Contingent Corporate Obligation

Debtor 1   William H. Carpenter
Case number (if know)

---

| 2.2 | IL Dept. of Employment Security | | | Last 4 digits of account number 1758 | $1,053,671.59 | $1,053,671.59 | $0.00 |

Priority Creditor's Name
33 S. State Street, 10th Floor
Chicago, IL 60603-2802
Number Street City State Zip Code

**When was the debt incurred?** 2012 through 2016

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

Contingent Corporate Obligation

---

| 2.3 | Internal Revenue Service | | | Last 4 digits of account number | $8,746,967.58 | $8,746,967.58 | $0.00 |

Priority Creditor's Name
P.O. Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

**When was the debt incurred?** 2009 through 2016

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

Contingent Corporate Obligation

---

| 2.4 | Internal Revenue Service | | | Last 4 digits of account number | $1,284,157.24 | $1,284,157.24 | $0.00 |

Priority Creditor's Name
P.O. Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

**When was the debt incurred?** 2009 through 2016

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

Contingent Corporate Obligation

---

Debtor 1    William H. Carpenter _____    Case number (if know) _____

| 2.5 | Internal Revenue Service | | $2,679,180.40 | $2,679,180.40 | $0.00 |

**Internal Revenue Service**
Priority Creditor's Name
P.O. Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    $2,679,180.40    $2,679,180.40    $0.00

**When was the debt incurred?**    2009 through 2016

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify    Contingent Corporate Obligation

---

**2.6  Internal Revenue Service**
Priority Creditor's Name
P.O. Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    $507,886.27    $507,886.27    $0.00

**When was the debt incurred?**    2009 through 2016

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify    Contingent Corporate Obligation

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**
- ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- ☐ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1   William H. Carpenter

Case number (if know) _____

---

| 4.1 | Virginia Workers Comp. Committee | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
100 DMV Drive
Richmond, VA 23220
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 | A. Cerczeres | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
2502 North Burns
Wichita, KS 67204
Number Street City State Zip Code

**When was the debt incurred?**   6/30/2014

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.3 | A. Dawkins | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
2275 W. Victoria Dr. #2
Alpine, CA 91901
Number Street City State Zip Code

**When was the debt incurred?**   6/20/14

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter _____   Case number *(if know)* _____

---

**4.4** | Aaron Gomez
Nonpriority Creditor's Name
115 Harbor Drive 2B
Oswego, IL 60543
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?**   7/21/14

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.5** | Alan Claffey
Nonpriority Creditor's Name
1708 W Harmont Drive
Phoenix, AZ 85021
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?**   12/11/2011

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

**4.6** | Alejandro Flores
Nonpriority Creditor's Name
2424 Darcena St.
Bakersfield, CA 93304
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?**   5/13/11

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    William H. Carpenter _____    Case number (if know) _____

---

| 4.7 | Alex Sanchez | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
7722 Clive Ave.
Whittier, CA 90606

**When was the debt incurred?**    12/14/12

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.8 | Alfredo Vargas | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
1822 S. Palisade
Wichita, KS 67213

**When was the debt incurred?**    1/29/2014

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent corporate obligation for workers compensation claim

---

| 4.9 | Alvaro Ramiriz | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
509 Carr St.
Bakersfield, CA 93308

**When was the debt incurred?**    7/7/12

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter

Case number (if know) _____

---

**4.1 0**

American Express

Nonpriority Creditor's Name

Box 0001

Los Angeles, CA 90096

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   1005 _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Credit card

---

**4.1 1**

Angel Bousono

Nonpriority Creditor's Name

4062 Kingway Dr.

Crown Point, IN 46307

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   _____    Unknown

**When was the debt incurred?**   7/14/11

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.1 2**

Angel Diaz

Nonpriority Creditor's Name

399 N. Garfield Apt. 5

Pasadena, CA 91101

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   _____    Unknown

**When was the debt incurred?**   9/30/12

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter                                        Case number (if know) _____

---

**4.1 3**

Anthony Bridges

Nonpriority Creditor's Name

1446 S. Sawyer
Chicago, IL 60623

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

| | |
|---|---|
| **Last 4 digits of account number** _____ | Unknown |

**When was the debt incurred?**    7/18/03

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

**4.1 4**

Anthony Rizzi

Nonpriority Creditor's Name

2174 Rebecca Circle
Montgomery, IL 60538

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

| | |
|---|---|
| **Last 4 digits of account number** _____ | Unknown |

**When was the debt incurred?**    12/30/14

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

**4.1 5**

Anthony Robinson

Nonpriority Creditor's Name

6531 S. Paulina
Chicago, IL 60636

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

| | |
|---|---|
| **Last 4 digits of account number** _____ | Unknown |

**When was the debt incurred?**    3/1/17

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter _____   Case number (if know) _____

---

**4.16**

Anthony Stiggers
Nonpriority Creditor's Name
2172 W. Willard
Ontario, CA 91761
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

| Last 4 digits of account number _____ | Unknown |

When was the debt incurred?   4/12/14

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.17**

Anthony Torres
Nonpriority Creditor's Name
6024 Bourbon Drive
Carmichael, CA 95608
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

| Last 4 digits of account number _____ | Unknown |

When was the debt incurred?   4/14/2015

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

**4.18**

Antonio Carmen
Nonpriority Creditor's Name
1032 Elizabeth St.
West Chicago, IL 60185
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

| Last 4 digits of account number _____ | Unknown |

When was the debt incurred?   09/04/14, 06/07/16

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter _____    Case number (if know) _____

| 4.19 | Antonio Carter | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
109 Cabin Drive
Irmo, SC 29063

When was the debt incurred?    3/19/15

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    Contingent Corporate Obligation for workers compensation

☐ Yes

---

| 4.20 | Antwan Beard | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
5138 S. Union
Chicago, IL 60609

When was the debt incurred?    6/5/12

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    Contingent Corporate Obligation for workers compensation

☐ Yes

---

| 4.21 | Arthur Lindley | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
502 N. Grant Street
Oronogo, MO 64855

When was the debt incurred?    6/28/2013

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    Contingent corporate obligation for workers compensation claim

☐ Yes

Debtor 1   William H. Carpenter _____   Case number (if know) _____

---

| 4.2 2 | Baudel Mesa | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
1134 N. Waco
Wichita, KS 67203

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.2 3 | Baudel Mesa | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
1030 N. Market
Apartment 211
Wichita, KS 67214

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   4/2/2015

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.2 4 | Bernard Shurn | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
4054 W. 115th St. Apt. 211
Chicago, IL 60655

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   1/4/11, 9/7/11

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter _____    Case number (if know) _____

---

| 4.2 5 | Bill Milich | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
4651 N. 600 W
La Porte, IN 46350
Number Street City State Zip Code

**When was the debt incurred?**    7/12/11

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.2 6 | Bill Pohl | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
108 N. Forest Glenn Dr.
Round Lake, IL 60073
Number Street City State Zip Code

**When was the debt incurred?**    9/22/11, 8/5/13, 10/16/15

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.2 7 | Bobby Joe Childers | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
106437 Rodeo Drive
McLoud, OK 74851
Number Street City State Zip Code

**When was the debt incurred?**    4/23/2012

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

Debtor 1    William H. Carpenter _____    Case number (if know) _____

| 4.2 8 | Brandon Green | | Last 4 digits of account number _____ | | Unknown |

Nonpriority Creditor's Name
803 N. Grant St.
Crown Point, IN 46307
Number Street City State Zip Code

**When was the debt incurred?**    10/19/11

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 9 | Brian Crampton | | Last 4 digits of account number _____ | | Unknown |

Nonpriority Creditor's Name
3455 N. Broadway
Wichita, KS 67213
Number Street City State Zip Code

**When was the debt incurred?**    2/18/2013

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.3 0 | Brian Hopkins | | Last 4 digits of account number _____ | | Unknown |

Nonpriority Creditor's Name
492 E. Briarcliff Rd.
Bolingbrook, IL 60440
Number Street City State Zip Code

**When was the debt incurred?**    12/1/16

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter _____    Case number (if know) _____

---

| 4.3 1 | Brian Sudsbury | | Last 4 digits of account number _____ | | Unknown |

**Brian Sudsbury**
Nonpriority Creditor's Name
617 1/2 Washington Ave.
Bakersfield, CA 93308
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

**Unknown**

---

| 4.3 2 | Bruce Gamble | | | | Unknown |

**Bruce Gamble**
Nonpriority Creditor's Name
12964 County Road 90
Kenton, OH 43326
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    5/5/2011

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent corporate obligation for workers compensation claim

**Unknown**

---

| 4.3 3 | Bruce Miller | | | | Unknown |

**Bruce Miller**
Nonpriority Creditor's Name
72 The Oaks
Tolono, IL 61880
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    8/11/15

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

**Unknown**

---

Debtor 1   William H. Carpenter _____   Case number (if know) _____

---

| 4.3 4 | C. Latinette | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
210 N. Haag St.
Breese, IL 62230
Number Street City State Zlp Code

When was the debt incurred?   5/27/15

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.3 5 | Candance Ottenstroer | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
2023 E. 1130 North
Demotte, IN 46310
Number Street City State Zlp Code

When was the debt incurred?   6/14/11

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.3 6 | Carlos Ecute | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
10424 Cliota St.
Whittier, CA 90601
Number Street City State Zlp Code

When was the debt incurred?   6/22/12

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter

_____     Case number (if know) _____

| 4.3 7 | Carlos Gomez | | Last 4 digits of account number _____ | | Unknown |

Nonpriority Creditor's Name
1534 N. Crimson Lane
Palatine, IL 60074

Number Street City State Zip Code

**When was the debt incurred?**    5/5/14, 4/22/14

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.3 8 | Carlos Gonzales | | Last 4 digits of account number _____ | | Unknown |

Nonpriority Creditor's Name
1559 N. Market
Wichita, KS 67214

Number Street City State Zip Code

**When was the debt incurred?**    1/19/2015

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

| 4.3 9 | Cecilia Rivera | | Last 4 digits of account number _____ | | Unknown |

Nonpriority Creditor's Name
1185 S. Towne Ave.
Pomona, CA 91760

Number Street City State Zip Code

**When was the debt incurred?**    10/21/12

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter
_____          Case number (if know) _____

| 4.4 0 | Chad Fewell | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
HC 70 Box 985
Antlers, OK 74523
Number Street City State Zip Code

**When was the debt incurred?**   4/23/2012

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.4 1 | Charles Ayers | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
2812 Gosford
Bakersfield, CA 93309
Number Street City State Zip Code

**When was the debt incurred?**   2/22/14

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.4 2 | Charles Lawrence | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
7957 Delmar Ave.
Hammond, IN 46324
Number Street City State Zip Code

**When was the debt incurred?**   3/13/14

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

Debtor 1   William H. Carpenter

Case number (if know) _____

| 4.4 3 | Charlie Pollard | Last 4 digits of account number | 1989 | Unknown |

**Charlie Pollard**
Nonpriority Creditor's Name
3731 Parrish Ave.
East Chicago, IN 46312
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    1989

When was the debt incurred?    8/26/14

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

Unknown

---

| 4.4 4 | Charlie Robinson | Last 4 digits of account number | 6415 | Unknown |

**Charlie Robinson**
Nonpriority Creditor's Name
125 Sedgwick St.
Stratford, CT 06615
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    6415

When was the debt incurred?    6/23/13

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

Unknown

---

| 4.4 5 | Chase | Last 4 digits of account number | 4545 | $3,018.07 |

**Chase**
Nonpriority Creditor's Name
Cardmember Services
PO Box 1423
Charlotte, NC 28201
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    4545

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Credit card

$3,018.07

Debtor 1    William H. Carpenter _____    Case number (if know) _____

---

| 4.4 6 | | | |
|---|---|---|---|
| | Chase | Last 4 digits of account number | 2301 | $791.21 |

Nonpriority Creditor's Name
Cardmember Services
PO Box 1423
Charlotte, NC 28201
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Credit card

---

| 4.4 7 | | | |
|---|---|---|---|
| | Chris Broderick | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
7406 Tany Place
Merrillville, IN 46410
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    1/17/14

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.4 8 | | | |
|---|---|---|---|
| | Christian Alvarado | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
542 W. Ave. H 14
Lancaster, CA 93534
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    6/11/14

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter

Case number (if know) _____

---

**4.49**

| | |
|---|---|
| Christina Williams | Last 4 digits of account number _____     Unknown |

Nonpriority Creditor's Name
7602 S. 127 Street E Lot 1
Derby, KS 67037
Number Street City State Zip Code

When was the debt incurred?    3/20/2014, 7/10/2014

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

**4.50**

| | |
|---|---|
| Christopher Chatman | Last 4 digits of account number _____     Unknown |

Nonpriority Creditor's Name
5806 W. Waveland
Chicago, IL 60619
Number Street City State Zip Code

When was the debt incurred?    1/16/15

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

**4.51**

| | |
|---|---|
| Christopher Hampton | Last 4 digits of account number _____     Unknown |

Nonpriority Creditor's Name
1075 Cleveland Ave.
Calumet City, IL 60409
Number Street City State Zip Code

When was the debt incurred?    4/24/13

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter                                                           Case number (if know)

---

| 4.5 2 | Christopher Keener | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
620 N. 6 Street
Duncan, OK 73533
Number Street City State Zip Code

**When was the debt incurred?**    3/28/14

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.5 3 | Christopher Latinette | Last 4 digits of account number | 0612 | Unknown |

Nonpriority Creditor's Name
210 N. Haag St.
Breese, IL 62230
Number Street City State Zip Code

**When was the debt incurred?**    05/27/15

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.5 4 | Christopher Winters | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
3614 Monroe St.
Gary, IN 46404
Number Street City State Zip Code

**When was the debt incurred?**    6/6/14

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

---

Debtor 1    William H. Carpenter

Case number (if know) _____

---

**4.5 5**    Clarence Thomas

Nonpriority Creditor's Name
2653 N. Asutin Ave,
Chicago, IL 60639

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        Unknown

**When was the debt incurred?**    9/5/12

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

**4.5 6**    Clifford McKee

Nonpriority Creditor's Name
401 N. Emporia
Wichita, KS 67204

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        Unknown

**When was the debt incurred?**    5/30/2014

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

**4.5 7**    Craig Herlitz

Nonpriority Creditor's Name
24314 Cline Ave.
Lowell, IN 46356

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        Unknown

**When was the debt incurred?**    1/24/14, 3/5/14

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter _____   Case number (if know) _____

---

| 4.5 8 | Cristobal Sosa | Last 4 digits of account number ____ ____ ____ ____ | Unknown |

Nonpriority Creditor's Name
24724 Clinton Ave.
Round Lake, IL 60073
Number Street City State Zip Code

When was the debt incurred?   1/16/15

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.5 9 | Damen Henderson | Last 4 digits of account number  7458 | Unknown |

Nonpriority Creditor's Name
69805 Brightway Pl. Apt J
Gwynn Oak, MD 21207
Number Street City State Zip Code

When was the debt incurred?   1/23/13

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.6 0 | Damien Jeffries | Last 4 digits of account number ____ ____ ____ ____ | Unknown |

Nonpriority Creditor's Name
133 S Barat
Saint Louis, MO 63135
Number Street City State Zip Code

When was the debt incurred?   3/16/2015

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

Debtor 1   William H. Carpenter _____   Case number (if know) _____

---

**4.6
1**

Dan Lanter
_____
Nonpriority Creditor's Name
14323 Schumacher Rd.
Aviston, IL 62216
_____
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   7918 _____          Unknown

When was the debt incurred?   7/15/14 _____

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.6
2**

Dan Rupel
_____
Nonpriority Creditor's Name
1123 New Trenton Rd.
Highland, IL 62249
_____
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   7415 _____          Unknown

When was the debt incurred?   2/16/15 _____

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.6
3**

Dan Simmons
_____
Nonpriority Creditor's Name
7865 Sunnybrook Rd.
Marion, IL 62959
_____
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   _____          Unknown

When was the debt incurred?   7/14/14 _____

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter

Case number (if know) _____

| 4.6 4 | Dan Tittle | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
18108 Westlawn Court
Hesperia, CA 92345
Number Street City State Zip Code

When was the debt incurred?   8/24/2015

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Contingent corporate obligation for workers compensation claim

| 4.6 5 | Daniel Baker | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
401 S. Emporia
Wichita, KS 67202
Number Street City State Zip Code

When was the debt incurred?   3/25/2014

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Contingent corporate obligation for workers compensation claim

| 4.6 6 | Daniel Groff | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
130 Lefever Rd.
Mount Joy, PA 17552
Number Street City State Zip Code

When was the debt incurred?   7/17/13, 11/18/14, 9/5/15

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Contingent Corporate Obligation for workers compensation

Debtor 1    William H. Carpenter

Case number (if know) _____

---

**4.67**

Darrell Cordray

Nonpriority Creditor's Name

306 Depot St.

Panama, IL 62077

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred?    3/22/14

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

**4.68**

Darrlyn Johnson

Nonpriority Creditor's Name

127 S. Colby Avenue

Valley Center, KS 67147

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred?    5/21/2014

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

**4.69**

Dave Harry

Nonpriority Creditor's Name

2243 Marilyn Dr.

Saint Joseph, IL 61873

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred?    7/21/14

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter

Case number (if know)

---

| 4.70 | Dave Scobey | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

26 S. California St.
Hebron, IN 46341

Number Street City State Zip Code

**When was the debt incurred?**   8/16/13

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.71 | Dave Scobey | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

415 Mockingbird Lane
Lowell, IN 46356

Number Street City State Zip Code

**When was the debt incurred?**   10/4/11, 10/28/11

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.72 | David Bennett | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

523 N. Wisconsin St.
Hobart, IN 46342

Number Street City State Zip Code

**When was the debt incurred?**   1/6/14

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter
_____
Case number (if know) _____

| 4.7 3 | David Bent | | Last 4 digits of account number _____ | | Unknown |

Nonpriority Creditor's Name
16884 River Bluff Rd.
Okawville, IL 62271
Number Street City State Zip Code

When was the debt incurred?    9/11/14

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.7 4 | David Long | | Last 4 digits of account number _____ | | Unknown |

Nonpriority Creditor's Name
1307 Hilltop
McHenry, IL 60050
Number Street City State Zip Code

When was the debt incurred?    12/22/15

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.7 5 | David Solis | | Last 4 digits of account number _____ | | Unknown |

Nonpriority Creditor's Name
321 Wales Ct.
San Jacinto, CA 92583
Number Street City State Zip Code

When was the debt incurred?    5/5/14

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter

Case number (if know)

---

**4.76**

De Andre Clemons

Nonpriority Creditor's Name

16252 Oxford Dr. E
Harvey, IL 60426

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred?    12/5/11

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

**4.77**

Delfino Jasso

Nonpriority Creditor's Name

666 Harrison Ct.
Merrillville, IN 46410

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred?    12/5/11

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

**4.78**

Dennis Thacker

Nonpriority Creditor's Name

350 Madison
Pocahontas, IL 62275

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    2449    Unknown

When was the debt incurred?    10/10/14

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter _____    Case number (if know) _____

---

| 4.7 9 | Derek F. Kettle | Last 4 digits of account number | 474Q | Unknown |

Nonpriority Creditor's Name
211 N. Robinson Ste 800 N
Oklahoma City, OK 73102
Number Street City State Zip Code

When was the debt incurred?    11/18/2013

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

| 4.8 0 | Devon Felkner | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
969 Roedel Dr.
San Diego, CA 92154
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.8 1 | Diane Dearing | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
564 Carnahan Rd.
Compton, IL 61318
Number Street City State Zip Code

When was the debt incurred?    4/24/11

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter

Case number (if know) _____

---

**4.8 2**

Diego Salcido
Nonpriority Creditor's Name
2543 Caminito Ave.
San Diego, CA 92154
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____        Unknown

When was the debt incurred?   8/18/15

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.8 3**

Dionicio Ramirez
Nonpriority Creditor's Name
12500 Roosevelt Blvd
Perrysburg, OH 43551
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____        Unknown

When was the debt incurred?   9/26/2012, 4/1/2014

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

**4.8 4**

Discover
Nonpriority Creditor's Name
P.O. Box 6103
Carol Stream, IL 60197
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number   6131        $1,402.57

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Credit card

---

Debtor 1   William H. Carpenter _____   Case number (if know) _____

| 4.8 5 | **Don Hyle** | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
115 W. John St.
Plano, IL 60545
Number Street City State Zip Code

**When was the debt incurred?**   12/18/15

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.8 6 | **Donald Coleman** | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
3630 Jackson St.
Gary, IN 46408
Number Street City State Zip Code

**When was the debt incurred?**   4/9/12

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.8 7 | **Donald Gibbons** | **Last 4 digits of account number** 1861 | Unknown |

Nonpriority Creditor's Name
6246 W. Warwick
Chicago, IL 60634
Number Street City State Zip Code

**When was the debt incurred?**   7/30/15

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter                                          Case number (if know) _____

---

| 4.8 8 | | | |
|---|---|---|---|

**Donald Tobias**                                    Last 4 digits of account number _____        Unknown

Nonpriority Creditor's Name
303 N. Bush St. #7                                   When was the debt incurred?    8/30/12
Anaheim, CA 92805
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
**Who incurred the debt? Check one.**

☐ Debtor 1 only                                      ■ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
                                                     **Type of NONPRIORITY unsecured claim:**
■ At least one of the debtors and another
                                                     ☐ Student loans
**☐ Check if this claim is for a  community
debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                     report as priority claims
**Is the claim subject to offset?**
                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                     ■ Other. Specify   Contingent Corporate Obligation for workers
☐ Yes                                                                   compensation

---

| 4.8 9 | | | |
|---|---|---|---|

**Donnie Cessna**                                    Last 4 digits of account number _____        Unknown

Nonpriority Creditor's Name
16272 W Highway 54                                   When was the debt incurred?    6/17/2015
Lot 126
Goddard, KS 67052
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
**Who incurred the debt? Check one.**

☐ Debtor 1 only                                      ■ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
                                                     **Type of NONPRIORITY unsecured claim:**
■ At least one of the debtors and another
                                                     ☐ Student loans
**☐ Check if this claim is for a  community
debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                     report as priority claims
**Is the claim subject to offset?**
                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                     ■ Other. Specify   Contingent corporate obligation for workers
☐ Yes                                                                   compensation claim

---

| 4.9 0 | | | |
|---|---|---|---|

**Douglas Frasier**                                  Last 4 digits of account number _____        Unknown

Nonpriority Creditor's Name
2648 Gtsnvid Ey                                      When was the debt incurred?    8/12/13
Upland, CA 91784
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
**Who incurred the debt? Check one.**

☐ Debtor 1 only                                      ■ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
                                                     **Type of NONPRIORITY unsecured claim:**
■ At least one of the debtors and another
                                                     ☐ Student loans
**☐ Check if this claim is for a  community
debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                     report as priority claims
**Is the claim subject to offset?**
                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                     ■ Other. Specify   Contingent Corporate Obligation for workers
☐ Yes                                                                   compensation

---

Debtor 1    William H. Carpenter

_____
Case number (if know)

---

| 4.9 1 | Dustin Plant | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
3495 Pierland Dr.
Pocahontas, IL 62275

**When was the debt incurred?**    6/6/14

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.9 2 | Earnest Green | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
7957 Mati Avenue
Jacksonville, FL 32219

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

| 4.9 3 | Ed Cons | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
16845 N 29th Avenue Street 1
#702
Glendale, AZ 85308

**When was the debt incurred?**    1/27/2015

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    William H. Carpenter                                          Case number (if know)

---

**4.94**

Edgar Flores

Nonpriority Creditor's Name

938 Windmere Ct.

Aurora, IL 60504

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          Unknown

When was the debt incurred?    12/11/14

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

**4.95**

Edgar Hernandez

Nonpriority Creditor's Name

302 W. 53rd Street North

Wichita, KS 67204

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          Unknown

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

**4.96**

Eldon Bailey

Nonpriority Creditor's Name

7130 E. 111th Street

Mulvane, KS 67110

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          Unknown

When was the debt incurred?    3/20/2013

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

Debtor 1    William H. Carpenter

Case number (if know) _____

| 4.9 7 | Elmen Doyle | | Last 4 digits of account number | _____ | | Unknown |

Nonpriority Creditor's Name

4251 Pinewood Lane
Matteson, IL 60443

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    10/7/15

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.9 8 | Elmer Herbert | | Last 4 digits of account number | _____ | | Unknown |

Nonpriority Creditor's Name

4251 Pinewood Lane
Matteson, IL 60443

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    10/7/15

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.9 9 | Eric Evans | | Last 4 digits of account number | _____ | | Unknown |

Nonpriority Creditor's Name

1426 Highway 50 West
Lot 42
Loose Creek, MO 65054

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    12/8/2013

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

Debtor 1    William H. Carpenter

_____
Case number (if know) _____

| | | |
|---|---|---|
| **4.1 00** | Errol Williams | Last 4 digits of account number    1166    Unknown |

Nonpriority Creditor's Name
P.O. Box 2242
San Bernardino, CA 92406
Number Street City State Zip Code

**When was the debt incurred?**    7/15/14

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| | | |
|---|---|---|
| **4.1 01** | Everett Cooney | Last 4 digits of account number    Unknown |

Nonpriority Creditor's Name
7860 Mission Center Ct. Ste. 111
San Diego, CA 92108
Number Street City State Zip Code

**When was the debt incurred?**    12/29/13

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| | | |
|---|---|---|
| **4.1 02** | Favian Rodriguez | Last 4 digits of account number    Unknown |

Nonpriority Creditor's Name
711 N. La Palma Ave.
Ontario, CA 91764
Number Street City State Zip Code

**When was the debt incurred?**    6/18/13

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter _____   Case number (if know) _____

---

**4.1 03**

**FL Division of Workers Comp.**
Nonpriority Creditor's Name
200 E. Gaines St.
Tallahassee, FL 32399
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____   Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Contingent Corporate Obligation for workers compensation

---

**4.1 04**

**Francisco Bolanos**
Nonpriority Creditor's Name
4013 Grand Blvd.
East Chicago, IN 46312
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____   Unknown

When was the debt incurred?   10/23/13

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Contingent Corporate Obligation for workers compensation

---

**4.1 05**

**Francisco Godinez**
Nonpriority Creditor's Name
15276 State St. Unite 2
South Holland, IL 60473
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____   Unknown

When was the debt incurred?   6/5/15

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter

Case number (if know) _____

---

| 4.1 06 | Frank Lesniewski | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
8729 Tulley
Oak Lawn, IL 60453
Number Street City State Zip Code

**When was the debt incurred?**    11/4/14

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 07 | Franklin Foster | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
1521 Nixton Rd.
Elizabeth City, NC 27909
Number Street City State Zip Code

**When was the debt incurred?**    9/16/14

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 08 | Franklin Powers | Last 4 digits of account number    0064 | Unknown |

Nonpriority Creditor's Name
3506 Aslin St.
Bakersfield, CA 93312
Number Street City State Zip Code

**When was the debt incurred?**    5/28/14

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter _____   Case number (if know) _____

---

| 4.1 09 | Ftatford Kovacs | | Last 4 digits of account number _____ | | Unknown |

**Nonpriority Creditor's Name**
2331 W. Palatine
Oak Brook, IL 60523
Number Street City State Zip Code

**When was the debt incurred?**   7/18/11

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 10 | G. Councill | | Last 4 digits of account number _____ | | Unknown |

**Nonpriority Creditor's Name**
780 Fox River Rd.
Valparaiso, IN 46385
Number Street City State Zip Code

**When was the debt incurred?**   3/16/14

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 11 | Gary Mercer | | Last 4 digits of account number _____ | | Unknown |

**Nonpriority Creditor's Name**
401 S. Emporia
Wichita, KS 67204
Number Street City State Zip Code

**When was the debt incurred?**   5/22/2014

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

Debtor 1   William H. Carpenter _____   Case number (if know) _____

| 4.1 12 | **Gary Pickett** | | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
7649 Heritage Rd.
Winnsboro, SC 29180

**When was the debt incurred?**   8/20/14

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 13 | **Gary Thompson** | | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
1173 Gerry St.
Gary, IN 46406

**When was the debt incurred?**   7/14/14

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 14 | **George Davis** | | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
827 Dodge
Evanston, IL 60202

**When was the debt incurred?**   11/17/11, 12/13/11, 12/28/12

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter _____   Case number (if know) _____

---

| 4.1 15 | **Georgia State Board of Workers Comp** | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
270 Peachtree St. NW
Atlanta, GA 30303
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 16 | **Gerald Bandy** | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
17445 Liller Road
Hilliard, FL 32046
Number Street City State Zip Code

**When was the debt incurred?**   7/18/2015

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.1 17 | **Gerald Councell** | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
780 Fox River Rd.
Valparaiso, IN 46385
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter

Case number (if know) _____

---

| 4.1 18 | Gilbert Murrieta | | Last 4 digits of account number | | | Unknown |

Nonpriority Creditor's Name
820 Hawaii Ave.
San Diego, CA 92154
Number Street City State Zlp Code

When was the debt incurred?    10/1/12, 10/1/13, 3/20/14

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 19 | Gustavo Muro | | Last 4 digits of account number | | | Unknown |

Nonpriority Creditor's Name
1822 Inca Rd.
Bakersfield, CA 93304
Number Street City State Zlp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 20 | Harold Bailey | | Last 4 digits of account number | 2745 | | Unknown |

Nonpriority Creditor's Name
1856 Autumn Trail
Wentzville, MO 63385
Number Street City State Zlp Code

When was the debt incurred?    3/17/2014

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

Debtor 1   William H. Carpenter _____   Case number (if know) _____

| 4.1 21 | Henry Gatson |
|---|---|

Nonpriority Creditor's Name
416 Mackinaw Ave.
Calumet City, IL 60409
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    Unknown

When was the debt incurred?   1/12/16

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

| 4.1 22 | Henry Sanders |
|---|---|

Nonpriority Creditor's Name
8508 El Lindo Crt.
Antelope, CA 95843
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    Unknown

When was the debt incurred?   10/5/15

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

| 4.1 23 | Herman Thompkins |
|---|---|

Nonpriority Creditor's Name
2011 Durkee Drive E
Jacksonville, FL 32209
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    Unknown

When was the debt incurred?   7/3/2015

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

Debtor 1    William H. Carpenter

Case number *(if know)* _____

| 4.1 24 | | | |

**Horace Turner**
Nonpriority Creditor's Name
7244 Merganser St.
Hobart, IN 46342
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**    3/27/12, 1/2/14

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 25 | | | |

**Hugo Jaimez**
Nonpriority Creditor's Name
6071 Lute Rd.
Portage, IN 46368
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**    1/7/14

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 26 | | | |

**Ignacio Medel**
Nonpriority Creditor's Name
3280 Cashel Lane
Corona, CA 92882
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**    5/8/15

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   William H. Carpenter _____     Case number (if know) _____

---

| 4.1 27 | Illinois Workers' Comp. Commission | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

**Nonpriority Creditor's Name**

100 W. Randolph Suite 8-200
Chicago, IL 60601

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 28 | Industrial Commission of Arizona | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

**Nonpriority Creditor's Name**

800 W. Washington St.
Phoenix, AZ 85007

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 29 | Ira Bryant | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

**Nonpriority Creditor's Name**

2864 Penbrooke Lane
Saint Charles, MO 63301

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   4/17/2015

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

Debtor 1   William H. Carpenter

Case number (if know) _____

| | | |
|---|---|---|
| **4.1 30** | Isaac Chamberlain | |

**Nonpriority Creditor's Name**

407 S. Sebree Street
Madisonville, KY 42431

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**   12/5/2012

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| | | |
|---|---|---|
| **4.1 31** | Ismael Alvarado | |

**Nonpriority Creditor's Name**

542 West
Lancaster, CA 93535

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**   11/21/11

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| | | |
|---|---|---|
| **4.1 32** | Israel Morales | |

**Nonpriority Creditor's Name**

1155 Homer Ave.
Aurora, IL 60505

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter _____    Case number (if know) _____

---

| 4.1<br>33 | J. Orlowski | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
1036 Brentwood Circle
Buffalo Grove, IL 60089

Number Street City State Zip Code

**When was the debt incurred?**    6/21/14

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1<br>34 | Jack Rogers | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
RR 3 Box 620
Vandalia, IL 62471

Number Street City State Zip Code

**When was the debt incurred?**    2/22/16

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1<br>35 | Jaime Gutierrez | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
1011 Beyer Way #124
San Diego, CA 92154

Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    _____

---

Debtor 1    William H. Carpenter

Case number (if know) _____

| 4.1 36 | | |
|---|---|---|

**Jaime Lemas**

Nonpriority Creditor's Name

1621 Madsone Ave #25
West Sacramento, CA 95691

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**    12/4/13

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 37 | | |
|---|---|---|

**Jaime Meza**

Nonpriority Creditor's Name

6535 El Cortez Ave.
La Habra, CA 90631

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**    6/26/13

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 38 | | |
|---|---|---|

**James Bannasch**

Nonpriority Creditor's Name

904 Windemere Lane
Aurora, IL 60504

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**    7/26/12

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter _____   Case number (if know) _____

---

| 4.1 39 | **James Mullins** | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
1100 Eastside Lane
Apt 3
Madisonville, KY 42431
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   12/19/2013, 7/15/2014

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.1 40 | **James Stanley** | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
1457 Ellis Trale Drive W.
Jacksonville, FL 32205
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   7/11/2014

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.1 41 | **James Tilton** | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
1912 Lehman Avenue
Toledo, OH 43611
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   3/8/2011

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

Debtor 1   William H. Carpenter

Case number (if know) _____

---

| 4.1 42 | James Walker | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name

P.O> Box 1562
Claremont, CA 91711

Number Street City State Zip Code

**When was the debt incurred?** 9/5/13

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 43 | James Williams | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name

8424 W. Oak Ave.
Niles, IL 60714

Number Street City State Zip Code

**When was the debt incurred?** 4/10/15

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 44 | Jared Poe | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name

1201 Calvin Ave.
Valparaiso, IN 46385

Number Street City State Zip Code

**When was the debt incurred?** 6/3/13

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter _____    Case number (if know) _____

---

| 4.1 45 | **Jeff Peters** | | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
681 Charlotte Ct.
New Lenox, IL 60451
Number Street City State Zip Code

**When was the debt incurred?**    6/24/11

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 46 | **Jeff Thompson** | | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
7091 N. Maize Road
Valley Center, KS 67147
Number Street City State Zip Code

**When was the debt incurred?**    8/21/2014

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

| 4.1 47 | **Jeff Thompson** | | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
7091 N. Maize Road
Valley Center, KS 67147
Number Street City State Zip Code

**When was the debt incurred?**    8/21/2014

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

Debtor 1    William H. Carpenter

Case number *(if know)* _____

---

| 4.1 48 | Jeffrey Coyle | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
9036 Glenshire St.
Tinley Park, IL 60487

When was the debt incurred?    2/27/13

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 49 | Jeffrey Henley | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
RR1 Box 88A
Mercer, MO 64661

When was the debt incurred?    5/6/2013

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

| 4.1 50 | Jeffrey Hillburn | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
17 Greensport Ferry Rd.
Ohatchee, AL 36271

When was the debt incurred?    5/2/13

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter

Case number (if know)

---

| 4.1 51 | Jeffrey Madison | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
4216 Washington Rd. #208
Kenosha, WI 53144

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 52 | Jennifer Crespo | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
2404 Arrington Way #4
North Chicago, IL 60064

**When was the debt incurred?**   6/10/16

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 53 | Jerry Howard | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
825 Ames St.
Hammond, IN 46320

**When was the debt incurred?**   9/3/14

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    William H. Carpenter

Case number (if know) _____

| 4.1 54 | | | |
|---|---|---|---|

**Jerry Oliver**

Nonpriority Creditor's Name

475 Fredrick Road

Dawson Springs, KY 42408

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?**    11/28/2012

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.1 55 | | | |
|---|---|---|---|

**Jesse Gonzalez**

Nonpriority Creditor's Name

3915 Euclid Ave.

Crown Point, IN 46307

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?**    10/19/11

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 56 | | | |
|---|---|---|---|

**Jim Jones**

Nonpriority Creditor's Name

204 S. H St.

Tilton, IL 61833

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?**    9/10/12

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1  William H. Carpenter
_____
Case number (if know) _____

---

| 4.1 57 | |
|---|---|

**Joe Bettes**
_____
Nonpriority Creditor's Name
420 E. Pontotoc
Roff, OK 74865
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        Unknown

**When was the debt incurred?**   5/2/2013

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.1 58 | |
|---|---|

**Joe Gordon**
_____
Nonpriority Creditor's Name
200 W. 57th
Wichita, KS 67204
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        Unknown

**When was the debt incurred?**   1/27/2015

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.1 59 | |
|---|---|

**Joe Trulik**
_____
Nonpriority Creditor's Name
309 West Cedar
Saybrook, IL 61770
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        Unknown

**When was the debt incurred?**   1/3/13

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter _____   Case number (if know) _____

| 4.1 60 | Joey Ferreira | | | Unknown |

Nonpriority Creditor's Name
322 21st St.
Sacramento, CA 95821
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   10/29/13

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 61 | John Brown | | | Unknown |

Nonpriority Creditor's Name
793 George Washington Highway
Chesapeake, VA 23323
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   4589

**When was the debt incurred?**   6/15/2015

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.1 62 | John Doyle | | | Unknown |

Nonpriority Creditor's Name
174 Ridgeway Ct.
Bourbonnais, IL 60914
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   8/14/15, 3/31/16

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter _____   Case number (if know) _____

| 4.1 63 | John Frost | | Last 4 digits of account number _____ | Unknown |

**John Frost**
Nonpriority Creditor's Name
26457 S. Banta
Tracy, CA 95304
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown
**When was the debt incurred?**   1/10/13

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 64 | John Nickel | | Last 4 digits of account number _____ | Unknown |

**John Nickel**
Nonpriority Creditor's Name
1933 S. Vine
Wichita, KS 67213
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown
**When was the debt incurred?**   4/18/2014

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.1 65 | John Pruett | | Last 4 digits of account number _____ | Unknown |

**John Pruett**
Nonpriority Creditor's Name
511 South 5th
Fisher, IL 61843
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown
**When was the debt incurred?**   10/19/15

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter _____    Case number (if know) _____

| 4.1 66 | John Vasquez | Last 4 digits of account number _____ | Unknown |

**Nonpriority Creditor's Name**
7683 E. 112th Ave.
Crown Point, IN 46307
Number Street City State Zip Code

**When was the debt incurred?**    5/1/12

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 67 | Jon Ambler | Last 4 digits of account number _____ | Unknown |

**Nonpriority Creditor's Name**
1310 Osprey Way
Greenwood, IN 46143
Number Street City State Zip Code

**When was the debt incurred?**    1/19/11

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 68 | Jono Nagode | Last 4 digits of account number _____ | Unknown |

**Nonpriority Creditor's Name**
724 Landon Ave,
Winthrop Harbor, IL 60096
Number Street City State Zip Code

**When was the debt incurred?**    4/30/13

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter _____   Case number (if know) _____

| 4.1 69 | Jorge Garcia |
|---|---|

Nonpriority Creditor's Name
2215 N. Jeanette
Wichita, KS 67204
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

| 4.1 70 | Jose Espinosa |
|---|---|

Nonpriority Creditor's Name
660 W. Etiwanda
Rialto, CA 92376
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    Unknown

**When was the debt incurred?**   1/7/13

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

| 4.1 71 | Jose Morales |
|---|---|

Nonpriority Creditor's Name
1709 Keating St.
Glendale Heights, IL 60139
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    Unknown

**When was the debt incurred?**   10/22/13

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

Debtor 1    William H. Carpenter

Case number (if know) _____

---

| 4.1 72 | Jose Quiros | | | Last 4 digits of account number _____ | | | Unknown |

Nonpriority Creditor's Name
5017 N. Waco
Wichita, KS 67203
Number Street City State Zip Code

**When was the debt incurred?**    12/5/2014

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

| 4.1 73 | Jose Solis | | | Last 4 digits of account number _____ | | | Unknown |

Nonpriority Creditor's Name
1520 Georgia Ct. Apt. 102
Naperville, IL 60540
Number Street City State Zip Code

**When was the debt incurred?**    7/11/16

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 74 | Joseph Altig | | | Last 4 digits of account number _____ | | | Unknown |

Nonpriority Creditor's Name
530 9th St.
Imperial Beach, CA 91932
Number Street City State Zip Code

**When was the debt incurred?**    8/16/13

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter

Case number (if know)

---

| 4.1 | Joshua Hernandez | Last 4 digits of account number | 5904 | Unknown |

Nonpriority Creditor's Name
1210 Adams Ave.
Centralia, IL 62801

Number Street City State Zip Code

**When was the debt incurred?**    12/20/14

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 | Joshua Krylowicz | Last 4 digits of account number | | Unknown |
| 76 | | | | |

Nonpriority Creditor's Name
10441 S. nashville
Chicago Ridge, IL 60415

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 | Joshua Tristsch | Last 4 digits of account number | | Unknown |
| 77 | | | | |

Nonpriority Creditor's Name
9066 Harvest Court
Wichita, KS 67212

Number Street City State Zip Code

**When was the debt incurred?**    9/16/2015

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    Contingent corporate obligation for workers compensation claim

---

Debtor 1   William H. Carpenter

Case number (if know) _____

| 4.1 78 | Juan Bonilla | | |
|---|---|---|---|

**Nonpriority Creditor's Name**
223 Kincaid St.
Bakersfield, CA 93301
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          Unknown

**When was the debt incurred?**   12/11/12

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

| 4.1 79 | Juan Cervantes | | |
|---|---|---|---|

**Nonpriority Creditor's Name**
884 E. 6th St.
Pomona, CA 91766
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          Unknown

**When was the debt incurred?**   5/30/12

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

| 4.1 80 | Juan Martinez | | |
|---|---|---|---|

**Nonpriority Creditor's Name**
37445 Devile St.
Palmdale, CA 93552
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

Debtor 1   William H. Carpenter                Case number *(if know)*

---

**4.1**
**81**

**Juan Renteria**

Nonpriority Creditor's Name

3892 Roseberry
Wichita, KS 67210

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      Unknown

**When was the debt incurred?**   5/4/2015

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

**4.1**
**82**

**Julius Pickett**

Nonpriority Creditor's Name

11227 S. green St.
Chicago, IL 60643

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      Unknown

**When was the debt incurred?**   1/31/14

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.1**
**83**

**Justin Kroviak**

Nonpriority Creditor's Name

36766 Fiddleneck Circle
Palmdale, CA 93550

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      Unknown

**When was the debt incurred?**   8/22/14

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    William H. Carpenter

Case number (if know) _____

---

**4.1
84**

**Kelvin Smith**

Nonpriority Creditor's Name

PO Box 267

Gray, GA 31032

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

**4.1
85**

**Ken Burnstein**

Nonpriority Creditor's Name

144 Haller Ave.

East Alton, IL 62024

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          Unknown

**When was the debt incurred?**   3/5/15

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.1
86**

**Ken Olsted**

Nonpriority Creditor's Name

1300 Capital Dr.

Hobart, IN 46342

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          Unknown

**When was the debt incurred?**   8/6/13

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter _____   Case number (if know) _____

| 4.1 87 | Kendrick Williams | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
1529 Duckworth Ave.
Charlotte, NC 28208
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   8/18/13

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 88 | Kenneth Brunstein | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
144 Haller Avenue
East Alton, IL 62024
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   10/28/13

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 89 | Kenth Stuart | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
1613 W. 110th St.
Los Angeles, CA 90047
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   12/12/14

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter

Case number (if know) _____

| 4.1 90 | Kentucky Dept. of Workers Claims | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
657 Chamberlain Ave.
Frankfort, KY 40601

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 91 | Kevin Welninski | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
37366 N. Piper Lane
Lake Villa, IL 60046

When was the debt incurred?   2/2/15

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 92 | Kyle Gary | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
623 E. Elm
Wichita, KS 67214

When was the debt incurred?   8/21/2014, 10/16/2014

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

Debtor 1   William H. Carpenter

Case number *(if know)* _____

---

| 4.1 93 | Kyle Kaczmarek | | Last 4 digits of account number _____ | | Unknown |

**Nonpriority Creditor's Name**

10412 Cornflower Dr.
Osceola, IN 46561

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   8/26/11, 3/2/12

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 94 | Kyle Obermeyer | | Last 4 digits of account number _____ | | Unknown |

**Nonpriority Creditor's Name**

125 S. Lafayette
Griffith, IN 46319

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   1/8/14

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 95 | Kyle Obermeyer | | Last 4 digits of account number _____ | | Unknown |

**Nonpriority Creditor's Name**

7728 W. 118th Ave.
Crown Point, IN

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   6/18/13

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter

Case number *(if know)*

---

| 4.1 96 | **Lamont Black** | **Last 4 digits of account number** | Unknown |

Nonpriority Creditor's Name

14021 Saginaw
Chicago, IL 60633

Number Street City State Zip Code

**When was the debt incurred?**    6/9/11, 1/30/14

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 97 | **Larry Gilbert** | **Last 4 digits of account number** | Unknown |

Nonpriority Creditor's Name

12033 Butterfield Pl.
Chino, CA 91710

Number Street City State Zip Code

**When was the debt incurred?**    7/1/12

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 98 | **Larry Taylor** | **Last 4 digits of account number** | Unknown |

Nonpriority Creditor's Name

811 San Juan Rd.
Sacramento, CA 95834

Number Street City State Zip Code

**When was the debt incurred?**    7/2/13

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter

Case number (if know) _____

| 4.1 99 | Lawrence Becci | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
4334 Scott St.
Schiller Park, IL 60176
Number Street City State Zip Code

**When was the debt incurred?** 11/24/15, 5/17/16, 9/30/16

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Contingent Corporate Obligation for workers compensation

| 4.2 00 | Lawrence Hubert | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
2524 W. Lyndale St.
Chicago, IL 60647
Number Street City State Zip Code

**When was the debt incurred?** 5/5/16

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Contingent Corporate Obligation for workers compensation

| 4.2 01 | Lawrence Odonnell | Last 4 digits of account number  1671 | Unknown |

Nonpriority Creditor's Name
6830 Downing Ave.
Bakersfield, CA 93308
Number Street City State Zip Code

**When was the debt incurred?** 5/28/14

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Contingent Corporate Obligation for workers compensation

Debtor 1    William H. Carpenter      Case number (if know) _____

---

**4.2 02**

**Lazaro Reyes**

Nonpriority Creditor's Name

1242 Lone Oak Trail

Aurora, IL 60506

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____      Unknown

**When was the debt incurred?**    6/5/13

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

**4.2 03**

**Leon Banks**

Nonpriority Creditor's Name

9218 S. Justine St.

Chicago, IL 60620

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____      Unknown

**When was the debt incurred?**    4/1/13, 11/9/15

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

**4.2 04**

**LeRoy Stoneham**

Nonpriority Creditor's Name

886 1/2 E. Via Wanda #44

Long Beach, CA 90805

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____      Unknown

**When was the debt incurred?**    8/28/14

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter

Case number *(if know)*

---

| 4.2 05 | | |
|---|---|---|

**Lincoln Automotive Financial**
Nonpriority Creditor's Name
PO Box 790093
Saint Louis, MO 63179
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   5053                                $20,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Lease of 2015 Lincoln MKS

---

| 4.2 06 | | |
|---|---|---|

**Lincoln Automotive Financial**
Nonpriority Creditor's Name
PO Box 790093
Saint Louis, MO 63179
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   6264                                $20,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Lease of 2015 Lincoln MKX

---

| 4.2 07 | | |
|---|---|---|

**Lincoln Automotive Financial**
Nonpriority Creditor's Name
PO Box 790093
Saint Louis, MO 63179
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   3556                                $35,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Lease of 2017 Lincoln MKZ

---

Debtor 1   William H. Carpenter

Case number (if know) _____

---

| 4.2 08 | Lincoln Automotive Financial | Last 4 digits of account number | 3507 | $35,000.00 |

**Nonpriority Creditor's Name**
PO Box 790093
Saint Louis, MO 63179
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Lease of 2017 Lincoln MKZ

---

| 4.2 09 | Lincoln Automotive Financial | Last 4 digits of account number | 3507 | $30,000.00 |

**Nonpriority Creditor's Name**
PO Box 790093
Saint Louis, MO 63179
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Lease of 2016 Lincoln MKX

---

| 4.2 10 | Lonny Duran | Last 4 digits of account number | | Unknown |

**Nonpriority Creditor's Name**
18418 Lacanada
Bloomington, CA 92316
Number Street City State Zip Code

**When was the debt incurred?**   8/9/12

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter                                                    Case number (if know)

| 4.2 11 | Luis Montelongo | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
471 E. Cessna
Wichita, KS 67213

Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

| 4.2 12 | Lynn Dean | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
1523 W. University
Champaign, IL 61821

Number Street City State Zip Code

**When was the debt incurred?**    6/30/12

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.2 13 | M. Moser | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
1216 Burnham Ave.
Calumet City, IL 60409

Number Street City State Zip Code

**When was the debt incurred?**    1/7/15

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter
_____                    Case number (if know) _____

| 4.2 14 | **Manuel Del Rio** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
123 E. 7th
Tracy, CA 95376

Number Street City State Zip Code

**When was the debt incurred?**    7/29/14

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 15 | **Manuel Gomez** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
2603 N. Market
Wichita, KS 67219

Number Street City State Zip Code

**When was the debt incurred?**    7/2/2015

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.2 16 | **Manuel Gonzales** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
2603 N. Market
Wichita, KS 67219

Number Street City State Zip Code

**When was the debt incurred?**    7/3/2015

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

Debtor 1    William H. Carpenter

Case number (if know) _____

---

| 4.2 17 | Mario Tejada | | Last 4 digits of account number _____ | | Unknown |

Nonpriority Creditor's Name
1438 N. Siesta Ave.
La Puente, CA 91746
Number Street City State Zip Code

When was the debt incurred?    4/25/14

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.2 18 | Marvin Vernarde | | Last 4 digits of account number _____ | | Unknown |

Nonpriority Creditor's Name

Los Angeles, CA
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.2 19 | Maryland Workers Comp. Commission | | Last 4 digits of account number _____ | | Unknown |

Nonpriority Creditor's Name
10 E. Baltimore St.
Baltimore, MD 21202
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter

Case number (if know) _____

---

**4.2 20**

Michael Lyon

Nonpriority Creditor's Name

2265 Miller Valley Road
Elkton, KY 42220

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred?    4/16/2013

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

**4.2 21**

Michael Moser

Nonpriority Creditor's Name

2709 Teresa St.
Portage, IN 46368

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred?    2/4/12, 11/26/12

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

**4.2 22**

Michael Nelson

Nonpriority Creditor's Name

4791 Kentucky St.
Gary, IN 46409

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred?    11/7/12, 2/18/13

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter                                                     Case number (if know) _____

| 4.2 23 | Michael Scuito | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
4200 N. Arkansas Avenue
Wichita, KS 67204

**When was the debt incurred?**     9/26/2013, 4/7/2014

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.2 24 | Michigan Dept. of Licensing | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
P.O. Box 30016
Lansing, MI 48909

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 25 | Miguel Batres | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
2062 Wallace Ave. Apt. B
Costa Mesa, CA 92627

**When was the debt incurred?**     5/7/13

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter

Case number (if know) _____

| 4.2 26 | Miguel Moran | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
295 Sparks St.
Bakersfield, CA 93307
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 27 | Mike Prescaro | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
1903 Austin Ave.
Schererville, IN 46375
Number Street City State Zip Code

When was the debt incurred?   2/22/11

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 28 | Mike Starr | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
6611 159th Ave.
Lowell, IN 46356
Number Street City State Zip Code

When was the debt incurred?   9/8/11

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter

Case number *(if know)*

---

| 4.2 29 | **Mike When** | **Last 4 digits of account number** | | | Unknown |

Nonpriority Creditor's Name
910 Shana Pl.
San Jacinto, CA 92583
Number Street City State Zip Code

**When was the debt incurred?**    11/11/14

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.2 30 | **Milford Grubbs** | **Last 4 digits of account number** | | | Unknown |

Nonpriority Creditor's Name
16954 Corner Hill Court
Orlando, FL 32820
Number Street City State Zip Code

**When was the debt incurred?**    1/17/2013

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

| 4.2 31 | **Missouri Division of Workers Comp.** | **Last 4 digits of account number** | | | Unknown |

Nonpriority Creditor's Name
P.O. Box 58
Jefferson City, MO 65102
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter

Case number *(if know)*

| 4.2 32 | **Missouri Division of Workers Comp.** | **Last 4 digits of account number** _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
111 N. 7th St.
250 Wainwright Building
Saint Louis, MO 63101

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation workers compensation

---

| 4.2 33 | **Mitchell Reaka** | **Last 4 digits of account number** _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
13834 S. Rose Rd.
Highland, IL 62249

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    5/5/15

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.2 34 | **Myles Woodrow** | **Last 4 digits of account number** _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
2012 Geary Street
Palatka, FL 32177

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**When was the debt incurred?**    5/20/2013

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

Debtor 1  William H. Carpenter _____  Case number (if know) _____

---

| 4.2 35 | Nancy Zahrn | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
176 Deleware St.
Hobart, IN 46342
Number Street City State Zip Code

**When was the debt incurred?** 7/14/11

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  Contingent Corporate Obligation for workers compensation

---

| 4.2 36 | Nicholas Peoples | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
231 N. Emporia
Valley Center, KS 67147
Number Street City State Zip Code

**When was the debt incurred?** 1/29/2013

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  Contingent corporate obligation for workers compensation claim

---

| 4.2 37 | Nick Lerma | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
P.O. Box 710616
Santee, CA 92071
Number Street City State Zip Code

**When was the debt incurred?** 11/15/15, 12/26/15

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter _____   Case number (if know) _____

| 4.2 38 | **Nicole Chambers** | |
|---|---|---|

Nonpriority Creditor's Name
321 Gilbert
Wichita, KS 67211
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?**   1/28/2013

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.2 39 | **Norma Rivera** | |
|---|---|---|

Nonpriority Creditor's Name
2915 N. Richmond Rd. Apt C
McHenry, IL 60057
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?**   7/25/16

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 40 | **Norman Sanchez** | |
|---|---|---|

Nonpriority Creditor's Name
603 Santa Fe
Carpentersville, IL 60110
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?**   10/18/13, 2/11/15

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter

Case number (if know) _____

---

**4.2 41**

**North Carolina Industrial Comm.**
Nonpriority Creditor's Name
4340 Mail Service Center
Raleigh, NC 27699
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

**4.2 42**

**Norville Pennfield**
Nonpriority Creditor's Name
58 N Trumbull Circle
Saint Charles, MO 63301
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred?    3/14/2014

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

**4.2 43**

**O. Serrano**
Nonpriority Creditor's Name
10702 Hawford St.
Norwalk, CA 90650
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred?    6/13/14

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter _____    Case number (if know) _____

---

| 4.2 44 | | |
|---|---|---|

**Obie Bell**

Nonpriority Creditor's Name

2439 Lincoln Ave.
Granite City, IL 62040

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**    2/3/14

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.2 45 | | |
|---|---|---|

**Octavio Mora**

Nonpriority Creditor's Name

1144 Albernia St. E
Palo Alto, CA 94303

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**    7/17/14

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.2 46 | | |
|---|---|---|

**Ohio Bureau of Workers Comp.**

Nonpriority Creditor's Name

30 West Spring St.
Columbus, OH 43215

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter

Case number (if know) _____

| 4.2 47 | | | |
|---|---|---|---|

**Oklahoma Workers Comp. Commission**
Nonpriority Creditor's Name
1915 N. Stiles Ave.
Oklahoma City, OK 73105
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    Unknown

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 48 | | | |
|---|---|---|---|

**Olguin Gomez**
Nonpriority Creditor's Name
456 Talmas St.
Aurora, IL 60505
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    Unknown

When was the debt incurred?   4/29/15

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 49 | | | |
|---|---|---|---|

**Omar Lagunas**
Nonpriority Creditor's Name
1339 S. Kennilworth
Berwyn, IL 60402
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    Unknown

When was the debt incurred?   11/2/12

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter

Case number *(if know)* _____

---

| 4.2 50 | **Orlando Jorden** | | |
|---|---|---|---|

Nonpriority Creditor's Name

4216 W. 21st Place

Gary, IN 46404

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____ Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 51 | **Othia Spann** | | |
|---|---|---|---|

Nonpriority Creditor's Name

6614 47th St.

Sacramento, CA 95823

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____ Unknown

**When was the debt incurred?**   11/14/14, 7/6/15

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 52 | **Pat Turchan** | | |
|---|---|---|---|

Nonpriority Creditor's Name

513 Anderson Lane

Lake in the Hills, IL 60156

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____ Unknown

**When was the debt incurred?**   7/19/11

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter

Case number (if know) _____

---

| 4.2 53 | | |
|---|---|---|

**Patrick Edwards**

Nonpriority Creditor's Name
9782 S. Oglesby Ave.
Chicago, IL 60617
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?**   4/4/12

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 54 | | |
|---|---|---|

**Paul Kavanaugh**

Nonpriority Creditor's Name
2658 Sumac St.
Woodridge, IL 60517
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   4486     Unknown

**When was the debt incurred?**   1/9/15

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 55 | | |
|---|---|---|

**Paul Lanssen**

Nonpriority Creditor's Name
37150 Van Gaale Lane
Murrieta, CA 92563
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?**   10/30/14

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter

Case number (if know) _____

| 4.2 56 | Pedro Barajas | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**18 Anderson Street**
**Aurora, IL 60505**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

| 4.2 57 | Pedro Ceniceros | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**3515 W. Market**
**Wichita, KS 67214**
Number Street City State Zip Code

**When was the debt incurred?**   12/1/2015

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

| 4.2 58 | Pedro Lobados | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**105 N. Burnette**
**Wichita, KS 67204**
Number Street City State Zip Code

**When was the debt incurred?**   12/20/2013

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

Debtor 1    William H. Carpenter

Case number *(if know)* _____

---

| 4.2 59 | **Pedro Marrero** | | **Last 4 digits of account number** _____ | | Unknown |

Nonpriority Creditor's Name
799 Maple Lane
Justice, IL 60458
Number Street City State Zip Code

**When was the debt incurred?**    8/30/11

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.2 60 | **Pennsylvania Bureau of Workers Comp** | | **Last 4 digits of account number** _____ | | Unknown |

Nonpriority Creditor's Name
1171 S. Cameron St., Rm. 324
Harrisburg, PA 17104
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.2 61 | **Peter Giese** | | **Last 4 digits of account number** _____ | | Unknown |

Nonpriority Creditor's Name
4963 SW 5th Street
Pompano Beach, FL 33068
Number Street City State Zip Code

**When was the debt incurred?**    6/25/2013

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

Debtor 1   William H. Carpenter

Case number (if know) _____

---

| 4.2 62 | **Peyton Hightower** | |
|---|---|---|

| | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
10042 S. Commercial Ave.
Chicago, IL 60617

**When was the debt incurred?**    9/3/13, 6/30/16, 5/30/14

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 63 | **Phares McBride** | |
|---|---|---|

| | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
1060 Morris Way Dr.
Sumter, SC 29154

**When was the debt incurred?**    8/13/13

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 64 | **R. Sledge** | |
|---|---|---|

| | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
30 Juniper Pass Trail
Ocala, FL 34480

**When was the debt incurred?**    9/12/2013, 9/11/2014

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

Debtor 1   William H. Carpenter _____   Case number (if know) _____

---

**4.2
65**

Rahbarvafee
_____
Nonpriority Creditor's Name
11487 Twin Hills Ave.
Porter Ranch, CA 91326
_____
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          Unknown

When was the debt incurred?   7/7/14, 7/27/14

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.2
66**

Randall Johnson
_____
Nonpriority Creditor's Name
45620 17th St. West
Lancaster, CA 93534
_____
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   6437          Unknown

When was the debt incurred?   11/24/14

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.2
67**

Ray Calero
_____
Nonpriority Creditor's Name
11041 Glenwood Drive
Pompano Beach, FL 33064
_____
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          Unknown

When was the debt incurred?   10/2/2015

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

Debtor 1   William H. Carpenter _____   Case number (if know) _____

| 4.2 68 | Raymond Powell | Last 4 digits of account number _____ | Unknown |

**Raymond Powell**
Nonpriority Creditor's Name
775 N. Elmwood St.
Aurora, IL 60506
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   5/9/14

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

**Unknown**

---

| 4.2 69 | Refugio Sanchez | | Unknown |

**Refugio Sanchez**
Nonpriority Creditor's Name
2217 S. Market
Wichita, KS 67211
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   10/7/2014

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

**Unknown**

---

| 4.2 70 | Reginald Morrison | | Unknown |

**Reginald Morrison**
Nonpriority Creditor's Name
14202 Lincoln Ave.
Dolton, IL 60419
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   2/17/14

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

**Unknown**

---

Debtor 1   William H. Carpenter

Case number (if know) _____

---

| 4.2 71 | | |
|---|---|---|

**Reginald Morrison**
Nonpriority Creditor's Name
14204 Lincoln Ave. Apt 2
Dolton, IL 60419
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?**   7/30/12

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 72 | | |
|---|---|---|

**Ricardo Madrigal**
Nonpriority Creditor's Name
347 Eastern Ave.
Aurora, IL 60505
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?**   9/14/15

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 73 | | |
|---|---|---|

**Rich Oria**
Nonpriority Creditor's Name
3514 Kostner
Chicago, IL
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?**   8/4/16

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   William H. Carpenter                                    Case number (if know) _____

| 4.2 74 | Ricky Clark | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
1908 Weil Rd.
Troy, IL 62294
Number Street City State Zip Code

**When was the debt incurred?**    12/9/14

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 75 | Ricky Giles | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
1625 S. Beach
Townhome 203
Wichita, KS 67207
Number Street City State Zip Code

**When was the debt incurred?**    7/31/2013

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.2 76 | Ricky Taylor | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
2802 Stoker Court
Hephzibah, GA 30815
Number Street City State Zip Code

**When was the debt incurred?**    10/19/2015

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

Debtor 1    William H. Carpenter

Case number *(if know)*

---

| 4.2 77 | Ricky Taylor |
|---|---|

Nonpriority Creditor's Name

494 Fox Hunter Road
 GA 30407

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?** 10/5/2012

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.2 78 | Ricky Vickery |
|---|---|

Nonpriority Creditor's Name

62 Prospect Church Road
Princeton, KY 42445

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?** 9/19/2013

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.2 79 | Robby Lott |
|---|---|

Nonpriority Creditor's Name

711 N. 8th St.
Vandalia, IL 62471

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?** 5/13/15

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter                                                                Case number *(if know)*

---

| 4.2<br>80 | Robert Burd | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
17001 Co. Road 215
Forest, OH 45843

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    10/23/2012, 6/13/2013, 2/7/2014

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

| 4.2<br>81 | Robert Burns | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
228 W. Lincoln Hwy.
Schererville, IN 46375

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    4/22/14

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.2<br>82 | Robert Schultz | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
8209 Baymore Way
Citrus Heights, CA 95621

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    7/7/2015

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

Debtor 1   William H. Carpenter

_____ Case number (if know) _____

| | |
|---|---|

**4.2 83**

Rodney Fuller

Nonpriority Creditor's Name

7794 Steiner Rd.
Bellaire, MI 49615

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____            Unknown

When was the debt incurred?    2014

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

**4.2 84**

Rodolfo Macias

Nonpriority Creditor's Name

1242 Lone Oak Trail
Aurora, IL 60506

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____            Unknown

When was the debt incurred?    7/8/13

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

**4.2 85**

Rolando Jackson

Nonpriority Creditor's Name

1030 N. State #29F
Chicago, IL 60610

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____            Unknown

When was the debt incurred?    8/3/11

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter

Case number (if know) _____

---

| 4.2 86 | Roman Kapeniak | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
2630 Superior 2nd Fl.
Chicago, IL 60612

Number Street City State Zip Code

**When was the debt incurred?**   8/10/16

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 87 | Ron Cristwell | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
1322 Magnolia Ave.
Dyer, IN 46311

Number Street City State Zip Code

**When was the debt incurred?**   5/11/11

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 88 | Ron Pringle | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
1642 E. Marquette Rd.
Chicago, IL 60636

Number Street City State Zip Code

**When was the debt incurred?**   3/11/13

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter _____    Case number (if know) _____

---

| 4.2 89 | Ron Schilling | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
1190 Moriah Rd.
Centralia, IL 62801

When was the debt incurred?    7/13/11

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.2 90 | Ron Shear | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
2733 N. 76th Ave. Apt 1
Chicago, IL 60607

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.2 91 | Rosendso Ramirez | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
845 Utah Street
Toledo, OH 43605

When was the debt incurred?    7/11/2013

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

Debtor 1   William H. Carpenter

Case number (if know) _____

---

| 4.2 92 | Roy Powell |
|---|---|

Nonpriority Creditor's Name
264 Plum St.
Aurora, IL 60506
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____       Unknown

**When was the debt incurred?**   10/10/13, 10/3/14

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 93 | Rueben Nuncio |
|---|---|

Nonpriority Creditor's Name
302 W. 53 Street North
Wichita, KS 67204
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____       Unknown

**When was the debt incurred?**   4/29/2014

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.2 94 | Ryan Haukap |
|---|---|

Nonpriority Creditor's Name
148 S. Clinton St.
Aviston, IL
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____       Unknown

**When was the debt incurred?**   2/24/15

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter

Case number (if know) _____

| 4.2 95 | Said Tousi | Last 4 digits of account number | 3031 | Unknown |

Nonpriority Creditor's Name
40 Prairie Park Dr.
Wheeling, IL 60090
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    3/1/12, 1/4/13

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.2 96 | Salvador Hernandez | Last 4 digits of account number | 4789 | Unknown |

Nonpriority Creditor's Name
4305 N. Fairview
Springfield, IL 62703
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    6/13/2015

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

| 4.2 97 | Samuel Godinez | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
15276 State Street
South Holland, IL 60473
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    10/3/11, 11/1/12, 7/5/16

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter

Case number (if know) _____

---

| 4.2 98 | | |
|---|---|---|

**Samuel Lamar**
Nonpriority Creditor's Name
1463 W. 11th St.
San Bernardino, CA 92411
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?**   9/30/14

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 99 | | |
|---|---|---|

**Sanches Nunas**
Nonpriority Creditor's Name
2216 N. Waco
Wichita, KS 67204
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?**   10/16/2013

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.3 00 | | |
|---|---|---|

**Sanchez Nunez**
Nonpriority Creditor's Name
2716 N. Wacco
Wichita, KS 67204
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?**   2/4/2014

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

Debtor 1    William H. Carpenter _____    Case number (if know) _____

| 4.3 01 | Saul Gonzales | | Last 4 digits of account number _____ | | Unknown |

Nonpriority Creditor's Name
557 Ashland Ave.
Aurora, IL 60505
Number Street City State Zip Code

**When was the debt incurred?**   04/2012

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.3 02 | Saul Velez | | Last 4 digits of account number _____ | | Unknown |

Nonpriority Creditor's Name
323 Forest Ave.
Aurora, IL 60505
Number Street City State Zip Code

**When was the debt incurred?**   3/27/13

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.3 03 | Scott Blazer | | Last 4 digits of account number _____ | | Unknown |

Nonpriority Creditor's Name
363 Paine St.
South Elgin, IL 60177
Number Street City State Zip Code

**When was the debt incurred?**   4/9/13

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter _____   Case number (if know) _____

---

**4.3 04**

Scott Rushton
_____
Nonpriority Creditor's Name
1408 Uplandhills Dr. N
Upland, CA 91784
_____
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____         Unknown

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☒ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.3 05**

Scotty McClelland
_____
Nonpriority Creditor's Name
601 Palmer Ave.
Monee, IL 60449
_____
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____         Unknown

When was the debt incurred?  10/21/11

As of the date you file, the claim is: Check all that apply

☒ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.3 06**

Sergio Perez
_____
Nonpriority Creditor's Name
3118 Norton Ave.
Lynwood, CA 90262
_____
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____         Unknown

When was the debt incurred?  10/11/12

As of the date you file, the claim is: Check all that apply

☒ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter _____    Case number (if know) _____

---

**4.3 07**

**Servando Hermosillo** _____
Nonpriority Creditor's Name
2805 SW 32th Street
Oklahoma City, OK 73119
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 658H _____    Unknown

**When was the debt incurred?** 11/7/2013 _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

**4.3 08**

**Shannon Nafus** _____
Nonpriority Creditor's Name
434 Francis St.
Bakersfield, CA 93308
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.3 09**

**Shawn Savage** _____
Nonpriority Creditor's Name
12712 228th Ave.
Bristol, WI 53104
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 3935 _____    Unknown

**When was the debt incurred?** 12/2/14 _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1  William H. Carpenter

Case number (if know) _____

---

| 4.3 10 | South Carolina Workers Comp. | | Last 4 digits of account number ___ ___ ___ ___ | Unknown |

Nonpriority Creditor's Name
P.O. Box 1715
1333 Main St. Ste. 500
Columbia, SC 29202
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Contingent Corporate Obligation for workers compensation

---

| 4.3 11 | Stacy Floyd | | Last 4 digits of account number ___ ___ ___ ___ | Unknown |

Nonpriority Creditor's Name
4535 Liverpool Rd.
Lake Station, IN 46405
Number Street City State Zip Code

**When was the debt incurred?**  7/8/11

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Contingent Corporate Obligation for workers compensation

---

| 4.3 12 | Stacy Floyd | | Last 4 digits of account number ___ ___ ___ ___ | Unknown |

Nonpriority Creditor's Name
2922 E. 35th Ave.
Lake Station, IN 46405
Number Street City State Zip Code

**When was the debt incurred?**  10/22/12

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Contingent Corporate Obligation for workers compensation

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor 1   William H. Carpenter

Case number (if know) _____

---

**4.3 13** State of Arkansas Workers Comp.

Nonpriority Creditor's Name

324 S. Spring St.
P.O. Box 950
Little Rock, AR 72203

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.3 14** State of CA Division of Workers Com

Nonpriority Creditor's Name

455 Golden Gate Ave. 2nd Fl.
San Francisco, CA 94102

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.3 15** State of Connecticut Workers Comp.

Nonpriority Creditor's Name

350 Fairfield Ave.
Bridgeport, CT 06604

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter    _____

Case number (if know) _____

---

| 4.3 16 | State of Kansas Workers Comp. | Last 4 digits of account number _____ | Unknown |

**Nonpriority Creditor's Name**
401 SW Topeka Blvd. Ste. 2
Topeka, KS 66030-3105
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.3 17 | State of Nevada Dept. of Business | Last 4 digits of account number _____ | Unknown |

**Nonpriority Creditor's Name**
1301 North Green Valley Parkway
Suite 200
Henderson, NV 89074
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.3 18 | Stephen Diaz | Last 4 digits of account number _____ | Unknown |

**Nonpriority Creditor's Name**
5040 W. Ave L-14 #8
Lancaster, CA 93536
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    3/4/14

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    William H. Carpenter

Case number (if know) _____

---

| 4.3 19 | Stephen Jahncke | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
23488 County Rd. 18
Elkhart, IN 46516

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.3 20 | Steve A. Maglio | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
2908 Bauer Rd.
North Aurora, IL 60542

When was the debt incurred?    5/30/13

Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.3 21 | Steve Garrison | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
1518 Old Mill Rd.
Franklin Grove, IL 61031

When was the debt incurred?    3/17/11

Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter _____   Case number (if know) _____

| 4.3 22 | Steve Tobin | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
817 S. Richmond Ave.
Westmont, IL 60559

Number Street City State Zip Code

**When was the debt incurred?**   2/8/11

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ **As of the date you file, the claim is:** Check all that apply
■ At least one of the debtors and another

■ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.3 23 | Steven Liss | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
2442 Adams St.
Granite City, IL 62040

Number Street City State Zip Code

**When was the debt incurred?**   5/2/14

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ **As of the date you file, the claim is:** Check all that apply
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.3 24 | Stuart Schwable | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
10912 W. Marco Polo Road
Sun City, AZ 85373

Number Street City State Zip Code

**When was the debt incurred?**   12/29/2014

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ **As of the date you file, the claim is:** Check all that apply
■ At least one of the debtors and another

■ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

Debtor 1   William H. Carpenter
_____   Case number (if know) _____

| | |
|---|---|
| **4.3 25** | |

**T. Judd**
_____
Nonpriority Creditor's Name
15710 Streamview Ct.
Riverside, CA 92504
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?**   6/29/13

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| | |
|---|---|
| **4.3 26** | |

**Ted Catt**
_____
Nonpriority Creditor's Name
4418 Fosterborg Rd.
Alton, IL 62002
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?**   12/5/15

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| | |
|---|---|
| **4.3 27** | |

**Terry Farmer**
_____
Nonpriority Creditor's Name
51 Australian Dr.
Romeoville, IL 60446
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?**   11/18/15

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter

Case number (if know) _____

_____

| 4.3 28 | Thomas Merrill | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
5903 W. West End Apt 2S
Chicago, IL 60644

When was the debt incurred?    1/14/16

Number Street City State Zip Code

**Who incurred the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.3 29 | Thomas Tucker | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
P.O. Box 42
Cowden, IL 62422

When was the debt incurred?    9/16/15

Number Street City State Zip Code

**Who incurred the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.3 30 | Tiffiny Fletcher | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
613 College Street
Providence, KY 42450

When was the debt incurred?    11/15/2012

Number Street City State Zip Code

**Who incurred the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Contingent corporate obligation for workers compensation claim

Debtor 1    William H. Carpenter _____    Case number (if know) _____

---

| 4.3<br>31 | Tim Duncan | | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
508 Hurley Ave.
Baltimore, MD 21223

Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    11/11/15

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.3<br>32 | Tim Lewis | | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
243 E. State
Paxton, IL 60957

Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    8/4/11

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.3<br>33 | Tim Scheil | | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
2921 Chipay St.
Sacramento, CA 95826

Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    12/27/13

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter

Case number (if know) _____

| | | |
|---|---|---|
| 4.3 34 | **Tom Arnold** | Last 4 digits of account number _____ Unknown |

Nonpriority Creditor's Name
2204 E. 128 St.
Chicago Heights, IL 60411
Number Street City State Zip Code

**When was the debt incurred?**   3/25/13

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| | | |
|---|---|---|
| 4.3 35 | **Tom Farral** | Last 4 digits of account number _____ Unknown |

Nonpriority Creditor's Name
2746 King St.
Gary, IN 46406
Number Street City State Zip Code

**When was the debt incurred?**   5/1/11

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| | | |
|---|---|---|
| 4.3 36 | **Tony Wagstaff** | Last 4 digits of account number _____ Unknown |

Nonpriority Creditor's Name
2127 Coralthorn Rd.
Middle River, MD 21220
Number Street City State Zip Code

**When was the debt incurred?**   4/3/13

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter

Case number (if know) _____

---

| 4.3 37 | Uninsured Employers Benefits Trust | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
1515 Clay St., 17th Fl.
Oakland, CA 94612
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.3 38 | Vernon Thomas | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
2936 Dogwood
Granite City, IL 62040
Number Street City State Zip Code

**When was the debt incurred?**   5/24/15

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.3 39 | Virgil Green | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
21321 Nisqually
Apple Valley, CA 92308
Number Street City State Zip Code

**When was the debt incurred?**   12/22/14

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter

Case number (if know) _____

---

| 4.3 40 | |
|---|---|

**Walter Ashlock**

Nonpriority Creditor's Name

416 N. Vine
Sandoval, IL 62882

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  0873

**When was the debt incurred?**  1/17/15, 12/2/14

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

Unknown

---

| 4.3 41 | |
|---|---|

**Wayne Lerner**

Nonpriority Creditor's Name

12414 Brookline St.
Boone Grove, IN 46302

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  _____

**When was the debt incurred?**  3/21/13

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

Unknown

---

| 4.3 42 | |
|---|---|

**William Cardenas**

Nonpriority Creditor's Name

1022 N. Calaveras Ave.
Ontario, CA 91764

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  _____

**When was the debt incurred?**  10/22/13

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

Unknown

---

Debtor 1    William H. Carpenter _____    Case number (if know) _____

| 4.3 43 | **William Foley** | | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
15331 Orian Brook Dr.
Orland Park, IL 60462

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** 2/23/15

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Contingent Corporate Obligation for workers compensation

---

| 4.3 44 | **William Hoffman** | | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
231 Grand Ave. #6
Lead Hill, AR 72644

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** 9/18/13

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Contingent Corporate Obligation for workers compensation

---

| 4.3 45 | **William Prater** | | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
522 N. 4th
Vandalia, IL 62471

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** 5/12/14

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter

Case number (if know) _____

| 4.3 46 | **William Skinner** | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
9 Bishops Crest Court
Saint Peters, MO 63376

**When was the debt incurred?**    5/5/2014

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Contingent corporate obligation for workers compensation claim

| 4.3 47 | **Wisconsin Workers Comp. Division** | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
P.O. Box 7901
Madison, WI 53707

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Contingent Corporate Obligation for workers compensation

| 4.3 48 | **Woody West** | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
37912 Poole Road
Hilliard, FL 32046

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Contingent corporate obligation for workers compensation claim

Debtor 1    William H. Carpenter

Case number (if know) _____

---

| 4.3 49 | Workers Comp. Board of State of IN | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
402 W. Washington St. Room W196
Indianapolis, IN 46204

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Contingent Corporate Obligation for workers compensation

---

| 4.3 50 | Xavier Marrero | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
2446 N. Arkansas
Wichita, KS 67204

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  10/15/2015

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Contingent corporate obligation for workers compensation claim

---

| 4.3 51 | Yamillo Marroro | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
5755 W. 64th St.
Chicago, IL 60638

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  10/13/15

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter

Case number (if know) _____

| 4.3 52 | Zachary Morgan | Last 4 digits of account number | _____ | Unknown |

Nonpriority Creditor's Name

2206 E. Winchester Drive

Wichita, KS 67216

Number Street City State Zip Code

**When was the debt incurred?**    8/11/2014

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  Contingent corporate obligation for workers compensation claim

---

**Part 3:**    List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:**    Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 14,811,411.46 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
|  | 6e. **Total Priority.** Add lines 6a through 6d. | 6e. | $ 14,811,411.46 |

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 145,211.85 |
|  | 6j. **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 145,211.85 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | William H. Carpenter |
| | First Name            Middle Name            Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | Hinsdale Management Corporation<br>21 Spinning Wheel Road<br>Hinsdale, IL 60521 | Office lease for 1000 Jorie Blve at $3,650.00 per month through July 14, 2018 |
| 2.2 | Lincoln Automotive Financial<br>PO Box 790093<br>Saint Louis, MO 63179 | Lease of 2015 Lincoln MKS |
| 2.3 | Lincoln Automotive Financial<br>PO Box 790093<br>Saint Louis, MO 63179 | Lease of 2015 Lincoln MKX |
| 2.4 | Lincoln Automotive Financial<br>PO Box 790093<br>Saint Louis, MO 63179 | Lease of 2017 Lincoln MKX |
| 2.5 | Lincoln Automotive Financial<br>PO Box 790093<br>Saint Louis, MO 63179 | Lease of 2017 Lincoln MKZ |
| 2.6 | Lincoln Automotive Financial<br>PO Box 790093<br>Saint Louis, MO 63179 | LEase of 2016 Lincoln MKX |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | William H. Carpenter |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106H
# Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor** <br> Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|---|
| 3.1 | Agnes Carpenter <br> 0S415 Prince Crossing Road <br> West Chicago, IL 60185 | ■ Schedule D, line __2.1__ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> Nationstar Mortgage |
| 3.2 | Agnes Carpenter <br> 0S415 Prince Crossing Road <br> West Chicago, IL 60185 | ■ Schedule D, line __2.2__ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> Oxford Bank and Trust |
| 3.3 | Agnes Carpenter <br> 0S415 Prince Crossing Road <br> West Chicago, IL 60185 | ■ Schedule D, line __2.3__ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> Select Portfolio Servicing, Inc. |

| Debtor 1 | William H. Carpenter | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|---|
| 3.4 | Agnes Carpenter <br> 0S415 Prince Crossing Road <br> West Chicago, IL 60185 | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line ___4.45___ <br> ☐ Schedule G _____ <br> Chase |
| 3.5 | Agnes Carpenter <br> 0S415 Prince Crossing Road <br> West Chicago, IL 60185 | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line ___4.46___ <br> ☐ Schedule G _____ <br> Chase |
| 3.6 | Agnes Carpenter <br> 0S415 Prince Crossing Road <br> West Chicago, IL 60185 | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line ___4.84___ <br> ☐ Schedule G _____ <br> Discover |
| 3.7 | Agnes Carpenter <br> 0S415 Prince Crossing Road <br> West Chicago, IL 60185 | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line ___4.10___ <br> ☐ Schedule G _____ <br> American Express |
| 3.8 | P.T.O. Services, Inc. <br> 1000 Jorie Blvd., Suite 228 <br> Oak Brook, IL 60523-4481 | ☑ Schedule D, line ___2.2___ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> Oxford Bank and Trust |
| 3.9 | P.T.O. Services, Inc. <br> 1000 Jorie Blvd., Suite 228 <br> Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line ___2.2___ <br> ☐ Schedule G _____ <br> IL Dept. of Employment Security |
| 3.10 | P.T.O. Services, Inc. <br> 1000 Jorie Blvd., Suite 228 <br> Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line ___2.1___ <br> ☐ Schedule G _____ <br> Employment Development Dept. |

Debtor 1   William H. Carpenter _____   Case number *(if known)* _____

---

| ███ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.11   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.3__<br>☐ Schedule G _____<br>Internal Revenue Service |
| 3.12   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.205__<br>☐ Schedule G _____<br>Lincoln Automotive Financial |
| 3.13   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.206__<br>☐ Schedule G _____<br>Lincoln Automotive Financial |
| 3.14   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.207__<br>☐ Schedule G _____<br>Lincoln Automotive Financial |
| 3.15   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.208__<br>☐ Schedule G _____<br>Lincoln Automotive Financial |
| 3.16   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.209__<br>☐ Schedule G _____<br>Lincoln Automotive Financial |
| 3.17   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.256__<br>☐ Schedule G _____<br>Pedro Barajas |

| Debtor 1 | William H. Carpenter | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.18 P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ■ Schedule E/F, line   4.282   ☐ Schedule G _____ Robert Schultz |
| 3.19 P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ■ Schedule E/F, line   4.18   ☐ Schedule G _____ Antonio Carmen |
| 3.20 P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ■ Schedule E/F, line   4.276   ☐ Schedule G _____ Ricky Taylor |
| 3.21 P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ■ Schedule E/F, line   4.64   ☐ Schedule G _____ Dan Tittle |
| 3.22 P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ■ Schedule E/F, line   4.17   ☐ Schedule G _____ Anthony Torres |
| 3.23 P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ■ Schedule E/F, line   4.216   ☐ Schedule G _____ Manuel Gonzales |
| 3.24 P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ■ Schedule E/F, line   4.296   ☐ Schedule G _____ Salvador Hernandez |

Debtor 1    William H. Carpenter
_____    Case number *(if known)* _____

| | |
|---|---|
| ▮ **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.25    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.169___
☐ Schedule G _____
Jorge Garcia

3.26    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.199___
☐ Schedule G _____
Lawrence Becci

3.27    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.95___
☐ Schedule G _____
Edgar Hernandez

3.28    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.146___
☐ Schedule G _____
Jeff Thompson

3.29    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.65___
☐ Schedule G _____
Daniel Baker

3.30    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.50___
☐ Schedule G _____
Christopher Chatman

3.31    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.68___
☐ Schedule G _____
Darrlyn Johnson

| Debtor 1 | William H. Carpenter | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.32 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.188___<br>☐ Schedule G _____<br>Kenneth Brunstein |
| 3.33 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.56___<br>☐ Schedule G _____<br>Clifford McKee |
| 3.34 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.211___<br>☐ Schedule G _____<br>Luis Montelongo |
| 3.35 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.152___<br>☐ Schedule G _____<br>Jennifer Crespo |
| 3.36 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.164___<br>☐ Schedule G _____<br>John Nickel |
| 3.37 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.293___<br>☐ Schedule G _____<br>Rueben Nuncio |
| 3.38 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.162___<br>☐ Schedule G _____<br>John Doyle |

| Debtor 1 | William H. Carpenter | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.39 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481<br><br>Sanchez Nunez | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.300__<br>☐ Schedule G _____ |
| 3.40 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481<br><br>William Foley | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.343__<br>☐ Schedule G _____ |
| 3.41 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481<br><br>Michael Scuito | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.223__<br>☐ Schedule G _____ |
| 3.42 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481<br><br>Alfredo Vargas | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.8__<br>☐ Schedule G _____ |
| 3.43 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481<br><br>Donald Gibbons | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.87__<br>☐ Schedule G _____ |
| 3.44 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481<br><br>Christina Williams | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.49__<br>☐ Schedule G _____ |
| 3.45 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481<br><br>Eldon Bailey | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.96__<br>☐ Schedule G _____ |

Debtor 1   William H. Carpenter _____   Case number *(if known)* _____

| | |
|---|---|
| ■ **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.46   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.238___
☐ Schedule G _____
Nicole Chambers

3.47   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.98___
☐ Schedule G _____
Elmer Herbert

3.48   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.29___
☐ Schedule G _____
Brian Crampton

3.49   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.121___
☐ Schedule G _____
Henry Gatson

3.50   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.275___
☐ Schedule G _____
Ricky Giles

3.51   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.297___
☐ Schedule G _____
Samuel Godinez

3.52   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.258___
☐ Schedule G _____
Pedro Lobados

Debtor 1   William H. Carpenter _____   Case number *(if known)* _____

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.53  P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.254___<br>☐ Schedule G _____<br>Paul Kavanaugh |
| 3.54  P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.299___<br>☐ Schedule G _____<br>Sanches Nunas |
| 3.55  P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.279___<br>☐ Schedule G _____<br>Robby Lott |
| 3.56  P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.236___<br>☐ Schedule G _____<br>Nicholas Peoples |
| 3.57  P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.2___<br>☐ Schedule G _____<br>A. Cerczeres |
| 3.58  P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.33___<br>☐ Schedule G _____<br>Bruce Miller |
| 3.59  P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.192___<br>☐ Schedule G _____<br>Kyle Gary |

| Debtor 1 | William H. Carpenter | Case number *(if known)* | |
|---|---|---|---|

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.60   P.T.O. Services, Inc.
        1000 Jorie Blvd., Suite 228
        Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.111___
☐ Schedule G _____
Gary Mercer

3.61   P.T.O. Services, Inc.
        1000 Jorie Blvd., Suite 228
        Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.26___
☐ Schedule G _____
Bill Pohl

3.62   P.T.O. Services, Inc.
        1000 Jorie Blvd., Suite 228
        Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.172___
☐ Schedule G _____
Jose Quiros

3.63   P.T.O. Services, Inc.
        1000 Jorie Blvd., Suite 228
        Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.269___
☐ Schedule G _____
Refugio Sanchez

3.64   P.T.O. Services, Inc.
        1000 Jorie Blvd., Suite 228
        Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.147___
☐ Schedule G _____
Jeff Thompson

3.65   P.T.O. Services, Inc.
        1000 Jorie Blvd., Suite 228
        Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.257___
☐ Schedule G _____
Pedro Ceniceros

3.66   P.T.O. Services, Inc.
        1000 Jorie Blvd., Suite 228
        Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.262___
☐ Schedule G _____
Peyton Hightower

Debtor 1   William H. Carpenter _____    Case number *(if known)* _____

| | |
|---|---|
| ■ **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.67   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.58___
☐ Schedule G _____
Cristobal Sosa

3.68   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.89___
☐ Schedule G _____
Donnie Cessna

3.69   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.30___
☐ Schedule G _____
Brian Hopkins

3.70   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.215___
☐ Schedule G _____
Manuel Gomez

3.71   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.329___
☐ Schedule G _____
Thomas Tucker

3.72   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.38___
☐ Schedule G _____
Carlos Gonzales

3.73   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.158___
☐ Schedule G _____
Joe Gordon

Debtor 1   William H. Carpenter _____   Case number *(if known)* _____

| | |
|---|---|

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.74   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.191___<br>☐ Schedule G _____<br>Kevin Welninski |
| 3.75   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.350___<br>☐ Schedule G _____<br>Xavier Marrero |
| 3.76   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.22___<br>☐ Schedule G _____<br>Baudel Mesa |
| 3.77   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.143___<br>☐ Schedule G _____<br>James Williams |
| 3.78   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.23___<br>☐ Schedule G _____<br>Baudel Mesa |
| 3.79   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.200___<br>☐ Schedule G _____<br>Lawrence Hubert |
| 3.80   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.181___<br>☐ Schedule G _____<br>Juan Renteria |

| Debtor 1 | William H. Carpenter | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.81  P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.286___
☐ Schedule G _____
Roman Kapeniak

---

3.82  P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.74___
☐ Schedule G _____
David Long

---

3.83  P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.352___
☐ Schedule G _____
Zachary Morgan

---

3.84  P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.273___
☐ Schedule G _____
Rich Oria

---

3.85  P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.239___
☐ Schedule G _____
Norma Rivera

---

3.86  P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.134___
☐ Schedule G _____
Jack Rogers

---

3.87  P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.173___
☐ Schedule G _____
Jose Solis

---

Debtor 1   William H. Carpenter _____      Case number *(if known)* _____

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.88   P.T.O. Services, Inc.
       1000 Jorie Blvd., Suite 228
       Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.328___
☐ Schedule G _____
Thomas Merrill

3.89   P.T.O. Services, Inc.
       1000 Jorie Blvd., Suite 228
       Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.244___
☐ Schedule G _____
Obie Bell

3.90   P.T.O. Services, Inc.
       1000 Jorie Blvd., Suite 228
       Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.196___
☐ Schedule G _____
Lamont Black

3.91   P.T.O. Services, Inc.
       1000 Jorie Blvd., Suite 228
       Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.67___
☐ Schedule G _____
Darrell Cordray

3.92   P.T.O. Services, Inc.
       1000 Jorie Blvd., Suite 228
       Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.37___
☐ Schedule G _____
Carlos Gomez

3.93   P.T.O. Services, Inc.
       1000 Jorie Blvd., Suite 228
       Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.176___
☐ Schedule G _____
Joshua Krylowicz

3.94   P.T.O. Services, Inc.
       1000 Jorie Blvd., Suite 228
       Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.323___
☐ Schedule G _____
Steven Liss

Debtor 1    William H. Carpenter                                    Case number *(if known)*

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.95  P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.132___<br>☐ Schedule G _____<br>Israel Morales |
| 3.96  P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.270___<br>☐ Schedule G _____<br>Reginald Morrison |
| 3.97  P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.182___<br>☐ Schedule G _____<br>Julius Pickett |
| 3.98  P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.91___<br>☐ Schedule G _____<br>Dustin Plant |
| 3.99  P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.268___<br>☐ Schedule G _____<br>Raymond Powell |
| 3.100  P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.345___<br>☐ Schedule G _____<br>William Prater |
| 3.101  P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.13___<br>☐ Schedule G _____<br>Anthony Bridges |

Debtor 1    William H. Carpenter                                          Case number *(if known)*

| ▮ | Additional Page to List More Codebtors |
|---|---|

| *Column 1:* Your codebtor | *Column 2:* The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.10
2    P.T.O. Services, Inc.
     1000 Jorie Blvd., Suite 228
     Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.76
☐ Schedule G _____
De Andre Clemons

3.10
3    P.T.O. Services, Inc.
     1000 Jorie Blvd., Suite 228
     Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.114
☐ Schedule G _____
George Davis

3.10
4    P.T.O. Services, Inc.
     1000 Jorie Blvd., Suite 228
     Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.81
☐ Schedule G _____
Diane Dearing

3.10
5    P.T.O. Services, Inc.
     1000 Jorie Blvd., Suite 228
     Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.321
☐ Schedule G _____
Steve Garrison

3.10
6    P.T.O. Services, Inc.
     1000 Jorie Blvd., Suite 228
     Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.285
☐ Schedule G _____
Rolando Jackson

3.10
7    P.T.O. Services, Inc.
     1000 Jorie Blvd., Suite 228
     Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.109
☐ Schedule G _____
Ftatford Kovacs

3.10
8    P.T.O. Services, Inc.
     1000 Jorie Blvd., Suite 228
     Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.332
☐ Schedule G _____
Tim Lewis

Debtor 1  William H. Carpenter _____  Case number *(if known)* _____

| ■ | Additional Page to List More Codebtors |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.10<br>9 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.259___<br>☐ Schedule G _____<br>Pedro Marrero |
| 3.11<br>0 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.305___<br>☐ Schedule G _____<br>Scotty McClelland |
| 3.11<br>1 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.145___<br>☐ Schedule G _____<br>Jeff Peters |
| 3.11<br>2 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.289___<br>☐ Schedule G _____<br>Ron Schilling |
| 3.11<br>3 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.24___<br>☐ Schedule G _____<br>Bernard Shurn |
| 3.11<br>4 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.322___<br>☐ Schedule G _____<br>Steve Tobin |
| 3.11<br>5 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.252___<br>☐ Schedule G _____<br>Pat Turchan |

Debtor 1    William H. Carpenter                                          Case number *(if known)*

| ■ | Additional Page to List More Codebtors |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.11<br>6 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line  4.138<br>☐ Schedule G _____<br>James Bannasch |
| 3.11<br>7 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line  4.20<br>☐ Schedule G _____<br>Antwan Beard |
| 3.11<br>8 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line  4.212<br>☐ Schedule G _____<br>Lynn Dean |
| 3.11<br>9 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line  4.253<br>☐ Schedule G _____<br>Patrick Edwards |
| 3.12<br>0 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line  4.301<br>☐ Schedule G _____<br>Saul Gonzales |
| 3.12<br>1 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line  4.156<br>☐ Schedule G _____<br>Jim Jones |
| 3.12<br>2 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line  4.177<br>☐ Schedule G _____<br>Joshua Tristsch |

| Debtor 1 | William H. Carpenter | Case number *(if known)* | |
|---|---|---|---|

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.12<br>3 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.249<br>☐ Schedule G _____<br>Omar Lagunas |
| 3.12<br>4 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.271<br>☐ Schedule G _____<br>Reginald Morrison |
| 3.12<br>5 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.55<br>☐ Schedule G _____<br>Clarence Thomas |
| 3.12<br>6 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.295<br>☐ Schedule G _____<br>Said Tousi |
| 3.12<br>7 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.334<br>☐ Schedule G _____<br>Tom Arnold |
| 3.12<br>8 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.203<br>☐ Schedule G _____<br>Leon Banks |
| 3.12<br>9 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.303<br>☐ Schedule G _____<br>Scott Blazer |

| Debtor 1 | William H. Carpenter | Case number *(if known)* | |
|---|---|---|---|

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

**3.13**
**0**   P.T.O. Services, Inc.
       1000 Jorie Blvd., Suite 228
       Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.148___
☐ Schedule G _____
Jeffrey Coyle

**3.13**
**1**   P.T.O. Services, Inc.
       1000 Jorie Blvd., Suite 228
       Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.51___
☐ Schedule G _____
Christopher Hampton

**3.13**
**2**   P.T.O. Services, Inc.
       1000 Jorie Blvd., Suite 228
       Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.284___
☐ Schedule G _____
Rodolfo Macias

**3.13**
**3**   P.T.O. Services, Inc.
       1000 Jorie Blvd., Suite 228
       Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.320___
☐ Schedule G _____
Steve A. Maglio

**3.13**
**4**   P.T.O. Services, Inc.
       1000 Jorie Blvd., Suite 228
       Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.171___
☐ Schedule G _____
Jose Morales

**3.13**
**5**   P.T.O. Services, Inc.
       1000 Jorie Blvd., Suite 228
       Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.116___
☐ Schedule G _____
Gerald Bandy

**3.13**
**6**   P.T.O. Services, Inc.
       1000 Jorie Blvd., Suite 228
       Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.123___
☐ Schedule G _____
Herman Thompkins

Debtor 1   William H. Carpenter _____   Case number *(if known)* _____

| ██ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |

3.13 7   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.168___
☐ Schedule G _____
Jono Nagode

3.13 8   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.92___
☐ Schedule G _____
Earnest Green

3.13 9   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.292___
☐ Schedule G _____
Roy Powell

3.14 0   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.348___
☐ Schedule G _____
Woody West

3.14 1   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.288___
☐ Schedule G _____
Ron Pringle

3.14 2   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.261___
☐ Schedule G _____
Peter Giese

3.14 3   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.230___
☐ Schedule G _____
Milford Grubbs

| Debtor 1 | William H. Carpenter | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

| 3.14 4 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.202___<br>☐ Schedule G _____<br>Lazaro Reyes |
|---|---|---|
| 3.14 5 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.15___<br>☐ Schedule G _____<br>Anthony Robinson |
| 3.14 6 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.264___<br>☐ Schedule G _____<br>R. Sledge |
| 3.14 7 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.234___<br>☐ Schedule G _____<br>Myles Woodrow |
| 3.14 8 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.140___<br>☐ Schedule G _____<br>James Stanley |
| 3.14 9 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.267___<br>☐ Schedule G _____<br>Ray Calero |
| 3.15 0 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.79___<br>☐ Schedule G _____<br>Derek F. Kettle |

| Debtor 1 | William H. Carpenter | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.15<br>1 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.27___<br>☐ Schedule G _____<br>Bobby Joe Childers |
| 3.15<br>2 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.40___<br>☐ Schedule G _____<br>Chad Fewell |
| 3.15<br>3 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.157___<br>☐ Schedule G _____<br>Joe Bettes |
| 3.15<br>4 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.307___<br>☐ Schedule G _____<br>Servando Hermosillo |
| 3.15<br>5 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.161___<br>☐ Schedule G _____<br>John Brown |
| 3.15<br>6 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.120___<br>☐ Schedule G _____<br>Harold Bailey |
| 3.15<br>7 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.242___<br>☐ Schedule G _____<br>Norville Pennfield |

| Debtor 1 | William H. Carpenter | Case number *(if known)* | |
|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.15
8
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.346___
☐ Schedule G _____
William Skinner

3.15
9
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.129___
☐ Schedule G _____
Ira Bryant

3.16
0
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.99___
☐ Schedule G _____
Eric Evans

3.16
1
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.149___
☐ Schedule G _____
Jeffrey Henley

3.16
2
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.21___
☐ Schedule G _____
Arthur Lindley

3.16
3
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.60___
☐ Schedule G _____
Damien Jeffries

3.16
4
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.5___
☐ Schedule G _____
Alan Claffey

Debtor 1   William H. Carpenter _____   Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.16<br>5 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.93___<br>☐ Schedule G _____<br>Ed Cons |
| 3.16<br>6 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.324___<br>☐ Schedule G _____<br>Stuart Schwable |
| 3.16<br>7 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.32___<br>☐ Schedule G _____<br>Bruce Gamble |
| 3.16<br>8 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.141___<br>☐ Schedule G _____<br>James Tilton |
| 3.16<br>9 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.280___<br>☐ Schedule G _____<br>Robert Burd |
| 3.17<br>0 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.154___<br>☐ Schedule G _____<br>Jerry Oliver |
| 3.17<br>1 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.240___<br>☐ Schedule G _____<br>Norman Sanchez |

Debtor 1   William H. Carpenter _____   Case number *(if known)* _____

| ▮ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| 3.17<br>2 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.83___<br>☐ Schedule G _____<br>Dionicio Ramirez |
| 3.17<br>3 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.290___<br>☐ Schedule G _____<br>Ron Shear |
| 3.17<br>4 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.159___<br>☐ Schedule G _____<br>Joe Trulik |
| 3.17<br>5 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.291___<br>☐ Schedule G _____<br>Rosendso Ramirez |
| 3.17<br>6 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.302___<br>☐ Schedule G _____<br>Saul Velez |
| 3.17<br>7 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.330___<br>☐ Schedule G _____<br>Tiffiny Fletcher |
| 3.17<br>8 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.73___<br>☐ Schedule G _____<br>David Bent |

Debtor 1    William H. Carpenter _____     Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** |

| | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.17
9      P.T.O. Services, Inc.
       1000 Jorie Blvd., Suite 228
       Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.130___
☐ Schedule G _____
Isaac Chamberlain

3.18
0      P.T.O. Services, Inc.
       1000 Jorie Blvd., Suite 228
       Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.274___
☐ Schedule G _____
Ricky Clark

3.18
1      P.T.O. Services, Inc.
       1000 Jorie Blvd., Suite 228
       Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.220___
☐ Schedule G _____
Michael Lyon

3.18
2      P.T.O. Services, Inc.
       1000 Jorie Blvd., Suite 228
       Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.139___
☐ Schedule G _____
James Mullins

3.18
3      P.T.O. Services, Inc.
       1000 Jorie Blvd., Suite 228
       Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.278___
☐ Schedule G _____
Ricky Vickery

3.18
4      P.T.O. Services, Inc.
       1000 Jorie Blvd., Suite 228
       Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.277___
☐ Schedule G _____
Ricky Taylor

3.18
5      P.T.O. Services, Inc.
       1000 Jorie Blvd., Suite 228
       Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.184___
☐ Schedule G _____
Kelvin Smith

Debtor 1    William H. Carpenter _____    Case number *(if known)* _____

| | | |
|---|---|---|
| ▮ | **Additional Page to List More Codebtors** | |

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

**3.18<br>6**    P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.94___<br>☐ Schedule G _____<br>Edgar Flores

---

**3.18<br>7**    P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.4___<br>☐ Schedule G _____<br>Aaron Gomez

---

**3.18<br>8**    P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.69___<br>☐ Schedule G _____<br>Dave Harry

---

**3.18<br>9**    P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.175___<br>☐ Schedule G _____<br>Joshua Hernandez

---

**3.19<br>0**    P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.61___<br>☐ Schedule G _____<br>Dan Lanter

---

**3.19<br>1**    P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.106___<br>☐ Schedule G _____<br>Frank Lesniewski

---

**3.19<br>2**    P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.133___<br>☐ Schedule G _____<br>J. Orlowski

---

| Debtor 1 | William H. Carpenter | | Case number *(if known)* | |

---

| ▮ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
| | Check all schedules that apply: |

| 3.19 3 | P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ▪ Schedule E/F, line __4.14__ ☐ Schedule G _____ Anthony Rizzi |

| 3.19 4 | P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ▪ Schedule E/F, line __4.63__ ☐ Schedule G _____ Dan Simmons |

| 3.19 5 | P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ▪ Schedule E/F, line __4.78__ ☐ Schedule G _____ Dennis Thacker |

| 3.19 6 | P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ▪ Schedule E/F, line __4.340__ ☐ Schedule G _____ Walter Ashlock |

| 3.19 7 | P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ▪ Schedule E/F, line __4.185__ ☐ Schedule G _____ Ken Burnstein |

| 3.19 8 | P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ▪ Schedule E/F, line __4.97__ ☐ Schedule G _____ Elmen Doyle |

| 3.19 9 | P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ▪ Schedule E/F, line __4.327__ ☐ Schedule G _____ Terry Farmer |

Debtor 1    William H. Carpenter _____    Case number *(if known)* _____

| | | |
|---|---|---|
| | **Additional Page to List More Codebtors** | |
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| | | |
|---|---|---|
| 3.20<br>0 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.105___<br>☐ Schedule G _____<br>Francisco Godinez |
| 3.20<br>1 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.294___<br>☐ Schedule G _____<br>Ryan Haukap |
| 3.20<br>2 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.34___<br>☐ Schedule G _____<br>C. Latinette |
| 3.20<br>3 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.272___<br>☐ Schedule G _____<br>Ricardo Madrigal |
| 3.20<br>4 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.351___<br>☐ Schedule G _____<br>Yamillo Marroro |
| 3.20<br>5 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.213___<br>☐ Schedule G _____<br>M. Moser |
| 3.20<br>6 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.248___<br>☐ Schedule G _____<br>Olguin Gomez |

Debtor 1    William H. Carpenter _____    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|
| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |

3.20
7

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.165___
☐ Schedule G _____
John Pruett

---

3.20
8

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.233___
☐ Schedule G _____
Mitchell Reaka

---

3.20
9

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.62___
☐ Schedule G _____
Dan Rupel

---

3.21
0

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.338___
☐ Schedule G _____
Vernon Thomas

---

3.21
1

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.326___
☐ Schedule G _____
Ted Catt

---

3.21
2

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.85___
☐ Schedule G _____
Don Hyle

---

3.21
3

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.72___
☐ Schedule G _____
David Bennett

---

Debtor 1   William H. Carpenter _____     Case number *(if known)* _____

| | |
|---|---|
| ▉ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.21 4   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.117
☐ Schedule G _____
Gerald Councell

---

3.21 5   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.281
☐ Schedule G _____
Robert Burns

---

3.21 6   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.57
☐ Schedule G _____
Craig Herlitz

---

3.21 7   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.319
☐ Schedule G _____
Stephen Jahncke

---

3.21 8   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.250
☐ Schedule G _____
Orlando Jorden

---

3.21 9   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.52
☐ Schedule G _____
Christopher Keener

---

3.22 0   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.42
☐ Schedule G _____
Charles Lawrence

---

Debtor 1   William H. Carpenter _____     Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.22<br>1   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.194___<br>☐ Schedule G _____<br>Kyle Obermeyer |
| 3.22<br>2   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.124___<br>☐ Schedule G _____<br>Horace Turner |
| 3.22<br>3   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.54___<br>☐ Schedule G _____<br>Christopher Winters |
| 3.22<br>4   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.167___<br>☐ Schedule G _____<br>Jon Ambler |
| 3.22<br>5   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.11___<br>☐ Schedule G _____<br>Angel Bousono |
| 3.22<br>6   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.287___<br>☐ Schedule G _____<br>Ron Cristwell |
| 3.22<br>7   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.335___<br>☐ Schedule G _____<br>Tom Farral |

Debtor 1    William H. Carpenter _____    Case number *(if known)* _____

| | | |
|---|---|---|
| ▮ | **Additional Page to List More Codebtors** | |

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.22 8 | P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.311___ ☐ Schedule G _____ Stacy Floyd |
| 3.22 9 | P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.155___ ☐ Schedule G _____ Jesse Gonzalez |
| 3.23 0 | P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.28___ ☐ Schedule G _____ Brandon Green |
| 3.23 1 | P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.77___ ☐ Schedule G _____ Delfino Jasso |
| 3.23 2 | P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.193___ ☐ Schedule G _____ Kyle Kaczmarek |
| 3.23 3 | P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.25___ ☐ Schedule G _____ Bill Milich |
| 3.23 4 | P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.35___ ☐ Schedule G _____ Candance Ottenstroer |

Debtor 1   William H. Carpenter                                          Case number *(if known)*

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** |

|  | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.235   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.47___
☐ Schedule G _____
Chris Broderick

3.236   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.227___
☐ Schedule G _____
Mike Prescaro

3.237   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.70___
☐ Schedule G _____
Dave Scobey

3.238   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.71___
☐ Schedule G _____
Dave Scobey

3.239   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.228___
☐ Schedule G _____
Mike Starr

3.240   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.235___
☐ Schedule G _____
Nancy Zahrn

3.241   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.86___
☐ Schedule G _____
Donald Coleman

Debtor 1   William H. Carpenter _____    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.24<br>2 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.312___<br>☐ Schedule G _____<br>Stacy Floyd |
| 3.24<br>3 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.221___<br>☐ Schedule G _____<br>Michael Moser |
| 3.24<br>4 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.222___<br>☐ Schedule G _____<br>Michael Nelson |
| 3.24<br>5 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.166___<br>☐ Schedule G _____<br>John Vasquez |
| 3.24<br>6 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.104___<br>☐ Schedule G _____<br>Francisco Bolanos |
| 3.24<br>7 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.341___<br>☐ Schedule G _____<br>Wayne Lerner |
| 3.24<br>8 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.186___<br>☐ Schedule G _____<br>Ken Olsted |

Debtor 1   William H. Carpenter _____      Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| | Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|---|
| 3.24<br>9 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.195<br>☐ Schedule G _____<br>Kyle Obermeyer |
| 3.25<br>0 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.144<br>☐ Schedule G _____<br>Jared Poe |
| 3.25<br>1 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.153<br>☐ Schedule G _____<br>Jerry Howard |
| 3.25<br>2 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.43<br>☐ Schedule G _____<br>Charlie Pollard |
| 3.25<br>3 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.113<br>☐ Schedule G _____<br>Gary Thompson |
| 3.25<br>4 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.110<br>☐ Schedule G _____<br>G. Councill |
| 3.25<br>5 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.125<br>☐ Schedule G _____<br>Hugo Jaimez |

| Debtor 1 | William H. Carpenter | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

| 3.25<br>6 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.82<br>☐ Schedule G _____<br>Diego Salcido |
|---|---|---|
| 3.25<br>7 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.122<br>☐ Schedule G _____<br>Henry Sanders |
| 3.25<br>8 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.80<br>☐ Schedule G _____<br>Devon Felkner |
| 3.25<br>9 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.135<br>☐ Schedule G _____<br>Jaime Gutierrez |
| 3.26<br>0 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.226<br>☐ Schedule G _____<br>Miguel Moran |
| 3.26<br>1 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.237<br>☐ Schedule G _____<br>Nick Lerma |
| 3.26<br>2 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.180<br>☐ Schedule G _____<br>Juan Martinez |

Debtor 1   William H. Carpenter _____        Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.26
3

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.126
☐ Schedule G _____
Ignacio Medel

---

3.26
4

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.119
☐ Schedule G _____
Gustavo Muro

---

3.26
5

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.308
☐ Schedule G _____
Shannon Nafus

---

3.26
6

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.304
☐ Schedule G _____
Scott Rushton

---

3.26
7

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.31
☐ Schedule G _____
Brian Sudsbury

---

3.26
8

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.225
☐ Schedule G _____
Miguel Batres

---

3.26
9

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.318
☐ Schedule G _____
Stephen Diaz

Debtor 1   William H. Carpenter _____    Case number *(if known)* _____

| ■ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.27 0    P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.201___ ☐ Schedule G _____ Lawrence Odonnell |
| 3.27 1    P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.108___ ☐ Schedule G _____ Franklin Powers |
| 3.27 2    P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.75___ ☐ Schedule G _____ David Solis |
| 3.27 3    P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.16___ ☐ Schedule G _____ Anthony Stiggers |
| 3.27 4    P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.217___ ☐ Schedule G _____ Mario Tejada |
| 3.27 5    P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.218___ ☐ Schedule G _____ Marvin Vernarde |
| 3.27 6    P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.131___ ☐ Schedule G _____ Ismael Alvarado |

| Debtor 1 | William H. Carpenter | Case number *(if known)* | |
|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.27 7 | P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.6___ ☐ Schedule G _____ Alejandro Flores |
| 3.27 8 | P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.178___ ☐ Schedule G _____ Juan Bonilla |
| 3.27 9 | P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.179___ ☐ Schedule G _____ Juan Cervantes |
| 3.28 0 | P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.12___ ☐ Schedule G _____ Angel Diaz |
| 3.28 1 | P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.210___ ☐ Schedule G _____ Lonny Duran |
| 3.28 2 | P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.36___ ☐ Schedule G _____ Carlos Ecute |
| 3.28 3 | P.T.O. Services, Inc. 1000 Jorie Blvd., Suite 228 Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.197___ ☐ Schedule G _____ Larry Gilbert |

| Debtor 1 | William H. Carpenter | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.28
4

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.118___
☐ Schedule G _____
Gilbert Murrieta

---

3.28
5

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.306___
☐ Schedule G _____
Sergio Perez

---

3.28
6

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.9___
☐ Schedule G _____
Alvaro Ramiriz

---

3.28
7

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.39___
☐ Schedule G _____
Cecilia Rivera

---

3.28
8

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.7___
☐ Schedule G _____
Alex Sanchez

---

3.28
9

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.88___
☐ Schedule G _____
Donald Tobias

---

3.29
0

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.174___
☐ Schedule G _____
Joseph Altig

---

Debtor 1   William H. Carpenter                                    Case number *(if known)*

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.29
1   P.T.O. Services, Inc.
    1000 Jorie Blvd., Suite 228
    Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.342___
☐ Schedule G _____
William Cardenas

3.29
2   P.T.O. Services, Inc.
    1000 Jorie Blvd., Suite 228
    Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.101___
☐ Schedule G _____
Everett Cooney

3.29
3   P.T.O. Services, Inc.
    1000 Jorie Blvd., Suite 228
    Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.170___
☐ Schedule G _____
Jose Espinosa

3.29
4   P.T.O. Services, Inc.
    1000 Jorie Blvd., Suite 228
    Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.160___
☐ Schedule G _____
Joey Ferreira

3.29
5   P.T.O. Services, Inc.
    1000 Jorie Blvd., Suite 228
    Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.90___
☐ Schedule G _____
Douglas Frasier

3.29
6   P.T.O. Services, Inc.
    1000 Jorie Blvd., Suite 228
    Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.163___
☐ Schedule G _____
John Frost

3.29
7   P.T.O. Services, Inc.
    1000 Jorie Blvd., Suite 228
    Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.325___
☐ Schedule G _____
T. Judd

Debtor 1    William H. Carpenter _____     Case number *(if known)* _____

| | | |
|---|---|---|
| ■ | **Additional Page to List More Codebtors** | |
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| | | |
|---|---|---|
| 3.298 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.136___<br>☐ Schedule G _____<br>Jaime Lemas |
| 3.299 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.137___<br>☐ Schedule G _____<br>Jaime Meza |
| 3.300 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.102___<br>☐ Schedule G _____<br>Favian Rodriguez |
| 3.301 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.333___<br>☐ Schedule G _____<br>Tim Scheil |
| 3.302 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.198___<br>☐ Schedule G _____<br>Larry Taylor |
| 3.303 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.142___<br>☐ Schedule G _____<br>James Walker |
| 3.304 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.48___<br>☐ Schedule G _____<br>Christian Alvarado |

Debtor 1   William H. Carpenter _____       Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|---|
| 3.30 5 | P.T.O. Services, Inc. <br> 1000 Jorie Blvd., Suite 228 <br> Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.41___ <br> ☐ Schedule G _____ <br> Charles Ayers |
| 3.30 6 | P.T.O. Services, Inc. <br> 1000 Jorie Blvd., Suite 228 <br> Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.3___ <br> ☐ Schedule G _____ <br> A. Dawkins |
| 3.30 7 | P.T.O. Services, Inc. <br> 1000 Jorie Blvd., Suite 228 <br> Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.214___ <br> ☐ Schedule G _____ <br> Manuel Del Rio |
| 3.30 8 | P.T.O. Services, Inc. <br> 1000 Jorie Blvd., Suite 228 <br> Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.339___ <br> ☐ Schedule G _____ <br> Virgil Green |
| 3.30 9 | P.T.O. Services, Inc. <br> 1000 Jorie Blvd., Suite 228 <br> Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.266___ <br> ☐ Schedule G _____ <br> Randall Johnson |
| 3.31 0 | P.T.O. Services, Inc. <br> 1000 Jorie Blvd., Suite 228 <br> Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.183___ <br> ☐ Schedule G _____ <br> Justin Kroviak |
| 3.31 1 | P.T.O. Services, Inc. <br> 1000 Jorie Blvd., Suite 228 <br> Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.298___ <br> ☐ Schedule G _____ <br> Samuel Lamar |

Debtor 1    William H. Carpenter

Case number *(if known)*

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.31<br>2 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line    4.255<br>☐ Schedule G _____<br>Paul Lanssen |
| 3.31<br>3 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line    4.245<br>☐ Schedule G _____<br>Octavio Mora |
| 3.31<br>4 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line    4.265<br>☐ Schedule G _____<br>Rahbarvafee |
| 3.31<br>5 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line    4.243<br>☐ Schedule G _____<br>O. Serrano |
| 3.31<br>6 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line    4.251<br>☐ Schedule G _____<br>Othia Spann |
| 3.31<br>7 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line    4.204<br>☐ Schedule G _____<br>LeRoy Stoneham |
| 3.31<br>8 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line    4.189<br>☐ Schedule G _____<br>Kenth Stuart |

---

Debtor 1    William H. Carpenter                                         Case number (if known)

| | | |
|---|---|---|
| **Additional Page to List More Codebtors** | | |

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.31<br>9 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.229___<br>☐ Schedule G _____<br>Mike When |
| 3.32<br>0 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.100___<br>☐ Schedule G _____<br>Errol Williams |
| 3.32<br>1 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.263___<br>☐ Schedule G _____<br>Phares McBride |
| 3.32<br>2 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.112___<br>☐ Schedule G _____<br>Gary Pickett |
| 3.32<br>3 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.19___<br>☐ Schedule G _____<br>Antonio Carter |
| 3.32<br>4 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.59___<br>☐ Schedule G _____<br>Damen Henderson |
| 3.32<br>5 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.331___<br>☐ Schedule G _____<br>Tim Duncan |

| Debtor 1 | William H. Carpenter | Case number *(if known)* | |
|---|---|---|---|

---

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

| 3.32<br>6 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.336<br>☐ Schedule G _____<br>Tony Wagstaff |
|---|---|---|

| 3.32<br>7 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.66<br>☐ Schedule G _____<br>Daniel Groff |
|---|---|---|

| 3.32<br>8 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.150<br>☐ Schedule G _____<br>Jeffrey Hillburn |
|---|---|---|

| 3.32<br>9 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.344<br>☐ Schedule G _____<br>William Hoffman |
|---|---|---|

| 3.33<br>0 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.44<br>☐ Schedule G _____<br>Charlie Robinson |
|---|---|---|

| 3.33<br>1 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.283<br>☐ Schedule G _____<br>Rodney Fuller |
|---|---|---|

| 3.33<br>2 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.187<br>☐ Schedule G _____<br>Kendrick Williams |
|---|---|---|

---

Debtor 1    William H. Carpenter                                             Case number *(if known)*

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.33<br>3     P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.107__<br>☐ Schedule G _____<br>Franklin Foster |
| 3.33<br>4     P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.309__<br>☐ Schedule G _____<br>Shawn Savage |
| 3.33<br>5     P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.151__<br>☐ Schedule G _____<br>Jeffrey Madison |
| 3.33<br>6     P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.127__<br>☐ Schedule G _____<br>Illinois Workers' Comp. Commission |
| 3.33<br>7     P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.1__<br>☐ Schedule G _____<br>Virginia Workers Comp. Committee |
| 3.33<br>8     P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.316__<br>☐ Schedule G _____<br>State of Kansas Workers Comp. |
| 3.33<br>9     P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.349__<br>☐ Schedule G _____<br>Workers Comp. Board of State of IN |

Debtor 1    William H. Carpenter _____    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** |

| | | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|---|

3.34
0    P.T.O. Services, Inc.
     1000 Jorie Blvd., Suite 228
     Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.314___
☐ Schedule G _____
State of CA Division of Workers Com

3.34
1    P.T.O. Services, Inc.
     1000 Jorie Blvd., Suite 228
     Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.337___
☐ Schedule G _____
Uninsured Employers Benefits Trust

3.34
2    P.T.O. Services, Inc.
     1000 Jorie Blvd., Suite 228
     Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.103___
☐ Schedule G _____
FL Division of Workers Comp.

3.34
3    P.T.O. Services, Inc.
     1000 Jorie Blvd., Suite 228
     Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.247___
☐ Schedule G _____
Oklahoma Workers Comp. Commission

3.34
4    P.T.O. Services, Inc.
     1000 Jorie Blvd., Suite 228
     Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.231___
☐ Schedule G _____
Missouri Division of Workers Comp.

3.34
5    P.T.O. Services, Inc.
     1000 Jorie Blvd., Suite 228
     Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.347___
☐ Schedule G _____
Wisconsin Workers Comp. Division

3.34
6    P.T.O. Services, Inc.
     1000 Jorie Blvd., Suite 228
     Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.128___
☐ Schedule G _____
Industrial Commission of Arizona

| Debtor 1 | William H. Carpenter | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.34
7

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.246___
☐ Schedule G _____
Ohio Bureau of Workers Comp.

---

3.34
8

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.190___
☐ Schedule G _____
Kentucky Dept. of Workers Claims

---

3.34
9

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.219___
☐ Schedule G _____
Maryland Workers Comp. Commission

---

3.35
0

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.115___
☐ Schedule G _____
Georgia State Board of Workers Comp

---

3.35
1

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.310___
☐ Schedule G _____
South Carolina Workers Comp.

---

3.35
2

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.260___
☐ Schedule G _____
Pennsylvania Bureau of Workers Comp

---

3.35
3

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.313___
☐ Schedule G _____
State of Arkansas Workers Comp.

---

Debtor 1    William H. Carpenter _____    Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.35
4

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.315___
☐ Schedule G _____
State of Connecticut Workers Comp.

---

3.35
5

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.317___
☐ Schedule G _____
State of Nevada Dept. of Business

---

3.35
6

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.224___
☐ Schedule G _____
Michigan Dept. of Licensing

---

3.35
7

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.241___
☐ Schedule G _____
North Carolina Industrial Comm.

---

3.35
8

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.232___
☐ Schedule G _____
Missouri Division of Workers Comp.

---

3.35
9

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.53___
☐ Schedule G _____
Christopher Latinette

---

3.36
0

Superior Enterprise Solutions Inc.
1000 Jorie Blvd., Ste 228
Oak Brook, IL 60523

☐ Schedule D, line _____
■ Schedule E/F, line ___2.5___
☐ Schedule G _____
Internal Revenue Service

---

| Debtor 1 | William H. Carpenter | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.36<br>1 | Transporation Personnel Services<br>1000 Jorie Blvd., Ste 228<br>Oak Brook, IL 60523 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.4___<br>☐ Schedule G _____<br>Internal Revenue Service |
| 3.36<br>2 | Transporation Personnel Services<br>1000 Jorie Blvd., Ste 228<br>Oak Brook, IL 60523 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.6___<br>☐ Schedule G _____<br>Internal Revenue Service |
| 3.36<br>3 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.1___<br>Hinsdale Management Corporation |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | William H. Carpenter |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:
- [ ] An amended filing
- [ ] A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                      12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:      Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | [✔] Employed<br>[ ] Not employed | [✔] Employed<br>[ ] Not employed |
| Occupation | | Manager | Office Manager |
| Employer's name | | PTO Services | PTO Services |
| Employer's address | | 1000 Jorie Blvd., Ste 228<br>Oak Brook, IL 60523 | 1000 Jorie Blvd., Ste 228<br>Oak Brook, IL 60523 |
| How long employed there? | | 46 years | 41 years |

### Part 2:      Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $  13,000.00 | $  12,350.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$  0.00 | +$  0.00 |
| 4. | Calculate gross Income.  Add line 2 + line 3. | 4. | $  13,000.00 | $  12,350.00 |

Debtor 1   William H. Carpenter                                          Case number (*if known*) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 13,000.00 | $ 12,350.00 |

**5. List all payroll deductions:**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 2,796.56 | $ 2,872.65 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 968.33 | $ 902.98 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: PRSV2 | 5h.+ | $ 300.00 | + $ 0.00 |

**6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | 6. | $ 4,064.89 | $ 3,775.63 |

**7. Calculate total monthly take-home pay.** Subtract line 6 from line 4.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | 7. | $ 8,935.11 | $ 8,574.37 |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 61.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** *****Exempt pursuant to §101(10b)***** | 8e. | $3,271.00 | $2,309.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 | + $ 0.00 |

**9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | 9. | $ 0.00 | $ 0.00 |

**10. Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

|  | |  |  |  |
|---|---|---|---|---|
| 10. | $ 8,935.11 | + | $ 8,635.37 | = $ 17,570.48 |

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____

|  |  |  |
|---|---|---|
| | 11. | + $ 0.00 |

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

|  |  |  |
|---|---|---|
| | 12. | $ 17,570.48 |

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain: Debtor is winding down his businesses and is no longer receiving salaries. Debtor estimates that he will be unemployed for several months after the filing.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | William H. Carpenter |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**     ☐ No

   Do not list Debtor 1 and Debtor 2.     ☑ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Spouse | | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do you your expenses include expenses of people other than yourself and your dependents?**     ☑ No  ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 3,700.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $ 1,381.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 135.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 1,067.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ 1,136.00 |

Debtor 1   William H. Carpenter                                    Case number (if known)

| | | |
|---|---|---|
| 6. | **Utilities:** | |
| | 6a.  Electricity, heat, natural gas | 6a.  $  595.00 |
| | 6b.  Water, sewer, garbage collection | 6b.  $  400.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c.  $  150.00 |
| | 6d.  Other. Specify: | 6d.  $  0.00 |
| 7. | **Food and housekeeping supplies** | 7.  $  800.00 |
| 8. | **Childcare and children's education costs** | 8.  $  0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9.  $  200.00 |
| 10. | **Personal care products and services** | 10.  $  200.00 |
| 11. | **Medical and dental expenses** | 11.  $  950.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12.  $  350.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13.  $  150.00 |
| 14. | **Charitable contributions and religious donations** | 14.  $  2,400.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.  Life insurance | 15a.  $  100.00 |
| | 15b.  Health insurance | 15b.  $  0.00 |
| | 15c.  Vehicle insurance | 15c.  $  102.00 |
| | 15d.  Other insurance. Specify: | 15d.  $  0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16.  $  0.00 |
| 17. | **Installment or lease payments:** | |
| | 17a.  Car payments for Vehicle 1 | 17a.  $  1,196.08 |
| | 17b.  Car payments for Vehicle 2 | 17b.  $  0.00 |
| | 17c.  Other. Specify: | 17c.  $  0.00 |
| | 17d.  Other. Specify: | 17d.  $  0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18.  $  0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | |
| | 20a.  Mortgages on other property | 20a.  $  3,000.00 |
| | 20b.  Real estate taxes | 20b.  $  0.00 |
| | 20c.  Property, homeowner's, or renter's insurance | 20c.  $  0.00 |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d.  $  0.00 |
| | 20e.  Homeowner's association or condominium dues | 20e.  $  0.00 |
| 21. | **Other:** Specify:   Non-debtor spouse credit card | 21.  +$  500.00 |
| 22. | **Calculate your monthly expenses** | |
| | 22a.  Add lines 4 through 21. | $  18,512.08 |
| | 22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ |
| | 22c.  Add line 22a and 22b.  The result is your monthly expenses. | $  18,512.08 |
| 23. | **Calculate your monthly net income.** | |
| | 23a.  Copy line 12 *(your combined monthly income)* from Schedule I. | 23a.  $  17,570.48 |
| | 23b.  Copy your monthly expenses from line 22c above. | 23b.  -$  18,512.08 |
| | 23c.  Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c.  $  -941.60 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.     Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | William H. Carpenter |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X /s/ William H. Carpenter | X |
|---|---|
| William H. Carpenter | |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Date  April 14, 2017 | Date |

---

Official Form 106Dec                    **Declaration About an Individual Debtor's Schedules**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | William H. Carpenter | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy                4/16

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.    **What is your current marital status?**

    ■ Married
    ☐ Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

    ■ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $76,050.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    William H. Carpenter

Case number *(if known)* _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2016 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $296,400.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2015 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $297,695.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | SSI Benefits | $16,740.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2016 ) | SSI Benefits | $70,914.20 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2015 ) | Interest / Dividends | $613.00 | | |
| | Pensions and Annuities | $546.00 | | |
| | SSI Benefits | $60,062.00 | | |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
    ■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
    ☐ No.    Go to line 7.
    ■ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

Debtor 1    William H. Carpenter                                          Case number (if known) _____

☐ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Select Portfolio Servicing, Inc. Attn: Remittance Processing P.O. Box 65450 Salt Lake City, UT 84165-0450 | January - April 2017 | $14,799.04 | $395,794.00 | ■ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No

☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

■ No

☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

■ No

☐ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**

Check all that apply and fill in the details below.

■ No. Go to line 11.

☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   William H. Carpenter
Case number *(if known)*

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

<span style="background:black;color:white">**Part 5:**</span>   **List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address **(Number, Street, City, State and ZIP Code)** | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

<span style="background:black;color:white">**Part 6:**</span>   **List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

<span style="background:black;color:white">**Part 7:**</span>   **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Money Management International | Credit counseling services | February 2017 | $20.00 |

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

Debtor 1    William H. Carpenter

Case number (*if known*)

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Golan Christie Taglia LLP<br>70 W. Madison<br>Suite 1500<br>Chicago, IL 60602<br>rrbenjamin@gct.law<br>P.T.O. Services | Attorney Fees | 04/14/17 | $3,000.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**  List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Official Form 107                **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                page 5

Debtor 1    William H. Carpenter

Case number *(if known)*

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes.  Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**    Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

Official Form 107                Statement of Financial Affairs for Individuals Filing for Bankruptcy                page 6

Debtor 1    William H. Carpenter                                      Case number *(if known)*

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐ **No. None of the above applies.  Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | Payroll support/HR for business | **EIN:**  36-2708711<br><br>**From-To**  1971 - 2017 |
| Superior Enterprise Solutions Inc.<br>1000 Jorie Blvd., Ste 228<br>Oak Brook, IL 60523 | Payroll support/HR for business | **EIN:**  36-4236017<br><br>**From-To**  1998 - 2013 |
| Transporation Personnel Services<br>1000 Jorie Blvd., Ste 228<br>Oak Brook, IL 60523 | Payroll support/HR for business | **EIN:**  36-3145276<br><br>**From-To**  1981 - 2013 |
| Transport Production Systems, Inc.<br>1000 Jorie Blvd., Ste 228<br>Oak Brook, IL 60523 | Payroll support/HR for business | **EIN:**  36-4265988<br><br>**From-To**  1985 - 2017 |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**

☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
|  |  |

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

/s/ William H. Carpenter
_____                    _____
William H. Carpenter                                Signature of Debtor 2
**Signature of Debtor 1**

Date   April 14, 2017                                Date   _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | William H. Carpenter |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's | ☐ Surrender the property. | ☐ No |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | William H. Carpenter | | Case number *(if known)* | |

name:

☐ Retain the property and redeem it.    ☐ Yes
☐ Retain the property and enter into a *Reaffirmation Agreement.*

Description of
property
securing debt:

☐ Retain the property and [explain]:

_____

---

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Hinsdale Management Corporation | ■ No<br>☐ Yes |
| Description of leased Property: Office lease for 1000 Jorie Blve at $3,650.00 per month through July 14, 2018 | |
| Lessor's name: Lincoln Automotive Financial | ■ No<br>☐ Yes |
| Description of leased Property: Lease of 2015 Lincoln MKS | |
| Lessor's name: Lincoln Automotive Financial | ■ No<br>☐ Yes |
| Description of leased Property: Lease of 2017 Lincoln MKZ | |
| Lessor's name: Lincoln Automotive Financial | ■ No<br>☐ Yes |
| Description of leased Property: LEase of 2016 Lincoln MKX | |

---

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  /s/ William H. Carpenter                          X _____
William H. Carpenter                                      Signature of Debtor 2
Signature of Debtor 1

Date    April 14, 2017                                     Date _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal
restitution obligations; and

certain debts that are not listed in your bankruptcy
papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of
fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a
motor vehicle, vessel, or aircraft while intoxicated
from alcohol or drugs.

If your debts are primarily consumer debts, the court
can dismiss your chapter 7 case if it finds that you have
enough income to repay creditors a certain amount.
You must file *Chapter 7 Statement of Your Current
Monthly Income* (Official Form 122A–1) if you are an
individual filing for bankruptcy under chapter 7. This
form will determine your current monthly income and
compare whether your income is more than the median
income that applies in your state.

If your income is not above the median for your state,
you will not have to complete the other chapter 7 form,
the *Chapter 7 Means Test Calculation* (Official Form
122A–2).

If your income is above the median for your state, you
must file a second form —the *Chapter 7 Means Test
Calculation* (Official Form 122A–2). The calculations on
the form— sometimes called the *Means Test*—deduct
from your income living expenses and payments on
certain debts to determine any amount available to pay
unsecured creditors. If

your income is more than the median income for your
state of residence and family size, depending on the
results of the *Means Test*, the U.S. trustee, bankruptcy
administrator, or creditors can file a motion to dismiss
your case under § 707(b) of the Bankruptcy Code. If a
motion is filed, the court will decide if your case should
be dismissed. To avoid dismissal, you may choose to
proceed under another chapter of the Bankruptcy
Code.

If you are an individual filing for chapter 7 bankruptcy,
the trustee may sell your property to pay your debts,
subject to your right to exempt the property or a portion
of the proceeds from the sale of the property. The
property, and the proceeds from property that your
bankruptcy trustee sells or liquidates that you are
entitled to, is called *exempt property*. Exemptions may
enable you to keep your home, a car, clothing, and
household items or to receive some of the proceeds if
the property is sold.

Exemptions are not automatic. To exempt property,
you must list it on *Schedule C: The Property You Claim
as Exempt* (Official Form 106C). If you do not list the
property, the trustee may sell it and pay all of the
proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business,
but is also available to individuals. The provisions of
chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

## Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re   William H. Carpenter _____   Case No. _____
                                        Debtor(s)                          Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,000.00 |
| Prior to the filing of this statement I have received | $ | 3,000.00 |
| Balance Due | $ | 0.00 |

2.  $  335.00   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor        ■ Other (specify):    P.T.O Services

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

April 14, 2017 _____        /s/ Robert R. Benjamin
*Date*                                        Robert R. Benjamin
                                              *Signature of Attorney*
                                              Golan Christie Taglia LLP
                                              70 W. Madison
                                              Suite 1500
                                              Chicago, IL 60602
                                              (312) 263-2300   Fax: (312) 263-0939
                                              rrbenjamin@gct.law
                                              *Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Illinois

In re  William H. Carpenter                                      Case No.
                                          Debtor(s)        Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                    730

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  April 14, 2017                     /s/ William H. Carpenter
                                              William H. Carpenter
                                            Signature of Debtor

.

Virginia Workers Comp. Committee
100 DMV Drive
Richmond, VA 23220


A. Cerczeres
2502 North Burns
Wichita, KS 67204


A. Dawkins
2275 W. Victoria Dr. #2
Alpine, CA 91901


Aaron Gomez
115 Harbor Drive 2B
Oswego, IL 60543


Agnes Carpenter
0S415 Prince Crossing Road
West Chicago, IL 60185


Agnes Carpenter
0S415 Prince Crossing Road
West Chicago, IL 60185


Agnes Carpenter
0S415 Prince Crossing Road
West Chicago, IL 60185


Agnes Carpenter
0S415 Prince Crossing Road
West Chicago, IL 60185


Agnes Carpenter
0S415 Prince Crossing Road
West Chicago, IL 60185


Agnes Carpenter
0S415 Prince Crossing Road
West Chicago, IL 60185


Agnes Carpenter
0S415 Prince Crossing Road
West Chicago, IL 60185

Alan Claffey
1708 W Harmont Drive
Phoenix, AZ 85021

Alejandro Flores
2424 Darcena St.
Bakersfield, CA 93304

Alex Sanchez
7722 Clive Ave.
Whittier, CA 90606

Alfredo Vargas
1822 S. Palisade
Wichita, KS 67213

Alvaro Ramiriz
509 Carr St.
Bakersfield, CA 93308

American Express
Box 0001
Los Angeles, CA 90096

Angel Bousono
4062 Kingway Dr.
Crown Point, IN 46307

Angel Diaz
399 N. Garfield Apt. 5
Pasadena, CA 91101

Anthony Bridges
1446 S. Sawyer
Chicago, IL 60623

Anthony Rizzi
2174 Rebecca Circle
Montgomery, IL 60538

Anthony Robinson
6531 S. Paulina
Chicago, IL 60636

Anthony Stiggers
2172 W. Willard
Ontario, CA 91761


Anthony Torres
6024 Bourbon Drive
Carmichael, CA 95608


Antonio Carmen
1032 Elizabeth St.
West Chicago, IL 60185


Antonio Carter
109 Cabin Drive
Irmo, SC 29063


Antwan Beard
5138 S. Union
Chicago, IL 60609


Arthur Lindley
502 N. Grant Street
Oronogo, MO 64855


Baudel Mesa
1134 N. Waco
Wichita, KS 67203


Baudel Mesa
1030 N. Market
Apartment 211
Wichita, KS 67214


Bernard Shurn
4054 W. 115th St. Apt. 211
Chicago, IL 60655


Bill Milich
4651 N. 600 W
La Porte, IN 46350


Bill Pohl
108 N. Forest Glenn Dr.
Round Lake, IL 60073

Bobby Joe Childers
106437 Rodeo Drive
McLoud, OK 74851


Brandon Green
803 N. Grant St.
Crown Point, IN 46307


Brian Crampton
3455 N. Broadway
Wichita, KS 67213


Brian Hopkins
492 E. Briarcliff Rd.
Bolingbrook, IL 60440


Brian Sudsbury
617 1/2 Washington Ave.
Bakersfield, CA 93308


Bruce Gamble
12964 County Road 90
Kenton, OH 43326


Bruce Miller
72 The Oaks
Tolono, IL 61880


C. Latinette
210 N. Haag St.
Breese, IL 62230


Candance Ottenstroer
2023 E. 1130 North
Demotte, IN 46310


Carlos Ecute
10424 Cliota St.
Whittier, CA 90601


Carlos Gomez
1534 N. Crimson Lane
Palatine, IL 60074

Carlos Gonzales
1559 N. Market
Wichita, KS 67214


Cecilia Rivera
1185 S. Towne Ave.
Pomona, CA 91760


Chad Fewell
HC 70 Box 985
Antlers, OK 74523


Charles Ayers
2812 Gosford
Bakersfield, CA 93309


Charles Lawrence
7957 Delmar Ave.
Hammond, IN 46324


Charlie Pollard
3731 Parrish Ave.
East Chicago, IN 46312


Charlie Robinson
125 Sedgwick St.
Stratford, CT 06615


Chase
Cardmember Services
PO Box 1423
Charlotte, NC 28201


Chase
Cardmember Services
PO Box 1423
Charlotte, NC 28201


Chris Broderick
7406 Tany Place
Merrillville, IN 46410


Christian Alvarado
542 W. Ave. H 14
Lancaster, CA 93534

Christina Williams
7602 S. 127 Street E Lot 1
Derby, KS 67037


Christopher Chatman
5806 W. Waveland
Chicago, IL 60619


Christopher Hampton
1075 Cleveland Ave.
Calumet City, IL 60409


Christopher Keener
620 N. 6 Street
Duncan, OK 73533


Christopher Latinette
210 N. Haag St.
Breese, IL 62230


Christopher Winters
3614 Monroe St.
Gary, IN 46404


Clarence Thomas
2653 N. Asutin Ave,
Chicago, IL 60639


Clifford McKee
401 N. Emporia
Wichita, KS 67204


Craig Herlitz
24314 Cline Ave.
Lowell, IN 46356


Cristobal Sosa
24724 Clinton Ave.
Round Lake, IL 60073


Damen Henderson
69805 Brightway Pl. Apt J
Gwynn Oak, MD 21207

Damien Jeffries
133 S Barat
Saint Louis, MO 63135


Dan Lanter
14323 Schumacher Rd.
Aviston, IL 62216


Dan Rupel
1123 New Trenton Rd.
Highland, IL 62249


Dan Simmons
7865 Sunnybrook Rd.
Marion, IL 62959


Dan Tittle
18108 Westlawn Court
Hesperia, CA 92345


Daniel Baker
401 S. Emporia
Wichita, KS 67202


Daniel Groff
130 Lefever Rd.
Mount Joy, PA 17552


Darrell Cordray
306 Depot St.
Panama, IL 62077


Darrlyn Johnson
127 S. Colby Avenue
Valley Center, KS 67147


Dave Harry
2243 Marilyn Dr.
Saint Joseph, IL 61873


Dave Scobey
26 S. California St.
Hebron, IN 46341

Dave Scobey
415 Mockingbird Lane
Lowell, IN 46356


David Bennett
523 N. Wisconsin St.
Hobart, IN 46342


David Bent
16884 River Bluff Rd.
Okawville, IL 62271


David Long
1307 Hilltop
McHenry, IL 60050


David Solis
321 Wales Ct.
San Jacinto, CA 92583


De Andre Clemons
16252 Oxford Dr. E
Harvey, IL 60426


Delfino Jasso
666 Harrison Ct.
Merrillville, IN 46410


Dennis Thacker
350 Madison
Pocahontas, IL 62275


Derek F. Kettle
211 N. Robinson Ste 800 N
Oklahoma City, OK 73102


Devon Felkner
969 Roedel Dr.
San Diego, CA 92154


Diane Dearing
564 Carnahan Rd.
Compton, IL 61318

Diego Salcido
2543 Caminito Ave.
San Diego, CA 92154


Dionicio Ramirez
12500 Roosevelt Blvd
Perrysburg, OH 43551


Discover
P.O. Box 6103
Carol Stream, IL 60197


Don Hyle
115 W. John St.
Plano, IL 60545


Donald Coleman
3630 Jackson St.
Gary, IN 46408


Donald Gibbons
6246 W. Warwick
Chicago, IL 60634


Donald Tobias
303 N. Bush St. #7
Anaheim, CA 92805


Donnie Cessna
16272 W Highway 54
Lot 126
Goddard, KS 67052


Douglas Frasier
2648 Gtsnvid Ey
Upland, CA 91784


Dustin Plant
3495 Pierland Dr.
Pocahontas, IL 62275


Earnest Green
7957 Mati Avenue
Jacksonville, FL 32219

Ed Cons
16845 N 29th Avenue Street 1
#702
Glendale, AZ 85308


Edgar Flores
938 Windmere Ct.
Aurora, IL 60504


Edgar Hernandez
302 W. 53rd Street North
Wichita, KS 67204


Eldon Bailey
7130 E. 111th Street
Mulvane, KS 67110


Elmen Doyle
4251 Pinewood Lane
Matteson, IL 60443


Elmer Herbert
4251 Pinewood Lane
Matteson, IL 60443


Employment Development Dept.
P.O. Box 826215 MIC 3A
Sacramento, CA 94230-6215


Eric Evans
1426 Highway 50 West
Lot 42
Loose Creek, MO 65054


Errol Williams
P.O. Box 2242
San Bernardino, CA 92406


Everett Cooney
7860 Mission Center Ct. Ste. 111
San Diego, CA 92108


Favian Rodriguez
711 N. La Palma Ave.
Ontario, CA 91764

FL Division of Workers Comp.
200 E. Gaines St.
Tallahassee, FL 32399


Francisco Bolanos
4013 Grand Blvd.
East Chicago, IN 46312


Francisco Godinez
15276 State St. Unite 2
South Holland, IL 60473


Frank Lesniewski
8729 Tulley
Oak Lawn, IL 60453


Franklin Foster
1521 Nixton Rd.
Elizabeth City, NC 27909


Franklin Powers
3506 Aslin St.
Bakersfield, CA 93312


Ftatford Kovacs
2331 W. Palatine
Oak Brook, IL 60523


G. Councill
780 Fox River Rd.
Valparaiso, IN 46385


Gary Mercer
401 S. Emporia
Wichita, KS 67204


Gary Pickett
7649 Heritage Rd.
Winnsboro, SC 29180


Gary Thompson
1173 Gerry St.
Gary, IN 46406

George Davis
827 Dodge
Evanston, IL 60202


Georgia State Board of Workers Comp
270 Peachtree St. NW
Atlanta, GA 30303


Gerald Bandy
17445 Liller Road
Hilliard, FL 32046


Gerald Councell
780 Fox River Rd.
Valparaiso, IN 46385


Gilbert Murrieta
820 Hawaii Ave.
San Diego, CA 92154


Gustavo Muro
1822 Inca Rd.
Bakersfield, CA 93304


Harold Bailey
1856 Autumn Trail
Wentzville, MO 63385


Henry Gatson
416 Mackinaw Ave.
Calumet City, IL 60409


Henry Sanders
8508 El Lindo Crt.
Antelope, CA 95843


Herman Thompkins
2011 Durkee Drive E
Jacksonville, FL 32209


Hinsdale Management Corporation
21 Spinning Wheel Road
Hinsdale, IL 60521

Horace Turner
7244 Merganser St.
Hobart, IN 46342


Hugo Jaimez
6071 Lute Rd.
Portage, IN 46368


Ignacio Medel
3280 Cashel Lane
Corona, CA 92882


IL Dept. of Employment Security
33 S. State Street, 10th Floor
Chicago, IL 60603-2802


Illinois Workers' Comp. Commission
100 W. Randolph Suite 8-200
Chicago, IL 60601


Industrial Commission of Arizona
800 W. Washington St.
Phoenix, AZ 85007


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Ira Bryant
2864 Penbrooke Lane
Saint Charles, MO 63301

Isaac Chamberlain
407 S. Sebree Street
Madisonville, KY 42431


Ismael Alvarado
542 West
Lancaster, CA 93535


Israel Morales
1155 Homer Ave.
Aurora, IL 60505


J. Orlowski
1036 Brentwood Circle
Buffalo Grove, IL 60089


Jack Rogers
RR 3 Box 620
Vandalia, IL 62471


Jaime Gutierrez
1011 Beyer Way #124
San Diego, CA 92154


Jaime Lemas
1621 Madsone Ave #25
West Sacramento, CA 95691


Jaime Meza
6535 El Cortez Ave.
La Habra, CA 90631


James Bannasch
904 Windemere Lane
Aurora, IL 60504


James Mullins
1100 Eastside Lane
Apt 3
Madisonville, KY 42431


James Stanley
1457 Ellis Trale Drive W.
Jacksonville, FL 32205

James Tilton
1912 Lehman Avenue
Toledo, OH 43611


James Walker
P.O> Box 1562
Claremont, CA 91711


James Williams
8424 W. Oak Ave.
Niles, IL 60714


Jared Poe
1201 Calvin Ave.
Valparaiso, IN 46385


Jeff Peters
681 Charlotte Ct.
New Lenox, IL 60451


Jeff Thompson
7091 N. Maize Road
Valley Center, KS 67147


Jeff Thompson
7091 N. Maize Road
Valley Center, KS 67147


Jeffrey Coyle
9036 Glenshire St.
Tinley Park, IL 60487


Jeffrey Henley
RR1 Box 88A
Mercer, MO 64661


Jeffrey Hillburn
17 Greensport Ferry Rd.
Ohatchee, AL 36271


Jeffrey Madison
4216 Washington Rd. #208
Kenosha, WI 53144

Jennifer Crespo
2404 Arrington Way #4
North Chicago, IL 60064


Jerry Howard
825 Ames St.
Hammond, IN 46320


Jerry Oliver
475 Fredrick Road
Dawson Springs, KY 42408


Jesse Gonzalez
3915 Euclid Ave.
Crown Point, IN 46307


Jim Jones
204 S. H St.
Tilton, IL 61833


Joe Bettes
420 E. Pontotoc
Roff, OK 74865


Joe Gordon
200 W. 57th
Wichita, KS 67204


Joe Trulik
309 West Cedar
Saybrook, IL 61770


Joey Ferreira
322 21st St.
Sacramento, CA 95821


John Brown
793 George Washington Highway
Chesapeake, VA 23323


John Doyle
174 Ridgeway Ct.
Bourbonnais, IL 60914

John Frost
26457 S. Banta
Tracy, CA 95304


John Nickel
1933 S. Vine
Wichita, KS 67213


John Pruett
511 South 5th
Fisher, IL 61843


John Vasquez
7683 E. 112th Ave.
Crown Point, IN 46307


Jon Ambler
1310 Osprey Way
Greenwood, IN 46143


Jono Nagode
724 Landon Ave,
Winthrop Harbor, IL 60096


Jorge Garcia
2215 N. Jeanette
Wichita, KS 67204


Jose Espinosa
660 W. Etiwanda
Rialto, CA 92376


Jose Morales
1709 Keating St.
Glendale Heights, IL 60139


Jose Quiros
5017 N. Waco
Wichita, KS 67203


Jose Solis
1520 Georgia Ct. Apt. 102
Naperville, IL 60540

Joseph Altig
530 9th St.
Imperial Beach, CA 91932


Joshua Hernandez
1210 Adams Ave.
Centralia, IL 62801


Joshua Krylowicz
10441 S. nashville
Chicago Ridge, IL 60415


Joshua Tristsch
9066 Harvest Court
Wichita, KS 67212


Juan Bonilla
223 Kincaid St.
Bakersfield, CA 93301


Juan Cervantes
884 E. 6th St.
Pomona, CA 91766


Juan Martinez
37445 Devile St.
Palmdale, CA 93552


Juan Renteria
3892 Roseberry
Wichita, KS 67210


Julius Pickett
11227 S. green St.
Chicago, IL 60643


Justin Kroviak
36766 Fiddleneck Circle
Palmdale, CA 93550


Kelvin Smith
PO Box 267
Gray, GA 31032

Ken Burnstein
144 Haller Ave.
East Alton, IL 62024


Ken Olsted
1300 Capital Dr.
Hobart, IN 46342


Kendrick Williams
1529 Duckworth Ave.
Charlotte, NC 28208


Kenneth Brunstein
144 Haller Avenue
East Alton, IL 62024


Kenth Stuart
1613 W. 110th St.
Los Angeles, CA 90047


Kentucky Dept. of Workers Claims
657 Chamberlin Ave.
Frankfort, KY 40601


Kevin Welninski
37366 N. Piper Lane
Lake Villa, IL 60046


Kyle Gary
623 E. Elm
Wichita, KS 67214


Kyle Kaczmarek
10412 Cornflower Dr.
Osceola, IN 46561


Kyle Obermeyer
125 S. Lafayette
Griffith, IN 46319


Kyle Obermeyer
7728 W. 118th Ave.
Crown Point, IN

Lamont Black
14021 Saginaw
Chicago, IL 60633


Larry Gilbert
12033 Butterfield Pl.
Chino, CA 91710


Larry Taylor
811 San Juan Rd.
Sacramento, CA 95834


Lawrence Becci
4334 Scott St.
Schiller Park, IL 60176


Lawrence Hubert
2524 W. Lyndale St.
Chicago, IL 60647


Lawrence Odonnell
6830 Downing Ave.
Bakersfield, CA 93308


Lazaro Reyes
1242 Lone Oak Trail
Aurora, IL 60506


Leon Banks
9218 S. Justine St.
Chicago, IL 60620


LeRoy Stoneham
886 1/2 E. Via Wanda #44
Long Beach, CA 90805


Lincoln Automotive Financial
PO Box 790093
Saint Louis, MO 63179


Lincoln Automotive Financial
PO Box 790093
Saint Louis, MO 63179

Lincoln Automotive Financial
PO Box 790093
Saint Louis, MO 63179


Lincoln Automotive Financial
PO Box 790093
Saint Louis, MO 63179


Lincoln Automotive Financial
PO Box 790093
Saint Louis, MO 63179


Lincoln Automotive Financial
PO Box 790093
Saint Louis, MO 63179


Lincoln Automotive Financial
PO Box 790093
Saint Louis, MO 63179


Lincoln Automotive Financial
PO Box 790093
Saint Louis, MO 63179


Lincoln Automotive Financial
PO Box 790093
Saint Louis, MO 63179


Lincoln Automotive Financial
PO Box 790093
Saint Louis, MO 63179


Lonny Duran
18418 Lacanada
Bloomington, CA 92316


Luis Montelongo
471 E. Cessna
Wichita, KS 67213


Lynn Dean
1523 W. University
Champaign, IL 61821

M. Moser
1216 Burnham Ave.
Calumet City, IL 60409


Manuel Del Rio
123 E. 7th
Tracy, CA 95376


Manuel Gomez
2603 N. Market
Wichita, KS 67219


Manuel Gonzales
2603 N. Market
Wichita, KS 67219


Mario Tejada
1438 N. Siesta Ave.
La Puente, CA 91746


Marvin Vernarde
Los Angeles, CA


Maryland Workers Comp. Commission
10 E. Baltimore St.
Baltimore, MD 21202


Michael Lyon
2265 Miller Valley Road
Elkton, KY 42220


Michael Moser
2709 Teresa St.
Portage, IN 46368


Michael Nelson
4791 Kentucky St.
Gary, IN 46409


Michael Scuito
4200 N. Arkansas Avenue
Wichita, KS 67204

Michigan Dept. of Licensing
P.O. Box 30016
Lansing, MI 48909

Miguel Batres
2062 Wallace Ave. Apt. B
Costa Mesa, CA 92627

Miguel Moran
295 Sparks St.
Bakersfield, CA 93307

Mike Prescaro
1903 Austin Ave.
Schererville, IN 46375

Mike Starr
6611 159th Ave.
Lowell, IN 46356

Mike When
910 Shana Pl.
San Jacinto, CA 92583

Milford Grubbs
16954 Corner Hill Court
Orlando, FL 32820

Missouri Division of Workers Comp.
P.O. Box 58
Jefferson City, MO 65102

Missouri Division of Workers Comp.
111 N. 7th St.
250 Wainwright Building
Saint Louis, MO 63101

Mitchell Reaka
13834 S. Rose Rd.
Highland, IL 62249

Myles Woodrow
2012 Geary Street
Palatka, FL 32177

Nancy Zahrn
176 Deleware St.
Hobart, IN 46342


Nationstar Mortgage
P.O. Box 619063
Dallas, TX 75261


Nicholas Peoples
231 N. Emporia
Valley Center, KS 67147


Nick Lerma
P.O. Box 710616
Santee, CA 92071


Nicole Chambers
321 Gilbert
Wichita, KS 67211


Norma Rivera
2915 N. Richmond Rd. Apt C
McHenry, IL 60057


Norman Sanchez
603 Santa Fe
Carpentersville, IL 60110


North Carolina Industrial Comm.
4340 Mail Service Center
Raleigh, NC 27699


Norville Pennfield
58 N Trumbull Circle
Saint Charles, MO 63301


O. Serrano
10702 Hawford St.
Norwalk, CA 90650


Obie Bell
2439 Lincoln Ave.
Granite City, IL 62040

Octavio Mora
1144 Albernia St. E
Palo Alto, CA 94303


Ohio Bureau of Workers Comp.
30 West Spring St.
Columbus, OH 43215


Oklahoma Workers Comp. Commission
1915 N. Stiles Ave.
Oklahoma City, OK 73105


Olguin Gomez
456 Talmas St.
Aurora, IL 60505


Omar Lagunas
1339 S. Kennilworth
Berwyn, IL 60402


Orlando Jorden
4216 W. 21st Place
Gary, IN 46404


Othia Spann
6614 47th St.
Sacramento, CA 95823


Oxford Bank and Trust
1111 W. 22nd Street
Suite 800
Oak Brook, IL 60523


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481
```

```
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481


Pat Turchan
513 Anderson Lane
Lake in the Hills, IL 60156


Patrick Edwards
9782 S. Ogelsby Ave.
Chicago, IL 60617
```

Paul Kavanaugh
2658 Sumac St.
Woodridge, IL 60517


Paul Lanssen
37150 Van Gaale Lane
Murrieta, CA 92563


Pedro Barajas
18 Anderson Street
Aurora, IL 60505


Pedro Ceniceros
3515 W. Market
Wichita, KS 67214


Pedro Lobados
105 N. Burnette
Wichita, KS 67204


Pedro Marrero
799 Maple Lane
Justice, IL 60458


Pennsylvania Bureau of Workers Comp
1171 S. Cameron St., Rm. 324
Harrisburg, PA 17104


Peter Giese
4963 SW 5th Street
Pompano Beach, FL 33068


Peyton Hightower
10042 S. Commercial Ave.
Chicago, IL 60617


Phares McBride
1060 Morris Way Dr.
Sumter, SC 29154


R. Sledge
30 Juniper Pass Trail
Ocala, FL 34480

Rahbarvafee
11487 Twin Hills Ave.
Porter Ranch, CA 91326


Randall Johnson
45620 17th St. West
Lancaster, CA 93534


Ray Calero
11041 Glenwood Drive
Pompano Beach, FL 33064


Raymond Powell
775 N. Elmwood St.
Aurora, IL 60506


Refugio Sanchez
2217 S. Market
Wichita, KS 67211


Reginald Morrison
14202 Lincoln Ave.
Dolton, IL 60419


Reginald Morrison
14204 Lincoln Ave. Apt 2
Dolton, IL 60419


Ricardo Madrigal
347 Eastern Ave.
Aurora, IL 60505


Rich Oria
3514 Kostner
Chicago, IL


Ricky Clark
1908 Weil Rd.
Troy, IL 62294


Ricky Giles
1625 S. Beach
Townhome 203
Wichita, KS 67207

Ricky Taylor
2802 Stoker Court
Hephzibah, GA 30815


Ricky Taylor
494 Fox Hunter Road
GA 30407


Ricky Vickery
62 Prospect Church Road
Princeton, KY 42445


Robby Lott
711 N. 8th St.
Vandalia, IL 62471


Robert Burd
17001 Co. Road 215
Forest, OH 45843


Robert Burns
228 W. Lincoln Hwy.
Schererville, IN 46375


Robert Schultz
8209 Baymore Way
Citrus Heights, CA 95621


Rodney Fuller
7794 Steiner Rd.
Bellaire, MI 49615


Rodolfo Macias
1242 Lone Oak Trail
Aurora, IL 60506


Rolando Jackson
1030 N. State #29F
Chicago, IL 60610


Roman Kapeniak
2630 Superior 2nd Fl.
Chicago, IL 60612

Ron Cristwell
1322 Magnolia Ave.
Dyer, IN 46311


Ron Pringle
1642 E. Marquette Rd.
Chicago, IL 60636


Ron Schilling
1190 Moriah Rd.
Centralia, IL 62801


Ron Shear
2733 N. 76th Ave. Apt 1
Chicago, IL 60607


Rosendso Ramirez
845 Utah Street
Toledo, OH 43605


Roy Powell
264 Plum St.
Aurora, IL 60506


Rueben Nuncio
302 W. 53 Street North
Wichita, KS 67204


Ryan Haukap
148 S. Clinton St.
Aviston, IL


Said Tousi
40 Prairie Park Dr.
Wheeling, IL 60090


Salvador Hernandez
4305 N. Fairview
Springfield, IL 62703


Samuel Godinez
15276 State Street
South Holland, IL 60473

Samuel Lamar
1463 W. 11th St.
San Bernardino, CA 92411


Sanches Nunas
2216 N. Waco
Wichita, KS 67204


Sanchez Nunez
2716 N. Wacco
Wichita, KS 67204


Saul Gonzales
557 Ashland Ave.
Aurora, IL 60505


Saul Velez
323 Forest Ave.
Aurora, IL 60505


Scott Blazer
363 Paine St.
South Elgin, IL 60177


Scott Rushton
1408 Uplandhills Dr. N
Upland, CA 91784


Scotty McClelland
601 Palmer Ave.
Monee, IL 60449


Select Portfolio Servicing, Inc.
Attn: Remittance Processing
P.O. Box 65450
Salt Lake City, UT 84165-0450


Sergio Perez
3118 Norton Ave.
Lynwood, CA 90262


Servando Hermosillo
2805 SW 32th Street
Oklahoma City, OK 73119

Shannon Nafus
434 Francis St.
Bakersfield, CA 93308


Shawn Savage
12712 228th Ave.
Bristol, WI 53104


South Carolina Workers Comp.
P.O. Box 1715
1333 Main St. Ste. 500
Columbia, SC 29202


Stacy Floyd
4535 Liverpool Rd.
Lake Station, IN 46405


Stacy Floyd
2922 E. 35th Ave.
Lake Station, IN 46405


State of Arkansas Workers Comp.
324 S. Spring St.
P.O. Box 950
Little Rock, AR 72203


State of CA Division of Workers Com
455 Golden Gate Ave. 2nd Fl.
San Francisco, CA 94102


State of Connecticut Workers Comp.
350 Fairfield Ave.
Bridgeport, CT 06604


State of Kansas Workers Comp.
401 SW Topeka Blvd. Ste. 2
Topeka, KS 66030-3105


State of Nevada Dept. of Business
1301 North Green Valley Parkway
Suite 200
Henderson, NV 89074

Stephen Diaz
5040 W. Ave L-14 #8
Lancaster, CA 93536


Stephen Jahncke
23488 County Rd. 18
Elkhart, IN 46516


Steve A. Maglio
2908 Bauer Rd.
North Aurora, IL 60542


Steve Garrison
1518 Old Mill Rd.
Franklin Grove, IL 61031


Steve Tobin
817 S. Richmond Ave.
Westmont, IL 60559


Steven Liss
2442 Adams St.
Granite City, IL 62040


Stuart Schwable
10912 W. Marco Polo Road
Sun City, AZ 85373


Superior Enterprise Solutions Inc.
1000 Jorie Blvd., Ste 228
Oak Brook, IL 60523


T. Judd
15710 Streamview Ct.
Riverside, CA 92504


Ted Catt
4418 Fosterborg Rd.
Alton, IL 62002


Terry Farmer
51 Australian Dr.
Romeoville, IL 60446

Thomas Merrill
5903 W. West End Apt 2S
Chicago, IL 60644

Thomas Tucker
P.O. Box 42
Cowden, IL 62422

Tiffiny Fletcher
613 College Street
Providence, KY 42450

Tim Duncan
508 Hurley Ave.
Baltimore, MD 21223

Tim Lewis
243 E. State
Paxton, IL 60957

Tim Scheil
2921 Chipay St.
Sacramento, CA 95826

Tom Arnold
2204 E. 128 St.
Chicago Heights, IL 60411

Tom Farral
2746 King St.
Gary, IN 46406

Tony Wagstaff
2127 Coralthorn Rd.
Middle River, MD 21220

Transporation Personnel Services
1000 Jorie Blvd., Ste 228
Oak Brook, IL 60523

Transporation Personnel Services
1000 Jorie Blvd., Ste 228
Oak Brook, IL 60523

Uninsured Employers Benefits Trust
1515 Clay St., 17th Fl.
Oakland, CA 94612


Vernon Thomas
2936 Dogwood
Granite City, IL 62040


Virgil Green
21321 Nisqually
Apple Valley, CA 92308


Walter Ashlock
416 N. Vine
Sandoval, IL 62882


Wayne Lerner
12414 Brookline St.
Boone Grove, IN 46302


William Cardenas
1022 N. Calaveras Ave.
Ontario, CA 91764


William Foley
15331 Orian Brook Dr.
Orland Park, IL 60462


William Hoffman
231 Grand Ave. #6
Lead Hill, AR 72644


William Prater
522 N. 4th
Vandalia, IL 62471


William Skinner
9 Bishops Crest Court
Saint Peters, MO 63376


Wisconsin Workers Comp. Division
P.O. Box 7901
Madison, WI 53707

Woody West
37912 Poole Road
Hilliard, FL 32046


Workers Comp. Board of State of IN
402 W. Washington St. Room W196
Indianapolis, IN 46204


Xavier Marrero
2446 N. Arkansas
Wichita, KS 67204


Yamillo Marroro
5755 W. 64th St.
Chicago, IL 60638


Zachary Morgan
2206 E. Winchester Drive
Wichita, KS 67216