**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | William H. Carpenter |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 17-11808 |

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**   **List All of Your PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ■ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | Central States Pension Fund | $5,819,048.44 | $5,819,048.44 | $0.00 |

Priority Creditor's Name
9377 W. Higgins Road
Des Plaines, IL 60018
Number Street City State ZIp Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  0400

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify   Contingent Corporate Obligation

Debtor 1    William H. Carpenter                                    Case number (if known)    17-11808

---

| 2.2 | Department of Treasury | | Last 4 digits of account number | | $2,186,987.77 | $2,186,987.7 | $0.00 |
|---|---|---|---|---|---|---|---|

Priority Creditor's Name
Internal Revenue Service
Cincinnati, OH 45999
Number Street City State Zip Code

When was the debt incurred?    2016

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

Contingent Corporate Obligation

---

| 2.3 | Employment Development Dept. | | Last 4 digits of account number | 7863 | $539,548.38 | $539,548.38 | $0.00 |
|---|---|---|---|---|---|---|---|

Priority Creditor's Name
P.O. Box 826215 MIC 3A
Sacramento, CA 94230-6215
Number Street City State Zip Code

When was the debt incurred?    2010 through 2016

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

Contingent Corporate Obligation

---

| 2.4 | Employment Development Dept. | | Last 4 digits of account number | 7863 | $600,193.79 | $600,193.79 | $0.00 |
|---|---|---|---|---|---|---|---|

Priority Creditor's Name
P.O. Box 826215
Sacramento, CA 94230-6215
Number Street City State Zip Code

When was the debt incurred?    2013-2016

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

Contingent Corporate Obligation

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1    William H. Carpenter                                                                                        Case number (if known)    17-11808

| 2.5 | IL Dept. of Employment Security | | $1,053,671.59 | $1,053,671.59 | $0.00 |
|---|---|---|---|---|---|

**Priority Creditor's Name**
33 S. State Street, 10th Floor
Chicago, IL 60603-2802
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    1758

**When was the debt incurred?**    2012 through 2016

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify
Contingent Corporate Obligation

| 2.6 | Internal Revenue Service | | $8,746,967.58 | $8,746,967.58 | $0.00 |
|---|---|---|---|---|---|

**Priority Creditor's Name**
P.O. Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

**When was the debt incurred?**    2009 through 2016

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify
Contingent Corporate Obligation

| 2.7 | Internal Revenue Service | | $1,284,157.24 | $1,284,157.24 | $0.00 |
|---|---|---|---|---|---|

**Priority Creditor's Name**
P.O. Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

**When was the debt incurred?**    2009 through 2016

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify
Contingent Corporate Obligation

Debtor 1   William H. Carpenter _____   Case number (if know)   17-11808

---

**2.8**

Internal Revenue Service _____

Last 4 digits of account number ___ ___ ___ ___   $2,679,180.40   $2,679,180.40   $0.00

Priority Creditor's Name
P.O. Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

When was the debt incurred?   2009 through 2016

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

☐ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

Type of PRIORITY unsecured claim:

■ At least one of the debtors and another

☐ Domestic support obligations

☐ Check if this claim is for a  community debt

☐ Taxes and certain other debts you owe the government

Is the claim subject to offset?

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify

☐ Yes

Contingent Corporate Obligation

---

**2.9**

Internal Revenue Service _____

Last 4 digits of account number ___ ___ ___ ___   $507,886.27   $507,886.27   $0.00

Priority Creditor's Name
P.O. Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

When was the debt incurred?   2009 through 2016

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

☐ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

Type of PRIORITY unsecured claim:

■ At least one of the debtors and another

☐ Domestic support obligations

☐ Check if this claim is for a  community debt

☐ Taxes and certain other debts you owe the government

Is the claim subject to offset?

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify

☐ Yes

Contingent Corporate Obligation

---

**2.10**

Kansas Department of Revenue _____

Last 4 digits of account number   9 7 6 0   $700.00   $700.00   $0.00

Priority Creditor's Name
915 SW Harrison St.
Topeka, KS 66625
Number Street City State Zip Code

When was the debt incurred?   2015

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Contingent

☐ Debtor 1 only

■ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

Type of PRIORITY unsecured claim:

■ At least one of the debtors and another

☐ Domestic support obligations

☐ Check if this claim is for a  community debt

☐ Taxes and certain other debts you owe the government

Is the claim subject to offset?

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify

☐ Yes

Contingent Corporate Obligation

---

Debtor 1    William H. Carpenter    Case number (if know)    17-11808

---

| 2.1 1 | New Jersey Property-Liability | Last 4 digits of account number | 0080 | $3,764.33 | $3,764.33 | $0.00 |

Priority Creditor's Name
233 Mount Airy Road
Basking Ridge, NJ 07920
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
Contingent Corporate Obligation

---

| 2.1 2 | New York Dept. of Taxation | Last 4 digits of account number | | $4,164.65 | $4,164.65 | $0.00 |

Priority Creditor's Name
W A Harriman Campus
Albany, NY 12227
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
Contingent Corporate Obligation

---

| 2.1 3 | State of NJ Dept. of the Treasury | Last 4 digits of account number | | Unknown | $0.00 | $0.00 |

Priority Creditor's Name
P.O. Box 269
Trenton, NJ 08695
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

■ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
Contingent Corporate Obligation

---

Debtor 1   William H. Carpenter                                    Case number (if know)    17-11808

| 2.1 4 | State of NJ Dept. of Treasury | Last 4 digits of account number ____ ____ ____ ____ | $12,000.00 | $12,000.00 | $0.00 |

Priority Creditor's Name
P.O. Box 269
Trenton, NJ 08695
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____ Contingent Corporate Obligation

| 2.1 5 | UFCW | Last 4 digits of account number ____ ____ ____ ____ | $427,173.0 0 | $427,173.00 | $0.00 |

Priority Creditor's Name
P.O. Box 6000
Frankfort, IL 60423
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____ Contingent Corporate Obligation

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1    William H. Carpenter                                          Case number (if know)    17-11808

| 4.1 | Virginia Workers Comp. Committee | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

100 DMV Drive
Richmond, VA 23220

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

| 4.2 | A. Cerczeres | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

2502 North Burns
Wichita, KS 67204

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    6/30/2014

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent corporate obligation for workers compensation claim

| 4.3 | A. Dawkins | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

2275 W. Victoria Dr. #2
Alpine, CA 91901

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    6/20/14

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

Debtor 1   William H. Carpenter                                                          Case number (if know)   17-11808

---

**4.4** | Aaron Gomez | **Last 4 digits of account number** _____ | Unknown
Nonpriority Creditor's Name

115 Harbor Drive 2B
Oswego, IL 60543

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**   7/21/14

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.5** | Alan Claffey | **Last 4 digits of account number** _____ | Unknown
Nonpriority Creditor's Name

1708 W Harmont Drive
Phoenix, AZ 85021

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**   12/11/2011

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent corporate obligation for workers compensation claim

---

**4.6** | Alejandro Flores | **Last 4 digits of account number** _____ | Unknown
Nonpriority Creditor's Name

2424 Darcena St.
Bakersfield, CA 93304

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**   5/13/11

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.7 | Alex Sanchez | | Last 4 digits of account number | | | Unknown |

**4.7** Alex Sanchez
Nonpriority Creditor's Name
7722 Clive Ave.
Whittier, CA 90606
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred?    12/14/12

**As of the date you file, the claim is: Check all that apply**
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

**4.8** Alfredo Vargas
Nonpriority Creditor's Name
1822 S. Palisade
Wichita, KS 67213
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred?    1/29/2014

**As of the date you file, the claim is: Check all that apply**
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Contingent corporate obligation for workers compensation claim

---

**4.9** Alvaro Ramirez
Nonpriority Creditor's Name
509 Carr St.
Bakersfield, CA 93308
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred?    7/7/12

**As of the date you file, the claim is: Check all that apply**
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Contingent Corporate Obligation for workers compensation

Debtor 1    William H. Carpenter    Case number (if know)    17-11808

---

| 4.10 | American Express | Last 4 digits of account number    1005 | Unknown |

Nonpriority Creditor's Name
Box 0001
Los Angeles, CA 90096
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Credit card

---

| 4.11 | Angel Diaz | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
399 N. Garfield Apt. 5
Pasadena, CA 91101
Number Street City State Zip Code

When was the debt incurred?    9/30/12

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.12 | Anthony Bridges | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
1446 S. Sawyer
Chicago, IL 60623
Number Street City State Zip Code

When was the debt incurred?    7/18/03

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    William H. Carpenter                                      Case number *(if know)*    17-11808

---

| 4.1 3 | Anthony Rizzi | | Last 4 digits of account number | | Unknown |

**Nonpriority Creditor's Name**

2174 Rebecca Circle

Montgomery, IL 60538

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**    12/30/14

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 4 | Anthony Robinson | | Last 4 digits of account number | | Unknown |

**Nonpriority Creditor's Name**

6531 S. Paulina

Chicago, IL 60636

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**    3/1/17

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 5 | Anthony Stiggers | | Last 4 digits of account number | | Unknown |

**Nonpriority Creditor's Name**

2172 W. Willard

Ontario, CA 91761

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**    4/12/14

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter                                          Case number (if known)    17-11808

---

**4.1 6**   Anthony Torres                                    Last 4 digits of account number ____    Unknown

Nonpriority Creditor's Name
6024 Bourbon Drive
Carmichael, CA 95608
Number Street City State Zip Code

**When was the debt incurred?**    4/14/2015

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify    Contingent corporate obligation for workers compensation claim

---

**4.1 7**   Antonio Carmen                                    Last 4 digits of account number ____    Unknown

Nonpriority Creditor's Name
1032 Elizabeth St.
West Chicago, IL 60185
Number Street City State Zip Code

**When was the debt incurred?**    09/04/14, 06/07/16

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

**4.1 8**   Antonio Carter                                    Last 4 digits of account number ____    Unknown

Nonpriority Creditor's Name
109 Cabin Drive
Irmo, SC 29063
Number Street City State Zip Code

**When was the debt incurred?**    3/19/15

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter                                                                    Case number (if know)   17-11808

---

**4.1
9**      Antwan Beard                                                 Last 4 digits of account number _____        Unknown

Nonpriority Creditor's Name
5138 S. Union                                                      When was the debt incurred?    6/5/12
Chicago, IL 60609
Number Street City State Zip Code                                  As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                                   ■ Contingent
☐ Debtor 2 only                                                   ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                                      ☐ Disputed
■ At least one of the debtors and another                         Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community                         ☐ Student loans
debt                                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                                      report as priority claims
                                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                                  ■ Other. Specify   Contingent Corporate Obligation for workers
☐ Yes                                                                                compensation

---

**4.2
0**      Arthur Lindley                                               Last 4 digits of account number _____        Unknown

Nonpriority Creditor's Name
502 N. Grant Street                                                When was the debt incurred?    6/28/2013
Oronogo, MO 64855
Number Street City State Zip Code                                  As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                                   ■ Contingent
☐ Debtor 2 only                                                   ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                                      ☐ Disputed
■ At least one of the debtors and another                         Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community                         ☐ Student loans
debt                                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                                      report as priority claims
                                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                                  ■ Other. Specify   Contingent corporate obligation for workers
☐ Yes                                                                                compensation claim

---

**4.2
1**      Baudel Mesa                                                  Last 4 digits of account number _____        Unknown

Nonpriority Creditor's Name
1134 N. Waco                                                       When was the debt incurred?    _____
Wichita, KS 67203
Number Street City State Zip Code                                  As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                                   ■ Contingent
☐ Debtor 2 only                                                   ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                                      ☐ Disputed
■ At least one of the debtors and another                         Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community                         ☐ Student loans
debt                                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                                      report as priority claims
                                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                                  ■ Other. Specify   Contingent corporate obligation for workers
☐ Yes                                                                                compensation claim

---

Debtor 1    William H. Carpenter    Case number (if know)    17-11808

| 4.2 2 | Baudel Mesa | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
1030 N. Market
Apartment 211
Wichita, KS 67214

**When was the debt incurred?**    4/2/2015

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☑ Other. Specify    Contingent corporate obligation for workers compensation claim

☐ Yes

| 4.2 3 | Bernard Shurn | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
c/o Goldstein, Atossa&Good
150 N. Wacker, Ste. 1750
Chicago, IL 60606

**When was the debt incurred?**    1/4/11, 9/7/11

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☑ Other. Specify    Contingent Corporate Obligation for workers compensation

☐ Yes

| 4.2 4 | Bill Milich | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
4651 N. 600 W
La Porte, IN 46350

**When was the debt incurred?**    7/12/11

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☑ Other. Specify    Contingent Corporate Obligation for workers compensation

☐ Yes

Debtor 1   William H. Carpenter                                Case number (if known)   17-11808

---

| 4.2 5 | Bill Pohl | | Last 4 digits of account number | Unknown |

**Nonpriority Creditor's Name**
108 N. Forest Glenn Dr.
Round Lake, IL 60073
Number Street City State Zip Code

**When was the debt incurred?**   9/22/11, 8/5/13, 10/16/15

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.2 6 | Bobby Joe Childers | | Last 4 digits of account number | Unknown |

**Nonpriority Creditor's Name**
106437 Rodeo Drive
McLoud, OK 74851
Number Street City State Zip Code

**When was the debt incurred?**   4/23/2012

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.2 7 | Brandon Green | | Last 4 digits of account number | Unknown |

**Nonpriority Creditor's Name**
803 N. Grant St.
Crown Point, IN 46307
Number Street City State Zip Code

**When was the debt incurred?**   10/19/11

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

**Is the claim subject to offset?**

■ No
☐ Yes

---

Debtor 1    William H. Carpenter                                    Case number (if know)    17-11808

| 4.2 8 | Brian Crampton | | Last 4 digits of account number | | | Unknown |

Nonpriority Creditor's Name
3455 N. Broadway
Wichita, KS 67213
Number Street City State Zip Code

When was the debt incurred?    2/18/2013

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Contingent corporate obligation for workers compensation claim

---

| 4.2 9 | Brian Hopkins | | Last 4 digits of account number | | | Unknown |

Nonpriority Creditor's Name
492 E. Briarcliff Rd.
Bolingbrook, IL 60440
Number Street City State Zip Code

When was the debt incurred?    12/1/16

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Contingent Corporate Obligation for workers compensation

---

| 4.3 0 | Brian Sudsbury | | Last 4 digits of account number | | | Unknown |

Nonpriority Creditor's Name
617 1/2 Washington Ave.
Bakersfield, CA 93308
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter                                                    Case number (if known)    17-11808

---

| 4.3 1 | Bruce Gamble | | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
12964 County Road 90
Kenton, OH 43326
Number Street City State Zip Code

When was the debt incurred?    5/5/2011

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent corporate obligation for workers compensation claim

---

| 4.3 2 | Bruce Miller | | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
72 The Oaks
Tolono, IL 61880
Number Street City State Zip Code

When was the debt incurred?    8/11/15

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.3 3 | C. Latinette | | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
210 N. Haag St.
Breese, IL 62230
Number Street City State Zip Code

When was the debt incurred?    5/27/15

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter                                Case number (if known)   17-11808

---

**4.3 4**   Candance Ottenstroer                          Last 4 digits of account number _____    Unknown

Nonpriority Creditor's Name
2023 E. 1130 North                                     When was the debt incurred?   6/14/11
Demotte, IN 46310
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                        ■ Contingent
☐ Debtor 2 only                                        ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
■ At least one of the debtors and another             Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community              ☐ Student loans
debt                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                                      Contingent Corporate Obligation for workers
☐ Yes                                                  ■ Other. Specify  compensation

---

**4.3 5**   Carlos Ecute                                   Last 4 digits of account number _____    Unknown

Nonpriority Creditor's Name
c/o Law Offices of Sef Krell                           When was the debt incurred?   6/22/12
5115 Louise Avenue
Encino, CA 91316
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                        ■ Contingent
☐ Debtor 2 only                                        ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
■ At least one of the debtors and another             Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community              ☐ Student loans
debt                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                                      Contingent Corporate Obligation for workers
☐ Yes                                                  ■ Other. Specify  compensation

---

**4.3 6**   Carlos Gomez                                   Last 4 digits of account number _____    Unknown

Nonpriority Creditor's Name
1534 N. Crimson Lane                                   When was the debt incurred?   5/5/14, 4/22/14
Palatine, IL 60074
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                        ■ Contingent
☐ Debtor 2 only                                        ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
■ At least one of the debtors and another             Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community              ☐ Student loans
debt                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                                      Contingent Corporate Obligation for workers
☐ Yes                                                  ■ Other. Specify  compensation

---

Debtor 1   William H. Carpenter   Case number (if known)   17-11808

| 4.37 | Carlos Gonzales | | Last 4 digits of account number ___ ___ ___ ___ | Unknown |

**Nonpriority Creditor's Name**
1559 N. Market
Wichita, KS 67214
Number Street City State Zip Code

When was the debt incurred?   1/19/2015

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.38 | Cecilia Rivera | | Last 4 digits of account number ___ ___ ___ ___ | Unknown |

**Nonpriority Creditor's Name**
c/o Ali Ashkan Azarakhsh (counsel)
P.O. Box 1548
Studio City, CA 91614
Number Street City State Zip Code

When was the debt incurred?   10/21/12

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.39 | Chad Fewell | | Last 4 digits of account number ___ ___ ___ ___ | Unknown |

**Nonpriority Creditor's Name**
HC 70 Box 985
Antlers, OK 74523
Number Street City State Zip Code

When was the debt incurred?   4/23/2012

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

Debtor 1    William H. Carpenter                                                    Case number (if know)    17-11808

| | | | |
|---|---|---|---|
| **4.4 0** | Charles Ayers | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
2812 Gosford
Bakersfield, CA 93309

When was the debt incurred?    2/22/14

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| | | | |
|---|---|---|---|
| **4.4 1** | Charles Lawrence | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
7957 Delmar Ave.
Hammond, IN 46324

When was the debt incurred?    3/13/14

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| | | | |
|---|---|---|---|
| **4.4 2** | Charlie Pollard | Last 4 digits of account number    1989 | Unknown |

Nonpriority Creditor's Name
3731 Parrish Ave.
East Chicago, IN 46312

When was the debt incurred?    8/26/14

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   William H. Carpenter                                Case number (if know)    17-11808

| 4.4 3 | Charlie Robinson | Last 4 digits of account number | 6415 | Unknown |

Nonpriority Creditor's Name
125 Sedgwick St.
Stratford, CT 06615

When was the debt incurred?   6/23/13

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.4 4 | Chase | Last 4 digits of account number | 4545 | $3,018.07 |

Nonpriority Creditor's Name
Cardmember Services
PO Box 1423
Charlotte, NC 28201

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Other. Specify   Credit card

---

| 4.4 5 | Chase | Last 4 digits of account number | 2301 | $791.21 |

Nonpriority Creditor's Name
Cardmember Services
PO Box 1423
Charlotte, NC 28201

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   Credit card

---

Debtor 1   William H. Carpenter

Case number (if known)   17-11808

---

| 4.4 6 | Chris Broderick | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
7406 Tany Place
Merrillville, IN 46410
Number Street City State Zip Code

When was the debt incurred?   1/17/14

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.4 7 | Christian Alvarado | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
542 W. Ave. H 14
Lancaster, CA 93534
Number Street City State Zip Code

When was the debt incurred?   6/11/14

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.4 8 | Christina Williams | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
7602 S. 127 Street E Lot 1
Derby, KS 67037
Number Street City State Zip Code

When was the debt incurred?   3/20/2014, 7/10/2014

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

Debtor 1    William H. Carpenter    Case number (if know)    17-11808

---

**4.49**

Christopher Chatman

Nonpriority Creditor's Name
5806 W. Waveland
Chicago, IL 60619
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred?    1/16/15

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

**4.50**

Christopher Hampton

Nonpriority Creditor's Name
1075 Cleveland Ave.
Calumet City, IL 60409
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred?    4/24/13

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

**4.51**

Christopher Keener

Nonpriority Creditor's Name
620 N. 6 Street
Duncan, OK 73533
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred?    3/28/14

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter                                              Case number (if know)    17-11808

| 4.5 2 | Christopher Latinette | Last 4 digits of account number | 0612 | Unknown |

Nonpriority Creditor's Name
c/o Miller, William E. Law Office
205 Main St., PO Box 360
East Alton, IL 62024

When was the debt incurred?    05/27/15

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.5 3 | Christopher Winters | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
3614 Monroe St.
Gary, IN 46404

When was the debt incurred?    6/6/14

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.5 4 | Clarence Thomas | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
2653 N. Asutin Ave,
Chicago, IL 60639

When was the debt incurred?    9/5/12

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
                                                                                        Best Case Bankruptcy

Debtor 1   William H. Carpenter _____   Case number (if know)   17-11808

---

| 4.5 5 | Clifford McKee | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
401 N. Emporia
Wichita, KS 67204
Number Street City State Zip Code

When was the debt incurred?   5/30/2014

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.5 6 | Craig Herlitz | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
24314 Cline Ave.
Lowell, IN 46356
Number Street City State Zip Code

When was the debt incurred?   1/24/14, 3/5/14

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.5 7 | Cristobal Sosa | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
24724 Clinton Ave.
Round Lake, IL 60073
Number Street City State Zip Code

When was the debt incurred?   1/16/15

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter                                                                    Case number (if know)    17-11808

| 4.5 8 | Damen Henderson | | Last 4 digits of account number | 7458 | Unknown |
|---|---|---|---|---|---|

**Nonpriority Creditor's Name**
69805 Brightway Pl. Apt J
Gwynn Oak, MD 21207
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**    1/23/13

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

| 4.5 9 | Damien Jeffries | | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|---|

**Nonpriority Creditor's Name**
133 S Barat
Saint Louis, MO 63135
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**    3/16/2015

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent corporate obligation for workers compensation claim

| 4.6 0 | Dan Lanter | | Last 4 digits of account number | 7918 | Unknown |
|---|---|---|---|---|---|

**Nonpriority Creditor's Name**
c/o Carola Fischer & Broombaugh
9423 W. Main Street
Belleville, IL 62223
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**    7/15/14

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

Debtor 1   William H. Carpenter                                 Case number (if know)   17-11808

---

| 4.6 1 | | |
|---|---|---|

**Dan Rupel**                                    Last 4 digits of account number   7415                        Unknown

Nonpriority Creditor's Name
1123 New Trenton Rd.                             When was the debt incurred?   2/16/15
Highland, IL 62249
Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                 ■ Contingent
☐ Debtor 2 only                                 ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
■ At least one of the debtors and another       Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community       ☐ Student loans
debt                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                 report as priority claims
■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                ■ Other. Specify   Contingent Corporate Obligation for workers
☐ Yes                                                              compensation

---

| 4.6 2 | | |
|---|---|---|

**Dan Simmons**                                 Last 4 digits of account number                             Unknown

Nonpriority Creditor's Name
7865 Sunnybrook Rd.                             When was the debt incurred?   7/14/14
Marion, IL 62959
Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                 ■ Contingent
☐ Debtor 2 only                                 ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
■ At least one of the debtors and another       Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community       ☐ Student loans
debt                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                 report as priority claims
■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                ■ Other. Specify   Contingent Corporate Obligation for workers
☐ Yes                                                              compensation

---

| 4.6 3 | | |
|---|---|---|

**Dan Tittle**                                  Last 4 digits of account number                             Unknown

Nonpriority Creditor's Name
18108 Westlawn Court                            When was the debt incurred?   8/24/2015
Hesperia, CA 92345
Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                 ■ Contingent
☐ Debtor 2 only                                 ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
■ At least one of the debtors and another       Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community       ☐ Student loans
debt                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                 report as priority claims
■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                ■ Other. Specify   Contingent corporate obligation for workers
☐ Yes                                                              compensation claim

---

Debtor 1    William H. Carpenter

Case number (if know)    17-11808

---

| 4.6 4 | Daniel Baker | Last 4 digits of account number | Unknown |

**Nonpriority Creditor's Name**
401 S. Emporia
Wichita, KS 67202
Number Street City State Zip Code

**When was the debt incurred?**    3/25/2014

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

| 4.6 5 | Daniel Groff | Last 4 digits of account number | Unknown |

**Nonpriority Creditor's Name**
130 Lefever Rd.
Mount Joy, PA 17552
Number Street City State Zip Code

**When was the debt incurred?**    7/17/13, 11/18/14, 9/5/15

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.6 6 | Darrell Cordray | Last 4 digits of account number | Unknown |

**Nonpriority Creditor's Name**
306 Depot St.
Panama, IL 62077
Number Street City State Zip Code

**When was the debt incurred?**    3/22/14

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter

Case number (if known)    17-11808

---

**4.67**

Darrlyn Johnson

Nonpriority Creditor's Name

127 S. Colby Avenue
Valley Center, KS 67147

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number ___    Unknown

When was the debt incurred?    5/21/2014

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

**4.68**

Dave Harry

Nonpriority Creditor's Name

2243 Marilyn Dr.
Saint Joseph, IL 61873

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number ___    Unknown

When was the debt incurred?    7/21/14

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

**4.69**

Dave Scobey

Nonpriority Creditor's Name

26 S. California St.
Hebron, IN 46341

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number ___    Unknown

When was the debt incurred?    8/16/13

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter                                          Case number (if know)   17-11808

---

| 4.70 | Dave Scobey | | Last 4 digits of account number _____ | Unknown |

**Nonpriority Creditor's Name**
415 Mockingbird Lane
Lowell, IN 46356
Number Street City State Zip Code

**When was the debt incurred?**   10/4/11, 10/28/11

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.71 | David Bennett | | Last 4 digits of account number _____ | Unknown |

**Nonpriority Creditor's Name**
523 N. Wisconsin St.
Hobart, IN 46342
Number Street City State Zip Code

**When was the debt incurred?**   1/6/14

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.72 | David Bent | | Last 4 digits of account number _____ | Unknown |

**Nonpriority Creditor's Name**
16884 River Bluff Rd.
Okawville, IL 62271
Number Street City State Zip Code

**When was the debt incurred?**   9/11/14

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter                              Case number (if know)    17-11808

| | | | |
|---|---|---|---|
| 4.7 3 | **David Long** | **Last 4 digits of account number** ____ | Unknown |

Nonpriority Creditor's Name
1307 Hilltop
McHenry, IL 60050
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**    12/22/15

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

| | | | |
|---|---|---|---|
| 4.7 4 | **David Solis** | **Last 4 digits of account number** ____ | Unknown |

Nonpriority Creditor's Name
321 Wales Ct.
San Jacinto, CA 92583
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**    5/5/14

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

| | | | |
|---|---|---|---|
| 4.7 5 | **De Andre Clemons** | **Last 4 digits of account number** ____ | Unknown |

Nonpriority Creditor's Name
16252 Oxford Dr. E
Harvey, IL 60426
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**    12/5/11

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

Debtor 1   William H. Carpenter _____   Case number (if know)   17-11808

| 4.76 | Delfino Jasso | Last 4 digits of account number _____ | Unknown |

**Nonpriority Creditor's Name**
666 Harrison Ct.
Merrillville, IN 46410
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**   12/5/11

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   Contingent Corporate Obligation for workers compensation

| 4.77 | Dennis Thacker | Last 4 digits of account number   2449 | Unknown |

**Nonpriority Creditor's Name**
350 Madison
Pocahontas, IL 62275
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**   10/10/14

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   Contingent Corporate Obligation for workers compensation

| 4.78 | Derek F. Kettle | Last 4 digits of account number   474Q | Unknown |

**Nonpriority Creditor's Name**
211 N. Robinson Ste 800 N
Oklahoma City, OK 73102
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**   11/18/2013

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   Contingent corporate obligation for workers compensation claim

Debtor 1   William H. Carpenter                                        Case number (if known)   17-11808

---

**4.79**

Devon Felkner

Nonpriority Creditor's Name
969 Roedel Dr.
San Diego, CA 92154
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number _____   Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.80**

Diane Dearing

Nonpriority Creditor's Name
564 Carnahan Rd.
Compton, IL 61318
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number _____   Unknown

When was the debt incurred?   4/24/11

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.81**

Diego Salcido

Nonpriority Creditor's Name
2543 Caminito Ave.
San Diego, CA 92154
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number _____   Unknown

When was the debt incurred?   8/18/15

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter                                    Case number (if know)    17-11808

---

| 4.8 2 | Dionicio Ramirez | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
12500 Roosevelt Blvd
Perrysburg, OH 43551

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    9/26/2012, 4/1/2014

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

| 4.8 3 | Discover | Last 4 digits of account number | 6131 | $1,402.57 |

Nonpriority Creditor's Name
P.O. Box 6103
Carol Stream, IL 60197

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Credit card

---

| 4.8 4 | Don Hyle | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
115 W. John St.
Plano, IL 60545

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    12/18/15

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter

Case number (if know)    17-11808

---

**4.8 5**

**Donald Coleman**

Nonpriority Creditor's Name
3630 Jackson St.
Gary, IN 46408
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred?    4/9/12

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

**4.8 6**

**Donald Gibbons**

Nonpriority Creditor's Name
6246 W. Warwick
Chicago, IL 60634
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    1861    Unknown

When was the debt incurred?    7/30/15

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

**4.8 7**

**Donald Tobias**

Nonpriority Creditor's Name
c/o Jackson & Jackson
1109 N. Broadway
Santa Ana, CA 92701
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred?    8/30/12

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor 1   William H. Carpenter                                                                    Case number (if know)   17-11808

---

**4.8
8**    Donnie Cessna                              Last 4 digits of account number ____ ____ ____ ____        Unknown

Nonpriority Creditor's Name
16272 W Highway 54                              When was the debt incurred?   6/17/2015
Lot 126
Goddard, KS 67052
Number Street City State Zip Code               **As of the date you file, the claim is: Check all that apply**
**Who incurred the debt? Check one.**
☐ Debtor 1 only                                 ■ Contingent
☐ Debtor 2 only                                 ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
■ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**
                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                                    Contingent corporate obligation for workers
☐ Yes                                           ■ Other. Specify   compensation claim

---

**4.8
9**    Douglas Frasier                            Last 4 digits of account number ____ ____ ____ ____        Unknown

Nonpriority Creditor's Name
2648 Gtsnvid Ey                                 When was the debt incurred?   8/12/13
Upland, CA 91784
Number Street City State Zip Code               **As of the date you file, the claim is: Check all that apply**
**Who incurred the debt? Check one.**
☐ Debtor 1 only                                 ■ Contingent
☐ Debtor 2 only                                 ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
■ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**
                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                                    Contingent Corporate Obligation for workers
☐ Yes                                           ■ Other. Specify   compensation

---

**4.9
0**    Dustin Plant                               Last 4 digits of account number ____ ____ ____ ____        Unknown

Nonpriority Creditor's Name
3495 Pierland Dr.                               When was the debt incurred?   6/6/14
Pocahontas, IL 62275
Number Street City State Zip Code               **As of the date you file, the claim is: Check all that apply**
**Who incurred the debt? Check one.**
☐ Debtor 1 only                                 ■ Contingent
☐ Debtor 2 only                                 ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
■ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**
                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                                    Contingent Corporate Obligation for workers
☐ Yes                                           ■ Other. Specify   compensation

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor 1    William H. Carpenter _____    Case number (if know)    17-11808 _____

| 4.9 1 | | |
|---|---|---|

**Earnest Green** _____    Last 4 digits of account number _____    Unknown

Nonpriority Creditor's Name
7957 Mati Avenue
Jacksonville, FL 32219    When was the debt incurred? _____
Number Street City State Zip Code

**Who incurred the debt? Check one.**    **As of the date you file, the claim is: Check all that apply**

☐ Debtor 1 only
☐ Debtor 2 only    ■ Contingent
☐ Debtor 1 and Debtor 2 only    ■ Unliquidated
☐ Disputed
■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**
**debt**    ☐ Student loans
**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent corporate obligation for workers
☐ Yes    compensation claim

| 4.9 2 | | |
|---|---|---|

**Ed Cons** _____    Last 4 digits of account number _____    Unknown

Nonpriority Creditor's Name
16845 N 29th Avenue Street 1
#702    When was the debt incurred?    1/27/2015
Glendale, AZ 85308
Number Street City State Zip Code

**Who incurred the debt? Check one.**    **As of the date you file, the claim is: Check all that apply**

☐ Debtor 1 only
☐ Debtor 2 only    ☐ Contingent
☐ Debtor 1 and Debtor 2 only    ☐ Unliquidated
☐ Disputed
■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**
**debt**    ☐ Student loans
**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent corporate obligation for workers
☐ Yes    compensation claim

| 4.9 3 | | |
|---|---|---|

**Edgar Flores** _____    Last 4 digits of account number _____    Unknown

Nonpriority Creditor's Name
938 Windmere Ct.
Aurora, IL 60504    When was the debt incurred?    12/11/14
Number Street City State Zip Code

**Who incurred the debt? Check one.**    **As of the date you file, the claim is: Check all that apply**

☐ Debtor 1 only
☐ Debtor 2 only    ■ Contingent
☐ Debtor 1 and Debtor 2 only    ■ Unliquidated
☐ Disputed
■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**
**debt**    ☐ Student loans
**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers
☐ Yes    compensation

Debtor 1   William H. Carpenter _____   Case number (if know)   17-11808 _____

| 4.9 4 | Edgar Hernandez _____ | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
302 W. 53rd Street North
Wichita, KS 67204
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.9 5 | Eldon Bailey _____ | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
7130 E. 111th Street
Mulvane, KS 67110
Number Street City State Zip Code

**When was the debt incurred?**   3/20/2013

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.9 6 | Elmen Doyle _____ | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
4251 Pinewood Lane
Matteson, IL 60443
Number Street City State Zip Code

**When was the debt incurred?**   10/7/15

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter                                    Case number (if know)   17-11808

---

| 4.9 7 | **Elmer Herbert** | | **Last 4 digits of account number** | | | Unknown |

Nonpriority Creditor's Name
4251 Pinewood Lane
Matteson, IL 60443
Number Street City State Zip Code

**When was the debt incurred?**   10/7/15

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.9 8 | **Eric Evans** | | **Last 4 digits of account number** | | | Unknown |

Nonpriority Creditor's Name
1426 Highway 50 West
Lot 42
Loose Creek, MO 65054
Number Street City State Zip Code

**When was the debt incurred?**   12/8/2013

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.9 9 | **Errol Williams** | | **Last 4 digits of account number**   1166 | | | Unknown |

Nonpriority Creditor's Name
P.O. Box 2242
San Bernardino, CA 92406
Number Street City State Zip Code

**When was the debt incurred?**   7/15/14

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter                                                          Case number (if know)    17-11808

---

| 4.1 00 | Everett Cooney | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
7860 Mission Center Ct. Ste. 111
San Diego, CA 92108
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**    12/29/13

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 01 | Favian Rodriguez | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
711 N. La Palma Ave.
Ontario, CA 91764
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**    6/18/13

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 02 | FL Division of Workers Comp. | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
200 E. Gaines St.
Tallahassee, FL 32399
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter

Case number (if know)   17-11808

| 4.1 03 | Francisco Bolanos | | Last 4 digits of account number | | Unknown |

**Nonpriority Creditor's Name**
4013 Grand Blvd.
East Chicago, IN 46312
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   10/23/13

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 04 | Francisco Godinez | | Last 4 digits of account number | | Unknown |

**Nonpriority Creditor's Name**
15276 State St. Unite 2
South Holland, IL 60473
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   6/5/15

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 05 | Frank Lesniewski | | Last 4 digits of account number | | Unknown |

**Nonpriority Creditor's Name**
8729 Tulley
Oak Lawn, IL 60453
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   11/4/14

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter                                                        Case number (if know)   17-11808

---

**4.1 06**   Franklin Foster                                      Last 4 digits of account number _____                    Unknown

Nonpriority Creditor's Name
1521 Nixton Rd.                                             When was the debt incurred?   9/16/14
Elizabeth City, NC 27909
Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                            ■ Contingent
☐ Debtor 2 only                                            ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ☐ Disputed
■ At least one of the debtors and another                  Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community                   ☐ Student loans
debt                                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                               report as priority claims
■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                           ■ Other. Specify   Contingent Corporate Obligation for workers
☐ Yes                                                                         compensation

---

**4.1 07**   Franklin Powers                                     Last 4 digits of account number   0064                         Unknown

Nonpriority Creditor's Name
3506 Aslin St.                                             When was the debt incurred?   5/28/14
Bakersfield, CA 93312
Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                            ■ Contingent
☐ Debtor 2 only                                            ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ☐ Disputed
■ At least one of the debtors and another                  Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community                   ☐ Student loans
debt                                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                               report as priority claims
■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                           ■ Other. Specify   Contingent Corporate Obligation for workers
☐ Yes                                                                         compensation

---

**4.1 08**   Ftatford Kovacs                                     Last 4 digits of account number _____                    Unknown

Nonpriority Creditor's Name
2331 W. Palatine                                           When was the debt incurred?   7/18/11
Oak Brook, IL 60523
Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                            ■ Contingent
☐ Debtor 2 only                                            ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ☐ Disputed
■ At least one of the debtors and another                  Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community                   ☐ Student loans
debt                                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                               report as priority claims
■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                           ■ Other. Specify   Contingent Corporate Obligation for workers
☐ Yes                                                                         compensation

---

Debtor 1    William H. Carpenter                                    Case number (if know)    17-11808

---

| 4.1 09 | G. Councill | | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
780 Fox River Rd.
Valparaiso, IN 46385
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

When was the debt incurred?    3/16/14

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 10 | Gary Mercer | | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
401 S. Emporia
Wichita, KS 67204
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

When was the debt incurred?    5/22/2014

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent corporate obligation for workers compensation claim

---

| 4.1 11 | Gary Pickett | | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
7649 Heritage Rd.
Winnsboro, SC 29180
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

When was the debt incurred?    8/20/14

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter                                                    Case number (if know)   17-11808

---

**4.1 12**

**GE Capital Solutions**
Nonpriority Creditor's Name

Number Street City State ZIp Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____                          Unknown

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation

---

**4.1 13**

**George Davis**
Nonpriority Creditor's Name
827 Dodge
Evanston, IL 60202
Number Street City State ZIp Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____                          Unknown

When was the debt incurred?   11/17/11, 12/13/11, 12/28/12

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.1 14**

**Georgia State Board of Workers Comp**
Nonpriority Creditor's Name
270 Peachtree St. NW
Atlanta, GA 30303
Number Street City State ZIp Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____                          Unknown

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter                                      Case number (if know)    17-11808

---

**4.1 15**

Gerald Bandy                                          Last 4 digits of account number _____          Unknown

Nonpriority Creditor's Name
**17445 Liller Road**                                  When was the debt incurred?    7/18/2015
**Hilliard, FL 32046**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                        ■ Contingent
☐ Debtor 2 only                                        ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
■ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community               ☐ Student loans
debt                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                       ■ Other. Specify    Contingent corporate obligation for workers
☐ Yes                                                                      compensation claim

---

**4.1 16**

Gerald Councell                                       Last 4 digits of account number _____          Unknown

Nonpriority Creditor's Name
**780 Fox River Rd.**                                  When was the debt incurred? _____
**Valparaiso, IN 46385**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                        ■ Contingent
☐ Debtor 2 only                                        ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
■ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community               ☐ Student loans
debt                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                       ■ Other. Specify    Contingent Corporate Obligation for workers
☐ Yes                                                                      compensation

---

**4.1 17**

Gilbert Murrieta                                      Last 4 digits of account number _____          Unknown

Nonpriority Creditor's Name
**c/o Atcheson Kepler (Counsel)**                      When was the debt incurred?    10/1/12, 10/1/13, 3/20/14
**1901 First Ave., 184**
**San Diego, CA 92101**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                        ■ Contingent
☐ Debtor 2 only                                        ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
■ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community               ☐ Student loans
debt                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                       ■ Other. Specify    Contingent Corporate Obligation for workers
☐ Yes                                                                      compensation

---

Debtor 1   William H. Carpenter

Case number (if know)   17-11808

| 4.1 18 | Gustavo Muro |
|---|---|

Nonpriority Creditor's Name

1822 Inca Rd.

Bakersfield, CA 93304

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____     Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   Contingent Corporate Obligation for workers compensation

| 4.1 19 | Harold Bailey |
|---|---|

Nonpriority Creditor's Name

1856 Autumn Trail

Wentzville, MO 63385

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   2745     Unknown

**When was the debt incurred?**   3/17/2014

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   Contingent corporate obligation for workers compensation claim

| 4.1 20 | Henry Gatson |
|---|---|

Nonpriority Creditor's Name

416 Mackinaw Ave.

Calumet City, IL 60409

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____     Unknown

**When was the debt incurred?**   1/12/16

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   Contingent Corporate Obligation for workers compensation

Debtor 1   William H. Carpenter                                      Case number (if know)   17-11808

| 4.1 21 | Henry Sanders | | Last 4 digits of account number _____ | Unknown |

**Nonpriority Creditor's Name**
8508 El Lindo Crt.
Antelope, CA 95843
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   10/5/15

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 22 | Herman Thompkins | | Last 4 digits of account number _____ | Unknown |

**Nonpriority Creditor's Name**
2011 Durkee Drive E
Jacksonville, FL 32209
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   7/3/2015

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.1 23 | Hinsdale Management Corporation | | Last 4 digits of account number _____ | Unknown |

**Nonpriority Creditor's Name**
21 Spinning Wheel Road
Hinsdale, IL 60521
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation

---

Debtor 1    William H. Carpenter                                          Case number (if know)    17-11808

| 4.1 24 | Horace Turner | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
7244 Merganser Ln.
Hobart, IN 46342
Number Street City State Zip Code

When was the debt incurred?    3/27/12, 1/2/14

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 25 | Hugo Jaimez | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
6071 Lute Rd.
Portage, IN 46368
Number Street City State Zip Code

When was the debt incurred?    1/7/14

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 26 | Ignacio Medel | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
3280 Cashel Lane
Corona, CA 92882
Number Street City State Zip Code

When was the debt incurred?    5/8/15

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter                                             Case number (if know)    17-11808

---

| 4.1 27 | Illinois Workers' Comp. Commission | Last 4 digits of account number | Unknown |

**Nonpriority Creditor's Name**
100 W. Randolph Suite 8-200
Chicago, IL 60601

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 28 | Industrial Commission of Arizona | Last 4 digits of account number | Unknown |

**Nonpriority Creditor's Name**
800 W. Washington St.
Phoenix, AZ 85007

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 29 | Ira Bryant | Last 4 digits of account number | Unknown |

**Nonpriority Creditor's Name**
2864 Penbrooke Lane
Saint Charles, MO 63301

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    4/17/2015

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent corporate obligation for workers compensation claim

---

Debtor 1    William H. Carpenter                                                   Case number (if know)    17-11808

| 4.1 30 | Isaac Chamberlain | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
407 S. Sebree Street
Madisonville, KY 42431
Number Street City State Zip Code

**When was the debt incurred?**    12/5/2012

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

| 4.1 31 | Ismael Alvarado | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
542 West
Lancaster, CA 93535
Number Street City State Zip Code

**When was the debt incurred?**    11/21/11

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 32 | Israel Morales | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
1155 Homer Ave.
Aurora, IL 60505
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter

Case number (if know)   17-11808

---

**4.1
33**

J. Orlowski

Nonpriority Creditor's Name

1036 Brentwood Circle
Buffalo Grove, IL 60089

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____   Unknown

When was the debt incurred?   6/21/14

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.1
34**

Jack Rogers

Nonpriority Creditor's Name

RR 3 Box 620
Vandalia, IL 62471

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____   Unknown

When was the debt incurred?   2/22/16

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.1
35**

Jaime Gutierrez

Nonpriority Creditor's Name

1011 Beyer Way #124
San Diego, CA 92154

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____   Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

Debtor 1   William H. Carpenter                                       Case number (if know)   17-11808

---

| 4.1 36 | Jaime Lemas | Last 4 digits of account number _____ | Unknown |

**Nonpriority Creditor's Name**
1621 Madsone Ave #25
West Sacramento, CA 95691
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**   12/4/13

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 37 | Jaime Meza | Last 4 digits of account number _____ | Unknown |

**Nonpriority Creditor's Name**
6535 El Cortez Ave.
La Habra, CA 90631
Number Street City State Zip Code

**Who incurred the debt? Check Code.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**   6/26/13

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 38 | James Bannasch | Last 4 digits of account number _____ | Unknown |

**Nonpriority Creditor's Name**
c/o Fitz & Tallon
30 N. Lasalle St., Ste. 1510
Chicago, IL 60602
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**   7/26/12

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter                                                    Case number (if know)    17-11808

| 4.1 39 | James Mullins | | Last 4 digits of account number | Unknown |

**James Mullins**
Nonpriority Creditor's Name
1100 Eastside Lane
Apt 3
Madisonville, KY 42431
Number Street City State Zip Code

When was the debt incurred?    12/19/2013, 7/15/2014

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent corporate obligation for workers compensation claim

---

| 4.1 40 | James Stanley | | Last 4 digits of account number | Unknown |

**James Stanley**
Nonpriority Creditor's Name
1457 Ellis Trale Drive W.
Jacksonville, FL 32205
Number Street City State Zip Code

When was the debt incurred?    7/11/2014

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent corporate obligation for workers compensation claim

---

| 4.1 41 | James Tilton | | Last 4 digits of account number | Unknown |

**James Tilton**
Nonpriority Creditor's Name
1912 Lehman Avenue
Toledo, OH 43611
Number Street City State Zip Code

When was the debt incurred?    3/8/2011

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent corporate obligation for workers compensation claim

---

Debtor 1    William H. Carpenter                                     Case number (if know)    17-11808

---

| 4.1 42 | James Williams | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
8424 W. Oak Ave.
Niles, IL 60714
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    4/10/15

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 43 | Jared Poe | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
1201 Calvin Ave.
Valparaiso, IN 46385
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    6/3/13

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 44 | Jeff Peters | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
681 Charlotte Ct.
New Lenox, IL 60451
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    6/24/11

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter    Case number (if known)    17-11808

---

| 4.1 45 | Jeff Thompson | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**7091 N. Maize Road**
**Valley Center, KS 67147**
Number Street City State Zip Code

When was the debt incurred?    8/21/2014

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

| 4.1 46 | Jeff Thompson | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**7091 N. Maize Road**
**Valley Center, KS 67147**
Number Street City State Zip Code

When was the debt incurred?    8/21/2014

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

| 4.1 47 | Jeffrey Coyle | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**9036 Glenshire St.**
**Tinley Park, IL 60487**
Number Street City State Zip Code

When was the debt incurred?    2/27/13

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter                                    Case number (if know)   17-11808

---

| 4.1 48 | **Jeffrey Henley** | **Last 4 digits of account number** | Unknown |

Nonpriority Creditor's Name
RR1 Box 88A
Mercer, MO 64661
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**When was the debt incurred?**   5/6/2013

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.1 49 | **Jeffrey Hillburn** | **Last 4 digits of account number** | Unknown |

Nonpriority Creditor's Name
17 Greensport Ferry Rd.
Ohatchee, AL 36271
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**When was the debt incurred?**   5/2/13

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 50 | **Jeffrey Madison** | **Last 4 digits of account number** | Unknown |

Nonpriority Creditor's Name
4216 Washington Rd. #208
Kenosha, WI 53144
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter

Case number (if know)   17-11808

| 4.1 51 | |
|---|---|

**Jennifer Crespo**
Nonpriority Creditor's Name
2404 Arrington Way #4
North Chicago, IL 60064
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?**   6/10/16

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

| 4.1 52 | |
|---|---|

**Jerry Howard**
Nonpriority Creditor's Name
825 Ames St.
Hammond, IN 46320
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?**   9/3/14

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

| 4.1 53 | |
|---|---|

**Jerry Oliver**
Nonpriority Creditor's Name
475 Fredrick Road
Dawson Springs, KY 42408
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?**   11/28/2012

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent corporate obligation for workers compensation claim

Debtor 1    William H. Carpenter                                                      Case number (if know)    17-11808

| 4.1 54 | Jesse Gonzalez | | Last 4 digits of account number | | Unknown |

**Jesse Gonzalez**
Nonpriority Creditor's Name
3915 Euclid Ave.
Crown Point, IN 46307
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?**   10/19/11

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 55 | Jim Jones | | Last 4 digits of account number | | Unknown |

**Jim Jones**
Nonpriority Creditor's Name
204 S. H St.
Tilton, IL 61833
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?**   9/10/12

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 56 | Joe Bettes | | Last 4 digits of account number | | Unknown |

**Joe Bettes**
Nonpriority Creditor's Name
420 E. Pontotoc
Roff, OK 74865
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?**   5/2/2013

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

Debtor 1   William H. Carpenter                                          Case number (if know)   17-11808

---

| 4.1 57 | | | |
|---|---|---|---|

**Joe Gordon**
Nonpriority Creditor's Name
200 W. 57th
Wichita, KS 67204
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number _____                                   Unknown

When was the debt incurred?   1/27/2015

As of the date you file, the claim is: Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.1 58 | | | |
|---|---|---|---|

**Joe Trulik**
Nonpriority Creditor's Name
309 West Cedar
Saybrook, IL 61770
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number _____                                   Unknown

When was the debt incurred?   1/3/13

As of the date you file, the claim is: Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 59 | | | |
|---|---|---|---|

**John Brown**
Nonpriority Creditor's Name
793 George Washington Highway
Chesapeake, VA 23323
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number  4589                                    Unknown

When was the debt incurred?   6/15/2015

As of the date you file, the claim is: Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Contingent corporate obligation for workers compensation claim

---

Debtor 1    William H. Carpenter                                          Case number (if known)    17-11808

---

| 4.1 60 | John Doyle | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
174 Ridgeway Ct.
Bourbonnais, IL 60914

When was the debt incurred?    8/14/15, 3/31/16

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 61 | John Frost | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
26457 S. Banta
Tracy, CA 95304

When was the debt incurred?    1/10/13

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 62 | John Nickel | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
1933 S. Vine
Wichita, KS 67213

When was the debt incurred?    4/18/2014

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

Debtor 1    William H. Carpenter

Case number (if know)    17-11808

---

| 4.1 63 | John Pruett |
|---|---|

Nonpriority Creditor's Name

**511 South 5th**
**Fisher, IL 61843**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred?    10/19/15

As of the date you file, the claim is: Check all that apply

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 64 | John Vasquez |
|---|---|

Nonpriority Creditor's Name

**7683 E. 112th Ave.**
**Crown Point, IN 46307**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred?    5/1/12

As of the date you file, the claim is: Check all that apply

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 65 | Jon Ambler |
|---|---|

Nonpriority Creditor's Name

**1310 Osprey Way**
**Greenwood, IN 46143**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred?    1/19/11

As of the date you file, the claim is: Check all that apply

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter                                    Case number (if know)   17-11808

---

| 4.1 66 | Jono Nagode | | Last 4 digits of account number | | Unknown |

**Nonpriority Creditor's Name**
724 Landon Ave,
Winthrop Harbor, IL 60096
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**   4/30/13

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 67 | Jorge Garcia | | Last 4 digits of account number | | Unknown |

**Nonpriority Creditor's Name**
2215 N. Jeanette
Wichita, KS 67204
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.1 68 | Jose Espinosa | | Last 4 digits of account number | | Unknown |

**Nonpriority Creditor's Name**
660 W. Etiwanda
Rialto, CA 92376
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**   1/7/13

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter                                    Case number (if know)    17-11808

| 4.1 69 | Jose Morales | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
1709 Keating St.
Glendale Heights, IL 60139
Number Street City State Zip Code

When was the debt incurred?    10/22/13

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1 70 | Jose Quiros | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
5017 N. Waco
Wichita, KS 67203
Number Street City State Zip Code

When was the debt incurred?    12/5/2014

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

| 4.1 71 | Jose Solis | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
1520 Georgia Ct. Apt. 102
Naperville, IL 60540
Number Street City State Zip Code

When was the debt incurred?    7/11/16

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter                                    Case number (if know)   17-11808

---

**4.1 72**

Joseph Altig
Nonpriority Creditor's Name
530 9th St.
Imperial Beach, CA 91932
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____              Unknown

When was the debt incurred?   8/16/13

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.1 73**

Joshua Hernandez
Nonpriority Creditor's Name
1210 Adams Ave.
Centralia, IL 62801
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   5904              Unknown

When was the debt incurred?   12/20/14

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.1 74**

Joshua Krylowicz
Nonpriority Creditor's Name
10441 S. nashville
Chicago Ridge, IL 60415
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____              Unknown

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter                                                    Case number (if know)   17-11808

---

**4.1 75**

Joshua Tristsch

Nonpriority Creditor's Name
9066 Harvest Court
Wichita, KS 67212
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____   Unknown

When was the debt incurred?   9/16/2015

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent corporate obligation for workers compensation claim

---

**4.1 76**

Juan Bonilla

Nonpriority Creditor's Name
223 Kincaid St.
Bakersfield, CA 93301
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____   Unknown

When was the debt incurred?   12/11/12

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.1 77**

Juan Cervantes

Nonpriority Creditor's Name
884 E. 6th St.
Pomona, CA 91766
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____   Unknown

When was the debt incurred?   5/30/12

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter                                          Case number (if know)   17-11808

---

| 4.1 78 | Julius Pickett | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
11227 S. green St.
Chicago, IL 60643

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**   1/31/14

**As of the date you file, the claim is: Check all that apply**

☒ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 79 | Justin Kroviak | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
36766 Fiddleneck Circle
Palmdale, CA 93550

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**   8/22/14

**As of the date you file, the claim is: Check all that apply**

☒ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 80 | Kelvin Smith | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
PO Box 267
Gray, GA 31032

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☒ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Contingent corporate obligation for workers compensation claim

---

Debtor 1    William H. Carpenter               Case number (if know)    17-11808

---

### 4.1 81

**Ken Burnstein**
Nonpriority Creditor's Name
144 Haller Ave.
East Alton, IL 62024
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred?    3/5/15

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

### 4.1 82

**Ken Olsted**
Nonpriority Creditor's Name
1300 Capital Dr.
Hobart, IN 46342
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred?    8/6/13

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

### 4.1 83

**Kenneth Brunstein**
Nonpriority Creditor's Name
144 Haller Avenue
East Alton, IL 62024
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred?    10/28/13

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    William H. Carpenter                                                    Case number (if know)    17-11808

---

| 4.1<br>84 | Kenth Stuart | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
1613 W. 110th St.
Los Angeles, CA 90047
Number Street City State Zip Code

**When was the debt incurred?**    12/12/14

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1<br>85 | Kentucky Dept. of Workers Claims | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
657 Chamberlin Ave.
Frankfort, KY 40601
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.1<br>86 | Kevin Welninski | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
37366 N. Piper Lane
Lake Villa, IL 60046
Number Street City State Zip Code

**When was the debt incurred?**    2/2/15

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter                                            Case number (if known)   17-11808

---

**4.1 87**

**Kyle Gary**
Nonpriority Creditor's Name
623 E. Elm
Wichita, KS 67214
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?**   8/21/2014, 10/16/2014

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

**4.1 88**

**Kyle Kaczmarek**
Nonpriority Creditor's Name
10412 Cornflower Dr.
Osceola, IN 46561
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?**   8/26/11, 3/2/12

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.1 89**

**Kyle Obermeyer**
Nonpriority Creditor's Name
125 S. Lafayette
Griffith, IN 46319
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?**   1/8/14

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor 1   William H. Carpenter

Case number (if know)   17-11808

---

| 4.1 90 | Kyle Obermeyer | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
7728 W. 118th Ave.
Crown Point, IN
Number Street City State Zip Code

**When was the debt incurred?**   6/18/13

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No

☐ Yes

☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 91 | Lamont Black | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
14021 Saginaw
Chicago, IL 60633
Number Street City State Zip Code

**When was the debt incurred?**   6/9/11, 1/30/14

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No

☐ Yes

☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 92 | Larry Gilbert | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
12033 Butterfield Pl.
Chino, CA 91710
Number Street City State Zip Code

**When was the debt incurred?**   7/1/12

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No

☐ Yes

☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter                                                        Case number (if know)   17-11808

---

| 4.1 93 | Lawrence Becci | Last 4 digits of account number | | | | Unknown |

Nonpriority Creditor's Name
4334 Scott St.
Schiller Park, IL 60176
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?   11/24/15, 5/17/16, 9/30/16

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 94 | Lawrence Hubert | Last 4 digits of account number | | | | Unknown |

Nonpriority Creditor's Name
2524 W. Lyndale St.
Chicago, IL 60647
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?   5/5/16

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 95 | Lawrence Odonnell | Last 4 digits of account number   1671 | | | | Unknown |

Nonpriority Creditor's Name
6830 Downing Ave.
Bakersfield, CA 93308
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?   5/28/14

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter                                     Case number (if know)   17-11808

---

| 4.1 96 | Lazaro Reyes | Last 4 digits of account number | Unknown |

**Nonpriority Creditor's Name**
1242 Lone Oak Trail
Aurora, IL 60506

When was the debt incurred?   6/5/13

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 97 | Leon Banks | Last 4 digits of account number | Unknown |

**Nonpriority Creditor's Name**
9218 S. Justine St.
Chicago, IL 60620

When was the debt incurred?   4/1/13, 11/9/15

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.1 98 | LeRoy Stoneham | Last 4 digits of account number | Unknown |

**Nonpriority Creditor's Name**
886 1/2 E. Via Wanda #44
Long Beach, CA 90805

When was the debt incurred?   8/28/14

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter

Case number (if know)   17-11808

| 4.1 99 | Lincoln Automotive Financial | | Last 4 digits of account number   5053 | | $20,000.00 |

**Lincoln Automotive Financial**
Nonpriority Creditor's Name
PO Box 790093
Saint Louis, MO 63179
Number Street City State Zip Code

**Last 4 digits of account number** 5053

**When was the debt incurred?**

$20,000.00

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Lease of 2015 Lincoln MKS

---

**4.2 00**

**Lincoln Automotive Financial**
Nonpriority Creditor's Name
PO Box 790093
Saint Louis, MO 63179
Number Street City State Zip Code

**Last 4 digits of account number** 6264

**When was the debt incurred?**

$20,000.00

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Lease of 2015 Lincoln MKX

---

**4.2 01**

**Lincoln Automotive Financial**
Nonpriority Creditor's Name
PO Box 790093
Saint Louis, MO 63179
Number Street City State Zip Code

**Last 4 digits of account number** 3556

**When was the debt incurred?**

$35,000.00

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Lease of 2017 Lincoln MKZ

Debtor 1   William H. Carpenter _____   Case number (if know)   17-11808 _____

| 4.2 02 | Lincoln Automotive Financial | Last 4 digits of account number   3507 | $35,000.00 |

Nonpriority Creditor's Name
PO Box 790093
Saint Louis, MO 63179
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

■ Unliquidated

☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   Lease of 2017 Lincoln MKZ

---

| 4.2 03 | Lincoln Automotive Financial | Last 4 digits of account number   3507 | $30,000.00 |

Nonpriority Creditor's Name
PO Box 790093
Saint Louis, MO 63179
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   Lease of 2016 Lincoln MKX

---

| 4.2 04 | Lonny Duran | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
18418 Lacanada
Bloomington, CA 92316
Number Street City State Zip Code

When was the debt incurred?   8/9/12

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ Contingent

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter                                                    Case number (if know)    17-11808

---

| 4.2 05 | Luis Montelongo | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**471 E. Cessna**
**Wichita, KS 67213**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.2 06 | Lynn Dean | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**1523 W. University**
**Champaign, IL 61821**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**When was the debt incurred?**   6/30/12

**As of the date you file, the claim is: Check all that apply**
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 07 | M. Moser | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**1216 Burnham Ave.**
**Calumet City, IL 60409**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**When was the debt incurred?**   1/7/15

**As of the date you file, the claim is: Check all that apply**
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter                                                 Case number (if known)   17-11808

---

| 4.2 08 | **Manuel Del Rio** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
123 E. 7th
Tracy, CA 95376
Number Street City State Zip Code

When was the debt incurred?   7/29/14

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.2 09 | **Manuel Gomez** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
2603 N. Market
Wichita, KS 67219
Number Street City State Zip Code

When was the debt incurred?   7/2/2015

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.2 10 | **Manuel Gonzales** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
2603 N. Market
Wichita, KS 67219
Number Street City State Zip Code

When was the debt incurred?   7/3/2015

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

**Is the claim subject to offset?**

■ No
☐ Yes

---

Debtor 1  William H. Carpenter                                              Case number (if known)  17-11808

---

| 4.2 11 | |
|---|---|

**Mario Tejada**

Nonpriority Creditor's Name

1438 N. Siesta Ave.
La Puente, CA 91746

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        Unknown

**When was the debt incurred?**  4/25/14

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Contingent Corporate Obligation for workers compensation

---

| 4.2 12 | |
|---|---|

**Maryland Workers Comp. Commission**

Nonpriority Creditor's Name

10 E. Baltimore St.
Baltimore, MD 21202

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Contingent Corporate Obligation for workers compensation

---

| 4.2 13 | |
|---|---|

**Michael Lyon**

Nonpriority Creditor's Name

2265 Miller Valley Road
Elkton, KY 42220

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        Unknown

**When was the debt incurred?**  4/16/2013

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Contingent corporate obligation for workers compensation claim

---

Debtor 1   William H. Carpenter                                         Case number (if know)   17-11808

| 4.2<br>14 | Michael Moser | Last 4 digits of account number | | | | | Unknown |

**Nonpriority Creditor's Name**
2709 Teresa St.
Portage, IN 46368
Number Street City State ZIp Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   2/4/12, 11/26/12

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2<br>15 | Michael Nelson | Last 4 digits of account number | | | | | Unknown |

**Nonpriority Creditor's Name**
4791 Kentucky St.
Gary, IN 46409
Number Street City State ZIp Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   11/7/12, 2/18/13

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2<br>16 | Michael Scuito | Last 4 digits of account number | | | | | Unknown |

**Nonpriority Creditor's Name**
4200 N. Arkansas Avenue
Wichita, KS 67204
Number Street City State ZIp Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   9/26/2013, 4/7/2014

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

Debtor 1   William H. Carpenter

Case number (if know)   17-11808

---

| 4.2 17 | Michigan Dept. of Licensing | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
P.O. Box 30016
Lansing, MI 48909

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 18 | Miguel Batres | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
2062 Wallace Ave. Apt. B
Costa Mesa, CA 92627

Number Street City State Zip Code

**When was the debt incurred?**   5/7/13

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 19 | Miguel Moran | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
295 Sparks St.
Bakersfield, CA 93307

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1  William H. Carpenter _____     Case number (if know)   17-11808 _____

| 4.2 20 | Mike Prescaro | | Last 4 digits of account number | | Unknown |

**Mike Prescaro**
Nonpriority Creditor's Name
1903 Austin Ave.
Schererville, IN 46375
Number Street City State Zip Code

When was the debt incurred?   2/22/11

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 21 | Mike Starr | | Last 4 digits of account number | | Unknown |

**Mike Starr**
Nonpriority Creditor's Name
6611 159th Ave.
Lowell, IN 46356
Number Street City State Zip Code

When was the debt incurred?   9/8/11

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 22 | Mike When | | Last 4 digits of account number | | Unknown |

**Mike When**
Nonpriority Creditor's Name
910 Shana Pl.
San Jacinto, CA 92583
Number Street City State Zip Code

When was the debt incurred?   11/11/14

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter                                    Case number (if know)    17-11808

---

| 4.2 23 | Milford Grubbs | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

16954 Corner Hill Court
Orlando, FL 32820
Number Street City State Zip Code

**When was the debt incurred?**    1/17/2013

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

| 4.2 24 | Missouri Division of Workers Comp. | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

P.O. Box 58
Jefferson City, MO 65102
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.2 25 | Missouri Division of Workers Comp. | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

111 N. 7th St.
250 Wainwright Building
Saint Louis, MO 63101
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation workers compensation

---

Debtor 1   William H. Carpenter

Case number (if know)   17-11808

---

| 4.2 26 | Mitchell Reaka | Last 4 digits of account number | Unknown |

**Nonpriority Creditor's Name**
13834 S. Rose Rd.
Highland, IL 62249
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**When was the debt incurred?**   5/5/15

**As of the date you file, the claim is: Check all that apply**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 27 | Myles Woodrow | Last 4 digits of account number | Unknown |

**Nonpriority Creditor's Name**
2012 Geary Street
Palatka, FL 32177
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**When was the debt incurred?**   5/20/2013

**As of the date you file, the claim is: Check all that apply**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.2 28 | Nancy Zahrn | Last 4 digits of account number | Unknown |

**Nonpriority Creditor's Name**
176 Deleware St.
Hobart, IN 46342
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**When was the debt incurred?**   7/14/11

**As of the date you file, the claim is: Check all that apply**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter

Case number (if known)    17-11808

---

**4.2**
**29**

Nepost

Nonpriority Creditor's Name

478 Wheelers Farm Road
Milford, CT 06461

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    Contingent Corporate Obligation

---

**4.2**
**30**

Nick Lerma

Nonpriority Creditor's Name

P.O. Box 710616
Santee, CA 92071

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    Unknown

**When was the debt incurred?**    11/15/15, 12/26/15

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

**4.2**
**31**

Norma Rivera

Nonpriority Creditor's Name

2915 N. Richmond Rd. Apt C
McHenry, IL 60057

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    Unknown

**When was the debt incurred?**    7/25/16

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter                                    Case number (if know)    17-11808

---

| 4.2 32 | **Norman Sanchez** | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
**603 Santa Fe**
**Carpentersville, IL 60110**
Number Street City State Zip Code

**When was the debt incurred?**    10/18/13, 2/11/15

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.2 33 | **North Carolina Industrial Comm.** | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
**4340 Mail Service Center**
**Raleigh, NC 27699**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.2 34 | **Norville Pennfield** | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
**58 N Trumbull Circle**
**Saint Charles, MO 63301**
Number Street City State Zip Code

**When was the debt incurred?**    3/14/2014

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

Debtor 1  William H. Carpenter                                    Case number (if known)  17-11808

---

**4.2 35**

**O. Serrano**
Nonpriority Creditor's Name
10702 Hawford St.
Norwalk, CA 90650
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____ Unknown

**When was the debt incurred?** 6/13/14

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Contingent Corporate Obligation for workers compensation

---

**4.2 36**

**Obie Bell**
Nonpriority Creditor's Name
c/o Brown & Crouppen
211 N. Broadway Ste. 1600
Saint Louis, MO 63102
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____ Unknown

**When was the debt incurred?** 2/3/14

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Contingent Corporate Obligation for workers compensation

---

**4.2 37**

**Octavio Mora**
Nonpriority Creditor's Name
1144 Albernia St. E
Palo Alto, CA 94303
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____ Unknown

**When was the debt incurred?** 7/17/14

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter                                           Case number (if know)   17-11808

| 4.2 38 | Ohio Bureau of Workers Comp. | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
30 West Spring St.
Columbus, OH 43215
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 39 | Oklahoma Workers Comp. Commission | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
1915 N. Stiles Ave.
Oklahoma City, OK 73105
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 40 | Olguin Gomez | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
456 Talmas St.
Aurora, IL 60505
Number Street City State Zip Code

**When was the debt incurred?**   4/29/15

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter                                                    Case number (if know)   17-11808

---

| 4.2 41 | Omar Lagunas | Last 4 digits of account number | Unknown |

**Nonpriority Creditor's Name**
1339 S. Kennilworth
Berwyn, IL 60402
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   11/2/12

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 42 | Orlando Jorden | Last 4 digits of account number | Unknown |

**Nonpriority Creditor's Name**
4216 W. 21st Place
Gary, IN 46404
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 43 | Othia Spann | Last 4 digits of account number | Unknown |

**Nonpriority Creditor's Name**
6614 47th St.
Sacramento, CA 95823
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   11/14/14, 7/6/15

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter                                    Case number (if know)    17-11808

---

**4.2 44**

Pat Turchan

Nonpriority Creditor's Name

513 Anderson Lane

Lake in the Hills, IL 60156

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____                    Unknown

**When was the debt incurred?**    7/19/11

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

**4.2 45**

Patrick Edwards

Nonpriority Creditor's Name

9782 S. Ogelsby Ave.

Chicago, IL 60617

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____                    Unknown

**When was the debt incurred?**    4/4/12

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

**4.2 46**

Paul Kavanaugh

Nonpriority Creditor's Name

2658 Sumac St.

Woodridge, IL 60517

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**    4486                    Unknown

**When was the debt incurred?**    1/9/15

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter                                       Case number (if know)    17-11808

| 4.2 47 | Paul Lanssen | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
37150 Van Gaale Lane
Murrieta, CA 92563

Number Street City State ZIp Code

**When was the debt incurred?**    10/30/14

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.2 48 | Pedro Barajas | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
18 Anderson Street
Aurora, IL 60505

Number Street City State ZIp Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

| 4.2 49 | Pedro Ceniceros | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
3515 W. Market
Wichita, KS 67214

Number Street City State ZIp Code

**When was the debt incurred?**    12/1/2015

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

Debtor 1   William H. Carpenter _____   Case number (if know)   17-11808 _____

---

| 4.2 50 | Pedro Lobados | Last 4 digits of account number ____ | Unknown |

Nonpriority Creditor's Name
105 N. Burnette
Wichita, KS 67204
Number Street City State Zip Code

**When was the debt incurred?**   12/20/2013

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.2 51 | Pedro Marrero | Last 4 digits of account number ____ | Unknown |

Nonpriority Creditor's Name
799 Maple Lane
Justice, IL 60458
Number Street City State Zip Code

**When was the debt incurred?**   8/30/11

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 52 | Pennsylvania Bureau of Workers Comp | Last 4 digits of account number ____ | Unknown |

Nonpriority Creditor's Name
1171 S. Cameron St., Rm. 324
Harrisburg, PA 17104
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter

Case number (if know)   17-11808

---

**4.2 53**

**Peter Giese**

Nonpriority Creditor's Name
4963 SW 5th Street
Pompano Beach, FL 33068
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____                    Unknown

**When was the debt incurred?**   6/25/2013

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent corporate obligation for workers compensation claim

---

**4.2 54**

**Peyton Hightower**

Nonpriority Creditor's Name
10042 S. Commercial Ave.
Chicago, IL 60617
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____                    Unknown

**When was the debt incurred?**   9/3/13, 6/30/16, 5/30/14

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.2 55**

**Phares McBride**

Nonpriority Creditor's Name
1060 Morris Way Dr.
Sumter, SC 29154
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____                    Unknown

**When was the debt incurred?**   8/13/13

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter

Case number (if know)    17-11808

---

| 4.2 56 | R. Sledge | Last 4 digits of account number | | Unknown |

**Nonpriority Creditor's Name**
30 Juniper Pass Trail
Ocala, FL 34480

**When was the debt incurred?**    9/12/2013, 9/11/2014

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

| 4.2 57 | Rahbarvafee | Last 4 digits of account number | | Unknown |

**Nonpriority Creditor's Name**
11487 Twin Hills Ave.
Porter Ranch, CA 91326

**When was the debt incurred?**    7/7/14, 7/27/14

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.2 58 | Randall Johnson | Last 4 digits of account number | 6437 | Unknown |

**Nonpriority Creditor's Name**
45620 17th St. West
Lancaster, CA 93534

**When was the debt incurred?**    11/24/14

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter                                    Case number (if know)    17-11808

---

| 4.2 59 | Ray Calero | | Last 4 digits of account number | | Unknown |

**Nonpriority Creditor's Name**
11041 Glenwood Drive
Pompano Beach, FL 33064
Number Street City State Zip Code

**When was the debt incurred?**   10/2/2015

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.2 60 | Raymond Powell | | Last 4 digits of account number | | Unknown |

**Nonpriority Creditor's Name**
775 N. Elmwood St.
Aurora, IL 60506
Number Street City State Zip Code

**When was the debt incurred?**   5/9/14

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 61 | Refugio Sanchez | | Last 4 digits of account number | | Unknown |

**Nonpriority Creditor's Name**
2217 S. Market
Wichita, KS 67211
Number Street City State Zip Code

**When was the debt incurred?**   10/7/2014

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

Debtor 1    William H. Carpenter                                   Case number (if know)    17-11808

---

| 4.2 62 | Reginald Morrison | Last 4 digits of account number ___ ___ ___ ___ | Unknown |

Nonpriority Creditor's Name
14202 Lincoln Ave.
Dolton, IL 60419
Number Street City State ZIp Code

When was the debt incurred?    2/17/14

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☒ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.2 63 | Reginald Morrison | Last 4 digits of account number ___ ___ ___ ___ | Unknown |

Nonpriority Creditor's Name
14204 Lincoln Ave. Apt 2
Dolton, IL 60419
Number Street City State ZIp Code

When was the debt incurred?    7/30/12

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☒ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.2 64 | Ricardo Madrigal | Last 4 digits of account number ___ ___ ___ ___ | Unknown |

Nonpriority Creditor's Name
347 Eastern Ave.
Aurora, IL 60505
Number Street City State ZIp Code

When was the debt incurred?    9/14/15

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☒ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter _____    Case number (if know)    17-11808 _____

---

| 4.2 65 | Rich Oria | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**3514 Kostner**
**Chicago, IL**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    8/4/16

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.2 66 | Ricky Clark | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**1908 Weil Rd.**
**Troy, IL 62294**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    12/9/14

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.2 67 | Ricky Giles | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**1625 S. Beach**
**Townhome 203**
**Wichita, KS 67207**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    7/31/2013

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent corporate obligation for workers compensation claim

---

Debtor 1   William H. Carpenter _____   Case number (if know)   17-11808

---

| 4.2 68 | Ricky Taylor | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**2802 Stoker Court**
**Hephzibah, GA 30815**
Number Street City State Zip Code

When was the debt incurred?   10/19/2015

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.2 69 | Ricky Vickery | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**62 Prospect Church Road**
**Princeton, KY 42445**
Number Street City State Zip Code

When was the debt incurred?   9/19/2013

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.2 70 | Robby Lott | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**711 N. 8th St.**
**Vandalia, IL 62471**
Number Street City State Zip Code

When was the debt incurred?   5/13/15

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter _____   Case number (if know)   17-11808 _____

| 4.2 71 | **Robert Burd** | | Last 4 digits of account number ____ ____ ____ ____ | Unknown |

Nonpriority Creditor's Name
17001 Co. Road 215
Forest, OH 45843
Number Street City State Zip Code

When was the debt incurred?   10/23/2012, 6/13/2013, 2/7/2014

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☒ Contingent

☒ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.2 72 | **Robert Burns** | | Last 4 digits of account number ____ ____ ____ ____ | Unknown |

Nonpriority Creditor's Name
228 W. Lincoln Hwy.
Schererville, IN 46375
Number Street City State Zip Code

When was the debt incurred?   4/22/14

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☒ Contingent

☒ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 73 | **Robert Schultz** | | Last 4 digits of account number ____ ____ ____ ____ | Unknown |

Nonpriority Creditor's Name
8209 Baymore Way
Citrus Heights, CA 95621
Number Street City State Zip Code

When was the debt incurred?   7/7/2015

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☒ Contingent

☒ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   Contingent corporate obligation for workers compensation claim

---

Debtor 1   William H. Carpenter

Case number (if know)   17-11808

---

| 4.2 74 | **Rodney Fuller** | | **Last 4 digits of account number** | | | | | Unknown |

Nonpriority Creditor's Name
7794 Steiner Rd.
Bellaire, MI 49615

Number Street City State Zip Code

**When was the debt incurred?**   2014

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 75 | **Rodolfo Macias** | | **Last 4 digits of account number** | | | | | Unknown |

Nonpriority Creditor's Name
1242 Lone Oak Trail
Aurora, IL 60506

Number Street City State Zip Code

**When was the debt incurred?**   7/8/13

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 76 | **Rolando Jackson** | | **Last 4 digits of account number** | | | | | Unknown |

Nonpriority Creditor's Name
1030 N. State #29F
Chicago, IL 60610

Number Street City State Zip Code

**When was the debt incurred?**   8/3/11

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter

Case number (if know)    17-11808

---

| 4.2 77 | Roman Kapeniak | | Last 4 digits of account number | | | Unknown |

**Nonpriority Creditor's Name**
2630 Superior 2nd Fl.
Chicago, IL 60612

**When was the debt incurred?**    8/10/16

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.2 78 | Ron Cristwell | | Last 4 digits of account number | | | Unknown |

**Nonpriority Creditor's Name**
1322 Magnolia Ave.
Dyer, IN 46311

**When was the debt incurred?**    5/11/11

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.2 79 | Ron Pringle | | Last 4 digits of account number | | | Unknown |

**Nonpriority Creditor's Name**
1642 E. Marquette Rd.
Chicago, IL 60636

**When was the debt incurred?**    3/11/13

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter

Case number (if know)   17-11808

---

| 4.2 80 | **Ron Schilling** |
| --- | --- |

Nonpriority Creditor's Name

1190 Moriah Rd.

Centralia, IL 62801

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?**   7/13/11

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 81 | **Ron Shear** |
| --- | --- |

Nonpriority Creditor's Name

2733 N. 76th Ave. Apt 1

Chicago, IL 60607

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 82 | **Rosendso Ramirez** |
| --- | --- |

Nonpriority Creditor's Name

845 Utah Street

Toledo, OH 43605

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?**   7/11/2013

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   Contingent corporate obligation for workers compensation claim

---

Debtor 1   William H. Carpenter
Case number (if know)   17-11808

---

| 4.2 83 | **Roy Powell** | | **Last 4 digits of account number** | | Unknown |

Nonpriority Creditor's Name

264 Plum St.
Aurora, IL 60506
Number Street City State Zip Code

**When was the debt incurred?**   10/10/13, 10/3/14

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 84 | **Rueben Nuncio** | | **Last 4 digits of account number** | | Unknown |

Nonpriority Creditor's Name

302 W. 53 Street North
Wichita, KS 67204
Number Street City State Zip Code

**When was the debt incurred?**   4/29/2014

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.2 85 | **Ryan Haukap** | | **Last 4 digits of account number** | | Unknown |

Nonpriority Creditor's Name

148 S. Clinton St.
Aviston, IL
Number Street City State Zip Code

**When was the debt incurred?**   2/24/15

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1   William H. Carpenter                                          Case number (if known)   17-11808

| 4.2 86 | Said Tousi | | Last 4 digits of account number   3031 | Unknown |

Nonpriority Creditor's Name
40 Prairie Park Dr.
Wheeling, IL 60090
Number Street City State Zip Code

**When was the debt incurred?**   3/1/12, 1/4/13

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☒ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.2 87 | Salvador Hernandez | | Last 4 digits of account number   4789 | Unknown |

Nonpriority Creditor's Name
4305 N. Fairview
Springfield, IL 62703
Number Street City State Zip Code

**When was the debt incurred?**   6/13/2015

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☒ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.2 88 | Samuel Godinez | | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
15276 State Street
South Holland, IL 60473
Number Street City State Zip Code

**When was the debt incurred?**   10/3/11, 11/1/12, 7/5/16

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☒ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter                                        Case number (if know)    17-11808

| 4.2 89 | Samuel Lamar | Last 4 digits of account number | Unknown |

**Nonpriority Creditor's Name**
1463 W. 11th St.
San Bernardino, CA 92411
Number Street City State Zip Code

**When was the debt incurred?**    9/30/14

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.2 90 | Sanches Nunas | Last 4 digits of account number | Unknown |

**Nonpriority Creditor's Name**
2216 N. Waco
Wichita, KS 67204
Number Street City State Zip Code

**When was the debt incurred?**    10/16/2013

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

| 4.2 91 | Sanchez Nunez | Last 4 digits of account number | Unknown |

**Nonpriority Creditor's Name**
2716 N. Wacco
Wichita, KS 67204
Number Street City State Zip Code

**When was the debt incurred?**    2/4/2014

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent corporate obligation for workers compensation claim

---

Debtor 1    William H. Carpenter

Case number (if know)    17-11808

---

| 4.2 92 | Saul Gonzales | Last 4 digits of account number | | | Unknown |

Nonpriority Creditor's Name
557 Ashland Ave.
Aurora, IL 60505

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    04/2012

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.2 93 | Saul Velez | Last 4 digits of account number | | | Unknown |

Nonpriority Creditor's Name
323 Forest Ave.
Aurora, IL 60505

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    3/27/13

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.2 94 | Scott Blazer | Last 4 digits of account number | | | Unknown |

Nonpriority Creditor's Name
363 Paine St.
South Elgin, IL 60177

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    4/9/13

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter                                      Case number (if known)    17-11808

---

| 4.2 95 | Scott Rushton | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
1408 Uplandhills Dr. N
Upland, CA 91784
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Contingent Corporate Obligation for workers compensation

---

| 4.2 96 | Scotty McClelland | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
601 Palmer Ave.
Monee, IL 60449
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**    10/21/11

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Contingent Corporate Obligation for workers compensation

---

| 4.2 97 | Sergio Perez | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
3118 Norton Ave.
Lynwood, CA 90262
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**    10/11/12

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter

Case number (if known)    17-11808

---

| 4.2 98 | Servando Hermosillo | | Last 4 digits of account number | 658H | Unknown |

**Nonpriority Creditor's Name**
2805 SW 32th Street
Oklahoma City, OK 73119
Number Street City State Zip Code

**When was the debt incurred?** 11/7/2013

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

| 4.2 99 | Shannon Nafus | | Last 4 digits of account number | | Unknown |

**Nonpriority Creditor's Name**
434 Francis St.
Bakersfield, CA 93308
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.3 00 | Shawn Savage | | Last 4 digits of account number | 3935 | Unknown |

**Nonpriority Creditor's Name**
12712 228th Ave.
Bristol, WI 53104
Number Street City State Zip Code

**When was the debt incurred?** 12/2/14

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter                                      Case number (if know)    17-11808

| 4.3 01 | South Carolina Workers Comp. | Last 4 digits of account number | Unknown |

**South Carolina Workers Comp.**
Nonpriority Creditor's Name
P.O. Box 1715
1333 Main St. Ste. 500
Columbia, SC 29202
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    Unknown
When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.3 02 | Stacy Floyd | Last 4 digits of account number | Unknown |

**Stacy Floyd**
Nonpriority Creditor's Name
4535 Liverpool Rd.
Lake Station, IN 46405
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    Unknown
When was the debt incurred?    7/8/11

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.3 03 | Stacy Floyd | Last 4 digits of account number | Unknown |

**Stacy Floyd**
Nonpriority Creditor's Name
2922 E. 35th Ave.
Lake Station, IN 46405
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    Unknown
When was the debt incurred?    10/22/12

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

Debtor 1    William H. Carpenter

Case number (if known)    17-11808

---

**4.3 04**

**State of Arkansas Workers Comp.**
Nonpriority Creditor's Name
324 S. Spring St.
P.O. Box 950
Little Rock, AR 72203
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

**4.3 05**

**State of CA Division of Workers Com**
Nonpriority Creditor's Name
455 Golden Gate Ave. 2nd Fl.
San Francisco, CA 94102
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

**4.3 06**

**State of Connecticut Workers Comp.**
Nonpriority Creditor's Name
350 Fairfield Ave.
Bridgeport, CT 06604
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter _____   Case number (if know) ___ 17-11808 ___

---

| 4.3 07 | State of Kansas Workers Comp. | Last 4 digits of account number _____ | Unknown |

**Nonpriority Creditor's Name**
401 SW Topeka Blvd. Ste. 2
Topeka, KS 66030-3105

**Number Street City State Zip Code**

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.3 08 | State of Nevada Dept. of Business | Last 4 digits of account number _____ | Unknown |

**Nonpriority Creditor's Name**
1301 North Green Valley Parkway
Suite 200
Henderson, NV 89074

**Number Street City State Zip Code**

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.3 09 | Stephen Diaz | Last 4 digits of account number _____ | Unknown |

**Nonpriority Creditor's Name**
5040 W. Ave L-14 #8
Lancaster, CA 93536

**Number Street City State Zip Code**

**When was the debt incurred?** 3/4/14

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter

Case number (if know)   17-11808

---

**4.3
10**

Stephen Jahncke

Nonpriority Creditor's Name
23488 County Rd. 18
Elkhart, IN 46516
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number _____        Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☒ Contingent
☒ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.3
11**

Steve A. Maglio

Nonpriority Creditor's Name
2908 Bauer Rd.
North Aurora, IL 60542
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number _____        Unknown

When was the debt incurred?   5/30/13

As of the date you file, the claim is: Check all that apply

☒ Contingent
☒ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.3
12**

Steve Garrison

Nonpriority Creditor's Name
c/o Black & Jones
308 W. State St., Ste. 300
Rockford, IL 61101
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number _____        Unknown

When was the debt incurred?   3/17/11

As of the date you file, the claim is: Check all that apply

☒ Contingent
☒ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter                                          Case number (if known)    17-11808

| 4.3 13 | Steve Tobin | Last 4 digits of account number | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
817 S. Richmond Ave.
Westmont, IL 60559
Number Street City State Zip Code

**When was the debt incurred?**    2/8/11

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.3 14 | Steven Liss | Last 4 digits of account number | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
2442 Adams St.
Granite City, IL 62040
Number Street City State Zip Code

**When was the debt incurred?**    5/2/14

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.3 15 | Stuart Schwable | Last 4 digits of account number | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
10912 W. Marco Polo Road
Sun City, AZ 85373
Number Street City State Zip Code

**When was the debt incurred?**    12/29/2014

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify    Contingent corporate obligation for workers compensation claim

---

Debtor 1   William H. Carpenter                                     Case number (if know)   17-11808

---

| 4.3 16 | Ted Catt | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
4418 Fosterborg Rd.
Alton, IL 62002
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?   12/5/15

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.3 17 | Terry Farmer | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
51 Australian Dr.
Romeoville, IL 60446
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?   11/18/15

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.3 18 | Thomas Merrill | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
5903 W. West End Apt 2S
Chicago, IL 60644
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?   1/14/16

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter                                    Case number (if known)    17-11808

| 4.3 19 | Thomas Tucker | | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
P.O. Box 42
Cowden, IL 62422
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred?    9/16/15

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.3 20 | Tim Duncan | | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
508 Hurley Ave.
Baltimore, MD 21223
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred?    11/11/15

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.3 21 | Tim Lewis | | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
243 E. State
Paxton, IL 60957
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred?    8/4/11

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    William H. Carpenter                                    Case number (if know)    17-11808

---

| 4.3 22 | Tim Scheil | | Last 4 digits of account number | | Unknown |

**Nonpriority Creditor's Name**
2921 Chipay St.
Sacramento, CA 95826
Number Street City State Zip Code

When was the debt incurred?    12/27/13

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.3 23 | Tom Arnold | | Last 4 digits of account number | | Unknown |

**Nonpriority Creditor's Name**
2204 E. 128 St.
Chicago Heights, IL 60411
Number Street City State Zip Code

When was the debt incurred?    3/25/13

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| 4.3 24 | Tom Farral | | Last 4 digits of account number | | Unknown |

**Nonpriority Creditor's Name**
2746 King St.
Gary, IN 46406
Number Street City State Zip Code

When was the debt incurred?    5/1/11

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1  William H. Carpenter                                          Case number (if know)    17-11808

---

**4.3 25**

Tony Wagstaff

Nonpriority Creditor's Name

2127 Coralthorn Rd.
Middle River, MD 21220

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number _____     Unknown

When was the debt incurred?   4/3/13

As of the date you file, the claim is: Check all that apply

☑ Contingent

☑ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.3 26**

Uninsured Employers Benefits Trust

Nonpriority Creditor's Name

1515 Clay St., 17th Fl.
Oakland, CA 94612

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number _____     Unknown

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☑ Contingent

☑ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.3 27**

Vernon Thomas

Nonpriority Creditor's Name

2936 Dogwood
Granite City, IL 62040

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number _____     Unknown

When was the debt incurred?   5/24/15

As of the date you file, the claim is: Check all that apply

☑ Contingent

☑ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter                                                          Case number (if know)   17-11808

| | | | |
|---|---|---|---|
| 4.3 28 | Virginia Carpenter | Last 4 digits of account number | $375,000.00 |

Nonpriority Creditor's Name
40W980 Seavey Rd.
Sugar Grove, IL 60554

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation

---

| | | | |
|---|---|---|---|
| 4.3 29 | Walter Ashlock | Last 4 digits of account number   0873 | Unknown |

Nonpriority Creditor's Name
416 N. Vine
Sandoval, IL 62882

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   1/17/15, 12/2/14

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

| | | | |
|---|---|---|---|
| 4.3 30 | Wayne Lerner | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
12414 Brookline St.
Boone Grove, IN 46302

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   3/21/13

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1    William H. Carpenter                                      Case number (if know)    17-11808

---

**4.3 31**

**Westmont Lincoln LLC**
Nonpriority Creditor's Name
100 W. Ogden Avenue
Westmont, IL 60559
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation

---

**4.3 32**

**William Cardenas**
Nonpriority Creditor's Name
1022 N. Calaveras Ave.
Ontario, CA 91764
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    Unknown

**When was the debt incurred?**    10/22/13

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

**4.3 33**

**William Foley**
Nonpriority Creditor's Name
15331 Orian Brook Dr.
Orland Park, IL 60462
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    Unknown

**When was the debt incurred?**    2/23/15

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter
Case number (if know)   17-11808

---

**4.3 34**

**William M. Carpenter**
Nonpriority Creditor's Name
36 Knollwood Drive
Rochester, NY 14618
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ____   $663,157.00

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply
☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation

---

**4.3 35**

**William Prater**
Nonpriority Creditor's Name
522 N. 4th
Vandalia, IL 62471
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ____   Unknown

When was the debt incurred?   5/12/14

As of the date you file, the claim is: Check all that apply
☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.3 36**

**William Skinner**
Nonpriority Creditor's Name
9 Bishops Crest Court
Saint Peters, MO 63376
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ____   Unknown

When was the debt incurred?   5/5/2014

As of the date you file, the claim is: Check all that apply
☑ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Contingent corporate obligation for workers compensation claim

---

Debtor 1   William H. Carpenter                                    Case number (if know)   17-11808

---

**4.3 37**

**Wisconsin Workers Comp. Division**

Nonpriority Creditor's Name
P.O. Box 7901
Madison, WI 53707
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___                    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☒ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Contingent Corporate Obligation for workers compensation

---

**4.3 38**

**Woody West**

Nonpriority Creditor's Name
37912 Poole Road
Hilliard, FL 32046
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___                    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☒ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Contingent corporate obligation for workers compensation claim

---

**4.3 39**

**Workers Comp. Board of State of IN**

Nonpriority Creditor's Name
402 W. Washington St. Room W196
Indianapolis, IN 46204
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___                    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☒ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Contingent Corporate Obligation for workers compensation

---

Debtor 1   William H. Carpenter                                                         Case number (if know)   17-11808

| 4.3<br>40 | Yamillo Marroro | | Last 4 digits of account number | | | | Unknown |

Nonpriority Creditor's Name
5755 W. 64th St.
Chicago, IL 60638
Number Street City State Zip Code

**When was the debt incurred?**   10/13/15

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent Corporate Obligation for workers compensation

---

| 4.3<br>41 | Zachary Morgan | | Last 4 digits of account number | | | | Unknown |

Nonpriority Creditor's Name
2206 E. Winchester Drive
Wichita, KS 67216
Number Street City State Zip Code

**When was the debt incurred?**   8/11/2014

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Contingent corporate obligation for workers compensation claim

---

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:   Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 23,865,443.44 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 23,865,443.44 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |

Official Form 106 E/F                     Schedule E/F: Creditors Who Have Unsecured Claims                     Page 120 of 121

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor 1   William H. Carpenter                                          Case number (if known)   17-11808

| | | | |
|---|---|---|---|
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 1,183,368.85 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 1,183,368.85 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | William H. Carpenter |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | 17-11808 |
| (if known) | |

■ Check if this is an
amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | Hinsdale Management Corporation<br>21 Spinning Wheel Road<br>Hinsdale, IL 60521 | Office lease for 1000 Jorie Blve at $3,650.00 per month through July 14, 2018 |
| 2.2 | Lincoln Automotive Financial<br>PO Box 790093<br>Saint Louis, MO 63179 | Lease of 2015 Lincoln MKS |
| 2.3 | Lincoln Automotive Financial<br>PO Box 790093<br>Saint Louis, MO 63179 | Lease of 2015 Lincoln MKX |
| 2.4 | Lincoln Automotive Financial<br>PO Box 790093<br>Saint Louis, MO 63179 | Lease of 2017 Lincoln MKX |
| 2.5 | Lincoln Automotive Financial<br>PO Box 790093<br>Saint Louis, MO 63179 | Lease of 2017 Lincoln MKZ |
| 2.6 | Lincoln Automotive Financial<br>PO Box 790093<br>Saint Louis, MO 63179 | LEase of 2016 Lincoln MKX |
| 2.7 | Neopost<br>478 Wheelers Farm Road<br>Milford, CT 06461 | Lease of Equipment |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | William H. Carpenter |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 17-11808 |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: Your codebtor<br>Name, Number, Street, City, State and ZIP Code | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.1  Agnes Carpenter<br>0S415 Prince Crossing Road<br>West Chicago, IL 60185 | ■ Schedule D, line __2.1__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Nationstar Mortgage |
| 3.2  Agnes Carpenter<br>0S415 Prince Crossing Road<br>West Chicago, IL 60185 | ■ Schedule D, line __2.2__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Oxford Bank and Trust |
| 3.3  Agnes Carpenter<br>0S415 Prince Crossing Road<br>West Chicago, IL 60185 | ■ Schedule D, line __2.3__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Select Portfolio Servicing, Inc. |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1   William H. Carpenter _____   Case number *(if known)*   17-11808 _____

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.4   Agnes Carpenter
0S415 Prince Crossing Road
West Chicago, IL 60185

☐ Schedule D, line _____
■ Schedule E/F, line ____4.44____
☐ Schedule G _____
Chase

3.5   Agnes Carpenter
0S415 Prince Crossing Road
West Chicago, IL 60185

☐ Schedule D, line _____
■ Schedule E/F, line ____4.45____
☐ Schedule G _____
Chase

3.6   Agnes Carpenter
0S415 Prince Crossing Road
West Chicago, IL 60185

☐ Schedule D, line _____
■ Schedule E/F, line ____4.83____
☐ Schedule G _____
Discover

3.7   Agnes Carpenter
0S415 Prince Crossing Road
West Chicago, IL 60185

☐ Schedule D, line _____
■ Schedule E/F, line ____4.10____
☐ Schedule G _____
American Express

3.8   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

■ Schedule D, line ____2.2____
☐ Schedule E/F, line _____
☐ Schedule G _____
Oxford Bank and Trust

3.9   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ____2.5____
☐ Schedule G _____
IL Dept. of Employment Security

3.10   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ____2.3____
☐ Schedule G _____
Employment Development Dept.

Debtor 1   William H. Carpenter                                    Case number *(if known)*   17-11808

| | | |
|---|---|---|
| | **Additional Page to List More Codebtors** | |
| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.11   P.T.O. Services, Inc.
       1000 Jorie Blvd., Suite 228
       Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___2.6___
☐ Schedule G _____
Internal Revenue Service

3.12   P.T.O. Services, Inc.
       1000 Jorie Blvd., Suite 228
       Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.199___
☐ Schedule G _____
Lincoln Automotive Financial

3.13   P.T.O. Services, Inc.
       1000 Jorie Blvd., Suite 228
       Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.200___
☐ Schedule G _____
Lincoln Automotive Financial

3.14   P.T.O. Services, Inc.
       1000 Jorie Blvd., Suite 228
       Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.201___
☐ Schedule G _____
Lincoln Automotive Financial

3.15   P.T.O. Services, Inc.
       1000 Jorie Blvd., Suite 228
       Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.202___
☐ Schedule G _____
Lincoln Automotive Financial

3.16   P.T.O. Services, Inc.
       1000 Jorie Blvd., Suite 228
       Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.203___
☐ Schedule G _____
Lincoln Automotive Financial

3.17   P.T.O. Services, Inc.
       1000 Jorie Blvd., Suite 228
       Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.248___
☐ Schedule G _____
Pedro Barajas

Debtor 1    William H. Carpenter                                    Case number (if known)    17-11808

---

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.18    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.273___
☐ Schedule G _____
Robert Schultz

---

3.19    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.17___
☐ Schedule G _____
Antonio Carmen

---

3.20    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.268___
☐ Schedule G _____
Ricky Taylor

---

3.21    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.63___
☐ Schedule G _____
Dan Tittle

---

3.22    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.16___
☐ Schedule G _____
Anthony Torres

---

3.23    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.210___
☐ Schedule G _____
Manuel Gonzales

---

3.24    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.287___
☐ Schedule G _____
Salvador Hernandez

---

Debtor 1    William H. Carpenter                                                Case number *(if known)*    17-11808

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.25    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.167___
☐ Schedule G _____
Jorge Garcia

---

3.26    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.193___
☐ Schedule G _____
Lawrence Becci

---

3.27    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.94___
☐ Schedule G _____
Edgar Hernandez

---

3.28    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.145___
☐ Schedule G _____
Jeff Thompson

---

3.29    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.64___
☐ Schedule G _____
Daniel Baker

---

3.30    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.49___
☐ Schedule G _____
Christopher Chatman

---

3.31    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.67___
☐ Schedule G _____
Darrlyn Johnson

---

Debtor 1    William H. Carpenter                                    Case number *(if known)*    17-11808

___

▮ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.32    P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.183___<br>☐ Schedule G _____<br>Kenneth Brunstein |
| 3.33    P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.55___<br>☐ Schedule G _____<br>Clifford McKee |
| 3.34    P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.205___<br>☐ Schedule G _____<br>Luis Montelongo |
| 3.35    P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.151___<br>☐ Schedule G _____<br>Jennifer Crespo |
| 3.36    P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.162___<br>☐ Schedule G _____<br>John Nickel |
| 3.37    P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.284___<br>☐ Schedule G _____<br>Rueben Nuncio |
| 3.38    P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.160___<br>☐ Schedule G _____<br>John Doyle |

___

Debtor 1   William H. Carpenter _____    Case number *(if known)*   17-11808 _____

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.39   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.291___
☐ Schedule G _____
Sanchez Nunez

3.40   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.333___
☐ Schedule G _____
William Foley

3.41   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.216___
☐ Schedule G _____
Michael Scuito

3.42   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.8___
☐ Schedule G _____
Alfredo Vargas

3.43   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.86___
☐ Schedule G _____
Donald Gibbons

3.44   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.48___
☐ Schedule G _____
Christina Williams

3.45   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.95___
☐ Schedule G _____
Eldon Bailey

Debtor 1   William H. Carpenter                                    Case number *(if known)*   17-11808

| | |
|---|---|
| ▮ **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.46   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.97___
☐ Schedule G _____
Elmer Herbert

3.47   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.28___
☐ Schedule G _____
Brian Crampton

3.48   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.120___
☐ Schedule G _____
Henry Gatson

3.49   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.267___
☐ Schedule G _____
Ricky Giles

3.50   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.288___
☐ Schedule G _____
Samuel Godinez

3.51   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.250___
☐ Schedule G _____
Pedro Lobados

3.52   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.246___
☐ Schedule G _____
Paul Kavanaugh

Debtor 1   William H. Carpenter

Case number *(if known)*   17-11808

| | | |
|---|---|---|
| **Additional Page to List More Codebtors** | | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: | |

3.53   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.290___
☐ Schedule G _____
Sanches Nunas

3.54   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.270___
☐ Schedule G _____
Robby Lott

3.55   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.2___
☐ Schedule G _____
A. Cerczeres

3.56   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.32___
☐ Schedule G _____
Bruce Miller

3.57   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.187___
☐ Schedule G _____
Kyle Gary

3.58   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.110___
☐ Schedule G _____
Gary Mercer

3.59   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.25___
☐ Schedule G _____
Bill Pohl

Debtor 1   William H. Carpenter                                    Case number *(if known)*   17-11808

| **Additional Page to List More Codebtors** | |
|---|---|
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.60   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.170
☐ Schedule G _____
Jose Quiros

3.61   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.261
☐ Schedule G _____
Refugio Sanchez

3.62   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.146
☐ Schedule G _____
Jeff Thompson

3.63   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.249
☐ Schedule G _____
Pedro Ceniceros

3.64   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.254
☐ Schedule G _____
Peyton Hightower

3.65   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.57
☐ Schedule G _____
Cristobal Sosa

3.66   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.88
☐ Schedule G _____
Donnie Cessna

Debtor 1   William H. Carpenter

Case number *(if known)*   17-11808

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**
Check all schedules that apply:

3.67   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.29___
☐ Schedule G _____
Brian Hopkins

3.68   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.209___
☐ Schedule G _____
Manuel Gomez

3.69   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.319___
☐ Schedule G _____
Thomas Tucker

3.70   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.37___
☐ Schedule G _____
Carlos Gonzales

3.71   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.157___
☐ Schedule G _____
Joe Gordon

3.72   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.186___
☐ Schedule G _____
Kevin Welninski

3.73   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.21___
☐ Schedule G _____
Baudel Mesa

Debtor 1   William H. Carpenter

Case number *(if known)*   17-11808

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.74   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.142___
☐ Schedule G _____
James Williams

3.75   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.22___
☐ Schedule G _____
Baudel Mesa

3.76   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.194___
☐ Schedule G _____
Lawrence Hubert

3.77   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.277___
☐ Schedule G _____
Roman Kapeniak

3.78   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.73___
☐ Schedule G _____
David Long

3.79   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.341___
☐ Schedule G _____
Zachary Morgan

3.80   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.265___
☐ Schedule G _____
Rich Oria

Debtor 1   William H. Carpenter                                    Case number *(if known)*   17-11808

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|

Check all schedules that apply:

3.81   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line   4.231
☐ Schedule G _____
Norma Rivera

3.82   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line   4.134
☐ Schedule G _____
Jack Rogers

3.83   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line   4.171
☐ Schedule G _____
Jose Solis

3.84   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line   4.318
☐ Schedule G _____
Thomas Merrill

3.85   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line   4.236
☐ Schedule G _____
Obie Bell

3.86   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line   4.191
☐ Schedule G _____
Lamont Black

3.87   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line   4.66
☐ Schedule G _____
Darrell Cordray

| Debtor 1 | William H. Carpenter | | Case number *(if known)* | 17-11808 |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.88  P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.36___<br>☐ Schedule G _____<br>Carlos Gomez |
| 3.89  P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.174___<br>☐ Schedule G _____<br>Joshua Krylowicz |
| 3.90  P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.314___<br>☐ Schedule G _____<br>Steven Liss |
| 3.91  P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.132___<br>☐ Schedule G _____<br>Israel Morales |
| 3.92  P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.262___<br>☐ Schedule G _____<br>Reginald Morrison |
| 3.93  P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.178___<br>☐ Schedule G _____<br>Julius Pickett |
| 3.94  P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.90___<br>☐ Schedule G _____<br>Dustin Plant |

Debtor 1   William H. Carpenter                                    Case number *(if known)*   17-11808

---

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.95  P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.260___<br>☐ Schedule G _____<br>Raymond Powell |
| 3.96  P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.335___<br>☐ Schedule G _____<br>William Prater |
| 3.97  P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.12___<br>☐ Schedule G _____<br>Anthony Bridges |
| 3.98  P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.75___<br>☐ Schedule G _____<br>De Andre Clemons |
| 3.99  P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.113___<br>☐ Schedule G _____<br>George Davis |
| 3.100  P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.80___<br>☐ Schedule G _____<br>Diane Dearing |
| 3.101  P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.312___<br>☐ Schedule G _____<br>Steve Garrison |

---

Debtor 1   William H. Carpenter

Case number (if known)   17-11808

---

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.10 2   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.276___
☐ Schedule G _____
Rolando Jackson

---

3.10 3   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.108___
☐ Schedule G _____
Ftatford Kovacs

---

3.10 4   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.321___
☐ Schedule G _____
Tim Lewis

---

3.10 5   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.251___
☐ Schedule G _____
Pedro Marrero

---

3.10 6   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.296___
☐ Schedule G _____
Scotty McClelland

---

3.10 7   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.144___
☐ Schedule G _____
Jeff Peters

---

3.10 8   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.280___
☐ Schedule G _____
Ron Schilling

---

Debtor 1   William H. Carpenter                                          Case number *(if known)*   17-11808

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.10  P.T.O. Services, Inc.
9     1000 Jorie Blvd., Suite 228
      Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.23___
☐ Schedule G _____
Bernard Shurn

3.11  P.T.O. Services, Inc.
0     1000 Jorie Blvd., Suite 228
      Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.313___
☐ Schedule G _____
Steve Tobin

3.11  P.T.O. Services, Inc.
1     1000 Jorie Blvd., Suite 228
      Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.244___
☐ Schedule G _____
Pat Turchan

3.11  P.T.O. Services, Inc.
2     1000 Jorie Blvd., Suite 228
      Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.138___
☐ Schedule G _____
James Bannasch

3.11  P.T.O. Services, Inc.
3     1000 Jorie Blvd., Suite 228
      Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.19___
☐ Schedule G _____
Antwan Beard

3.11  P.T.O. Services, Inc.
4     1000 Jorie Blvd., Suite 228
      Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.206___
☐ Schedule G _____
Lynn Dean

3.11  P.T.O. Services, Inc.
5     1000 Jorie Blvd., Suite 228
      Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.245___
☐ Schedule G _____
Patrick Edwards

Debtor 1   William H. Carpenter                                    Case number *(if known)*   17-11808

▆  **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.11
6
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.292___
☐ Schedule G _____
Saul Gonzales

3.11
7
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.155___
☐ Schedule G _____
Jim Jones

3.11
8
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.175___
☐ Schedule G _____
Joshua Tristsch

3.11
9
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.241___
☐ Schedule G _____
Omar Lagunas

3.12
0
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.263___
☐ Schedule G _____
Reginald Morrison

3.12
1
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.54___
☐ Schedule G _____
Clarence Thomas

3.12
2
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.286___
☐ Schedule G _____
Said Tousi

Debtor 1   William H. Carpenter                                    Case number *(if known)*   17-11808

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.12
3
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.323
☐ Schedule G _____
Tom Arnold

3.12
4
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.197
☐ Schedule G _____
Leon Banks

3.12
5
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.294
☐ Schedule G _____
Scott Blazer

3.12
6
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.147
☐ Schedule G _____
Jeffrey Coyle

3.12
7
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.50
☐ Schedule G _____
Christopher Hampton

3.12
8
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.275
☐ Schedule G _____
Rodolfo Macias

3.12
9
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line    4.311
☐ Schedule G _____
Steve A. Maglio

Debtor 1   William H. Carpenter                                          Case number *(if known)*   17-11808

| | |
|---|---|
| ▮ **Additional Page to List More Codebtors** | |
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |

3.13
0
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.169___
☐ Schedule G _____
Jose Morales

3.13
1
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.115___
☐ Schedule G _____
Gerald Bandy

3.13
2
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.122___
☐ Schedule G _____
Herman Thompkins

3.13
3
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.166___
☐ Schedule G _____
Jono Nagode

3.13
4
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.91___
☐ Schedule G _____
Earnest Green

3.13
5
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.283___
☐ Schedule G _____
Roy Powell

3.13
6
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.338___
☐ Schedule G _____
Woody West

Debtor 1   William H. Carpenter _____   Case number *(if known)*   17-11808 _____

| ■ | Additional Page to List More Codebtors |
|---|---|

Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**
Check all schedules that apply:

3.13
7

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.279___
☐ Schedule G _____
Ron Pringle

---

3.13
8

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.253___
☐ Schedule G _____
Peter Giese

---

3.13
9

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.223___
☐ Schedule G _____
Milford Grubbs

---

3.14
0

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.196___
☐ Schedule G _____
Lazaro Reyes

---

3.14
1

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.14___
☐ Schedule G _____
Anthony Robinson

---

3.14
2

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.256___
☐ Schedule G _____
R. Sledge

---

3.14
3

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.227___
☐ Schedule G _____
Myles Woodrow

---

Debtor 1    William H. Carpenter                                    Case number *(if known)*    17-11808

| | | |
|---|---|---|
| **Additional Page to List More Codebtors** | | |
| Column 1: Your codebtor | | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.14
4    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.140___
☐ Schedule G _____
James Stanley

3.14
5    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.259___
☐ Schedule G _____
Ray Calero

3.14
6    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.78___
☐ Schedule G _____
Derek F. Kettle

3.14
7    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.26___
☐ Schedule G _____
Bobby Joe Childers

3.14
8    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.39___
☐ Schedule G _____
Chad Fewell

3.14
9    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.156___
☐ Schedule G _____
Joe Bettes

3.15
0    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.298___
☐ Schedule G _____
Servando Hermosillo

Debtor 1   William H. Carpenter

Case number *(if known)*   17-11808

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|

3.15
1
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.159___
☐ Schedule G _____
John Brown

3.15
2
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.119___
☐ Schedule G _____
Harold Bailey

3.15
3
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.234___
☐ Schedule G _____
Norville Pennfield

3.15
4
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.336___
☐ Schedule G _____
William Skinner

3.15
5
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.129___
☐ Schedule G _____
Ira Bryant

3.15
6
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.98___
☐ Schedule G _____
Eric Evans

3.15
7
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.148___
☐ Schedule G _____
Jeffrey Henley

Debtor 1   William H. Carpenter                                          Case number *(if known)*   17-11808

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.15<br>8 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.20___<br>☐ Schedule G _____<br>Arthur Lindley |
| 3.15<br>9 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.59___<br>☐ Schedule G _____<br>Damien Jeffries |
| 3.16<br>0 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.5___<br>☐ Schedule G _____<br>Alan Claffey |
| 3.16<br>1 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.92___<br>☐ Schedule G _____<br>Ed Cons |
| 3.16<br>2 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.315___<br>☐ Schedule G _____<br>Stuart Schwable |
| 3.16<br>3 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.31___<br>☐ Schedule G _____<br>Bruce Gamble |
| 3.16<br>4 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.141___<br>☐ Schedule G _____<br>James Tilton |

Debtor 1   William H. Carpenter                                    Case number *(if known)*   17-11808

| | Additional Page to List More Codebtors | |
|---|---|---|
| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

**3.16
5**   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.271___
☐ Schedule G _____
Robert Burd

**3.16
6**   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.153___
☐ Schedule G _____
Jerry Oliver

**3.16
7**   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.232___
☐ Schedule G _____
Norman Sanchez

**3.16
8**   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.82___
☐ Schedule G _____
Dionicio Ramirez

**3.16
9**   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.281___
☐ Schedule G _____
Ron Shear

**3.17
0**   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.158___
☐ Schedule G _____
Joe Trulik

**3.17
1**   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.282___
☐ Schedule G _____
Rosendso Ramirez

Debtor 1   William H. Carpenter                                    Case number *(if known)*   17-11808

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.17
2
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.293___
☐ Schedule G _____
Saul Velez

3.17
3
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.72___
☐ Schedule G _____
David Bent

3.17
4
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.130___
☐ Schedule G _____
Isaac Chamberlain

3.17
5
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.266___
☐ Schedule G _____
Ricky Clark

3.17
6
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.213___
☐ Schedule G _____
Michael Lyon

3.17
7
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.139___
☐ Schedule G _____
James Mullins

3.17
8
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.269___
☐ Schedule G _____
Ricky Vickery

Debtor 1   William H. Carpenter                                    Case number *(if known)*   17-11808

| | | |
|---|---|---|
| | **Additional Page to List More Codebtors** | |
| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.17
9
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.180___
☐ Schedule G _____
Kelvin Smith

3.18
0
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.93___
☐ Schedule G _____
Edgar Flores

3.18
1
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.4___
☐ Schedule G _____
Aaron Gomez

3.18
2
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.68___
☐ Schedule G _____
Dave Harry

3.18
3
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.173___
☐ Schedule G _____
Joshua Hernandez

3.18
4
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.60___
☐ Schedule G _____
Dan Lanter

3.18
5
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.105___
☐ Schedule G _____
Frank Lesniewski

Debtor 1   William H. Carpenter                                    Case number *(if known)*   17-11808

| | | |
|---|---|---|
| **Additional Page to List More Codebtors** | | |
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.186 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.133___<br>☐ Schedule G _____<br>J. Orlowski |
| 3.187 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.13___<br>☐ Schedule G _____<br>Anthony Rizzi |
| 3.188 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.62___<br>☐ Schedule G _____<br>Dan Simmons |
| 3.189 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.77___<br>☐ Schedule G _____<br>Dennis Thacker |
| 3.190 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.329___<br>☐ Schedule G _____<br>Walter Ashlock |
| 3.191 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.181___<br>☐ Schedule G _____<br>Ken Burnstein |
| 3.192 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.96___<br>☐ Schedule G _____<br>Elmen Doyle |

Debtor 1    William H. Carpenter
Case number (if known)    17-11808

| ▮ | **Additional Page to List More Codebtors** |
| --- | --- |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| --- | --- |
| 3.19<br>3 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.317___<br>☐ Schedule G _____<br>Terry Farmer |
| 3.19<br>4 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.104___<br>☐ Schedule G _____<br>Francisco Godinez |
| 3.19<br>5 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.285___<br>☐ Schedule G _____<br>Ryan Haukap |
| 3.19<br>6 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.33___<br>☐ Schedule G _____<br>C. Latinette |
| 3.19<br>7 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.264___<br>☐ Schedule G _____<br>Ricardo Madrigal |
| 3.19<br>8 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.340___<br>☐ Schedule G _____<br>Yamillo Marroro |
| 3.19<br>9 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.207___<br>☐ Schedule G _____<br>M. Moser |

Debtor 1   William H. Carpenter                                Case number (if known)   17-11808

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.20 0   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.240___
☐ Schedule G _____
Olguin Gomez

---

3.20 1   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.163___
☐ Schedule G _____
John Pruett

---

3.20 2   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.226___
☐ Schedule G _____
Mitchell Reaka

---

3.20 3   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.61___
☐ Schedule G _____
Dan Rupel

---

3.20 4   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.327___
☐ Schedule G _____
Vernon Thomas

---

3.20 5   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.316___
☐ Schedule G _____
Ted Catt

---

3.20 6   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.84___
☐ Schedule G _____
Don Hyle

Debtor 1   William H. Carpenter

Case number *(if known)*   17-11808

| | | |
|---|---|---|
| ■ | **Additional Page to List More Codebtors** | |
| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |

3.20 7
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.71___
☐ Schedule G _____
David Bennett

3.20 8
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.116___
☐ Schedule G _____
Gerald Councell

3.20 9
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.272___
☐ Schedule G _____
Robert Burns

3.21 0
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.56___
☐ Schedule G _____
Craig Herlitz

3.21 1
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.310___
☐ Schedule G _____
Stephen Jahncke

3.21 2
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.242___
☐ Schedule G _____
Orlando Jorden

3.21 3
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.51___
☐ Schedule G _____
Christopher Keener

Debtor 1  William H. Carpenter                               Case number *(if known)*  17-11808

| | Additional Page to List More Codebtors | |
|---|---|---|
| | Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |

3.21
4
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.41___
☐ Schedule G _____
Charles Lawrence

3.21
5
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.189___
☐ Schedule G _____
Kyle Obermeyer

3.21
6
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.124___
☐ Schedule G _____
Horace Turner

3.21
7
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.53___
☐ Schedule G _____
Christopher Winters

3.21
8
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.165___
☐ Schedule G _____
Jon Ambler

3.21
9
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.278___
☐ Schedule G _____
Ron Cristwell

3.22
0
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.324___
☐ Schedule G _____
Tom Farral

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   William H. Carpenter                                        Case number *(if known)*   17-11808

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.22
1
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line   4.302
☐ Schedule G _____
Stacy Floyd

---

3.22
2
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line   4.154
☐ Schedule G _____
Jesse Gonzalez

---

3.22
3
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line   4.27
☐ Schedule G _____
Brandon Green

---

3.22
4
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line   4.76
☐ Schedule G _____
Delfino Jasso

---

3.22
5
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line   4.188
☐ Schedule G _____
Kyle Kaczmarek

---

3.22
6
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line   4.24
☐ Schedule G _____
Bill Milich

---

3.22
7
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line   4.34
☐ Schedule G _____
Candance Ottenstroer

---

Debtor 1   William H. Carpenter                                    Case number *(if known)*   17-11808

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.22<br>8   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.46___<br>☐ Schedule G _____<br>Chris Broderick

3.22<br>9   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.220___<br>☐ Schedule G _____<br>Mike Prescaro

3.23<br>0   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.69___<br>☐ Schedule G _____<br>Dave Scobey

3.23<br>1   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.70___<br>☐ Schedule G _____<br>Dave Scobey

3.23<br>2   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.221___<br>☐ Schedule G _____<br>Mike Starr

3.23<br>3   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.228___<br>☐ Schedule G _____<br>Nancy Zahrn

3.23<br>4   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.85___<br>☐ Schedule G _____<br>Donald Coleman

Debtor 1   William H. Carpenter _____     Case number *(if known)*   17-11808 _____

▮ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.23 5   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
▮ Schedule E/F, line ___4.303___
☐ Schedule G _____
Stacy Floyd

3.23 6   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
▮ Schedule E/F, line ___4.214___
☐ Schedule G _____
Michael Moser

3.23 7   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
▮ Schedule E/F, line ___4.215___
☐ Schedule G _____
Michael Nelson

3.23 8   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
▮ Schedule E/F, line ___4.164___
☐ Schedule G _____
John Vasquez

3.23 9   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
▮ Schedule E/F, line ___4.103___
☐ Schedule G _____
Francisco Bolanos

3.24 0   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
▮ Schedule E/F, line ___4.330___
☐ Schedule G _____
Wayne Lerner

3.24 1   P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
▮ Schedule E/F, line ___4.182___
☐ Schedule G _____
Ken Olsted

Debtor 1    William H. Carpenter

Case number *(if known)*    17-11808

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.24
2

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.190___
☐ Schedule G _____
Kyle Obermeyer

3.24
3

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.143___
☐ Schedule G _____
Jared Poe

3.24
4

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.152___
☐ Schedule G _____
Jerry Howard

3.24
5

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.42___
☐ Schedule G _____
Charlie Pollard

3.24
6

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.109___
☐ Schedule G _____
G. Councill

3.24
7

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.125___
☐ Schedule G _____
Hugo Jaimez

3.24
8

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.81___
☐ Schedule G _____
Diego Salcido

Debtor 1    William H. Carpenter                                   Case number (if known)    17-11808

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.24
9
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line __4.121__
☐ Schedule G _____
Henry Sanders

3.25
0
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line __4.79__
☐ Schedule G _____
Devon Felkner

3.25
1
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line __4.135__
☐ Schedule G _____
Jaime Gutierrez

3.25
2
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line __4.219__
☐ Schedule G _____
Miguel Moran

3.25
3
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line __4.230__
☐ Schedule G _____
Nick Lerma

3.25
4
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line __4.126__
☐ Schedule G _____
Ignacio Medel

3.25
5
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line __4.118__
☐ Schedule G _____
Gustavo Muro

Debtor 1  William H. Carpenter

Case number *(if known)*  17-11808

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

---

3.25
6

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.299___
☐ Schedule G _____
Shannon Nafus

---

3.25
7

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.295___
☐ Schedule G _____
Scott Rushton

---

3.25
8

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.30___
☐ Schedule G _____
Brian Sudsbury

---

3.25
9

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.218___
☐ Schedule G _____
Miguel Batres

---

3.26
0

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.309___
☐ Schedule G _____
Stephen Diaz

---

3.26
1

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.195___
☐ Schedule G _____
Lawrence Odonnell

---

3.26
2

P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.107___
☐ Schedule G _____
Franklin Powers

---

Debtor 1   William H. Carpenter                                    Case number *(if known)*   17-11808

| | | |
|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt
Check all schedules that apply: |
|---|---|

3.26
3
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.74___
☐ Schedule G _____
David Solis

3.26
4
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.15___
☐ Schedule G _____
Anthony Stiggers

3.26
5
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.211___
☐ Schedule G _____
Mario Tejada

3.26
6
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.131___
☐ Schedule G _____
Ismael Alvarado

3.26
7
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.6___
☐ Schedule G _____
Alejandro Flores

3.26
8
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.176___
☐ Schedule G _____
Juan Bonilla

3.26
9
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.177___
☐ Schedule G _____
Juan Cervantes

Debtor 1   William H. Carpenter

Case number *(if known)*   17-11808

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.27
0
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.11___
☐ Schedule G _____
Angel Diaz

3.27
1
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.204___
☐ Schedule G _____
Lonny Duran

3.27
2
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.35___
☐ Schedule G _____
Carlos Ecute

3.27
3
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.192___
☐ Schedule G _____
Larry Gilbert

3.27
4
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.117___
☐ Schedule G _____
Gilbert Murrieta

3.27
5
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.297___
☐ Schedule G _____
Sergio Perez

3.27
6
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.9___
☐ Schedule G _____
Alvaro Ramiriz

Debtor 1   William H. Carpenter        Case number *(if known)*   17-11808

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.27
7    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.38___
☐ Schedule G _____
Cecilia Rivera

3.27
8    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.7___
☐ Schedule G _____
Alex Sanchez

3.27
9    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.87___
☐ Schedule G _____
Donald Tobias

3.28
0    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.172___
☐ Schedule G _____
Joseph Altig

3.28
1    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.332___
☐ Schedule G _____
William Cardenas

3.28
2    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.100___
☐ Schedule G _____
Everett Cooney

3.28
3    P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.168___
☐ Schedule G _____
Jose Espinosa

Debtor 1   William H. Carpenter

Case number *(if known)*   17-11808

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.28<br>4    P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.89___<br>☐ Schedule G _____<br>Douglas Frasier |
| 3.28<br>5    P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.161___<br>☐ Schedule G _____<br>John Frost |
| 3.28<br>6    P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.136___<br>☐ Schedule G _____<br>Jaime Lemas |
| 3.28<br>7    P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.137___<br>☐ Schedule G _____<br>Jaime Meza |
| 3.28<br>8    P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.101___<br>☐ Schedule G _____<br>Favian Rodriguez |
| 3.28<br>9    P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.322___<br>☐ Schedule G _____<br>Tim Scheil |
| 3.29<br>0    P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.47___<br>☐ Schedule G _____<br>Christian Alvarado |

Debtor 1   William H. Carpenter                                    Case number *(if known)*   17-11808

| | |
|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.29<br>1   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.40___<br>☐ Schedule G _____<br>Charles Ayers |
| 3.29<br>2   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.3___<br>☐ Schedule G _____<br>A. Dawkins |
| 3.29<br>3   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.208___<br>☐ Schedule G _____<br>Manuel Del Rio |
| 3.29<br>4   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.258___<br>☐ Schedule G _____<br>Randall Johnson |
| 3.29<br>5   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.179___<br>☐ Schedule G _____<br>Justin Kroviak |
| 3.29<br>6   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.289___<br>☐ Schedule G _____<br>Samuel Lamar |
| 3.29<br>7   P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.247___<br>☐ Schedule G _____<br>Paul Lanssen |

Debtor 1   William H. Carpenter

Case number *(if known)*   17-11808

| | Additional Page to List More Codebtors |
|---|---|
| | *Column 1:* **Your codebtor** |

| | Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.29<br>8 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.237___<br>☐ Schedule G _____<br>Octavio Mora |
| 3.29<br>9 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.257___<br>☐ Schedule G _____<br>Rahbarvafee |
| 3.30<br>0 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.235___<br>☐ Schedule G _____<br>O. Serrano |
| 3.30<br>1 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.243___<br>☐ Schedule G _____<br>Othia Spann |
| 3.30<br>2 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.198___<br>☐ Schedule G _____<br>LeRoy Stoneham |
| 3.30<br>3 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.184___<br>☐ Schedule G _____<br>Kenth Stuart |
| 3.30<br>4 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.222___<br>☐ Schedule G _____<br>Mike When |

Debtor 1    William H. Carpenter                                    Case number *(if known)*    17-11808

| ▮ | **Additional Page to List More Codebtors** |
| --- | --- |
| | *Column 1:* **Your codebtor** |

*Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

3.30 5
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.99___
☐ Schedule G _____
Errol Williams

3.30 6
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.255___
☐ Schedule G _____
Phares McBride

3.30 7
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.111___
☐ Schedule G _____
Gary Pickett

3.30 8
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.18___
☐ Schedule G _____
Antonio Carter

3.30 9
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.58___
☐ Schedule G _____
Damen Henderson

3.31 0
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.320___
☐ Schedule G _____
Tim Duncan

3.31 1
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.325___
☐ Schedule G _____
Tony Wagstaff

Debtor 1   William H. Carpenter                                    Case number *(if known)*   17-11808

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt Check all schedules that apply: |

3.31
2
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.65___
☐ Schedule G _____
Daniel Groff

3.31
3
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.149___
☐ Schedule G _____
Jeffrey Hillburn

3.31
4
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.43___
☐ Schedule G _____
Charlie Robinson

3.31
5
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.274___
☐ Schedule G _____
Rodney Fuller

3.31
6
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.106___
☐ Schedule G _____
Franklin Foster

3.31
7
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.300___
☐ Schedule G _____
Shawn Savage

3.31
8
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.150___
☐ Schedule G _____
Jeffrey Madison

Debtor 1    William H. Carpenter

Case number *(if known)*    17-11808

| Additional Page to List More Codebtors | |
|---|---|
| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |

3.31
9
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line   4.127
☐ Schedule G _____
Illinois Workers' Comp. Commission

3.32
0
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line   4.1
☐ Schedule G _____
Virginia Workers Comp. Committee

3.32
1
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line   4.307
☐ Schedule G _____
State of Kansas Workers Comp.

3.32
2
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line   4.339
☐ Schedule G _____
Workers Comp. Board of State of IN

3.32
3
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line   4.305
☐ Schedule G _____
State of CA Division of Workers Com

3.32
4
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line   4.326
☐ Schedule G _____
Uninsured Employers Benefits Trust

3.32
5
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line   4.102
☐ Schedule G _____
FL Division of Workers Comp.

Debtor 1  William H. Carpenter                                    Case number *(if known)*  17-11808

| | | |
|---|---|---|
| **Additional Page to List More Codebtors** | | |
| *Column 1:* **Your codebtor** | | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.32 6
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.239___
☐ Schedule G _____
Oklahoma Workers Comp. Commission

3.32 7
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.224___
☐ Schedule G _____
Missouri Division of Workers Comp.

3.32 8
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.337___
☐ Schedule G _____
Wisconsin Workers Comp. Division

3.32 9
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.128___
☐ Schedule G _____
Industrial Commission of Arizona

3.33 0
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.238___
☐ Schedule G _____
Ohio Bureau of Workers Comp.

3.33 1
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.185___
☐ Schedule G _____
Kentucky Dept. of Workers Claims

3.33 2
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.212___
☐ Schedule G _____
Maryland Workers Comp. Commission

Debtor 1   William H. Carpenter                                     Case number *(if known)*   17-11808

| ▮ | **Additional Page to List More Codebtors** |
| --- | --- |

*Column 1:* **Your codebtor**                          *Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

3.33
3     P.T.O. Services, Inc.
      1000 Jorie Blvd., Suite 228
      Oak Brook, IL 60523-4481

☐ Schedule D, line _____
▮ Schedule E/F, line ___4.114___
☐ Schedule G _____
Georgia State Board of Workers Comp

3.33
4     P.T.O. Services, Inc.
      1000 Jorie Blvd., Suite 228
      Oak Brook, IL 60523-4481

☐ Schedule D, line _____
▮ Schedule E/F, line ___4.301___
☐ Schedule G _____
South Carolina Workers Comp.

3.33
5     P.T.O. Services, Inc.
      1000 Jorie Blvd., Suite 228
      Oak Brook, IL 60523-4481

☐ Schedule D, line _____
▮ Schedule E/F, line ___4.252___
☐ Schedule G _____
Pennsylvania Bureau of Workers Comp

3.33
6     P.T.O. Services, Inc.
      1000 Jorie Blvd., Suite 228
      Oak Brook, IL 60523-4481

☐ Schedule D, line _____
▮ Schedule E/F, line ___4.304___
☐ Schedule G _____
State of Arkansas Workers Comp.

3.33
7     P.T.O. Services, Inc.
      1000 Jorie Blvd., Suite 228
      Oak Brook, IL 60523-4481

☐ Schedule D, line _____
▮ Schedule E/F, line ___4.306___
☐ Schedule G _____
State of Connecticut Workers Comp.

3.33
8     P.T.O. Services, Inc.
      1000 Jorie Blvd., Suite 228
      Oak Brook, IL 60523-4481

☐ Schedule D, line _____
▮ Schedule E/F, line ___4.308___
☐ Schedule G _____
State of Nevada Dept. of Business

3.33
9     P.T.O. Services, Inc.
      1000 Jorie Blvd., Suite 228
      Oak Brook, IL 60523-4481

☐ Schedule D, line _____
▮ Schedule E/F, line ___4.217___
☐ Schedule G _____
Michigan Dept. of Licensing

Debtor 1   William H. Carpenter                                    Case number *(if known)*   17-11808

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.34
0
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.233___
☐ Schedule G _____
North Carolina Industrial Comm.

3.34
1
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.225___
☐ Schedule G _____
Missouri Division of Workers Comp.

3.34
2
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.52___
☐ Schedule G _____
Christopher Latinette

3.34
3
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___2.4___
☐ Schedule G _____
Employment Development Dept.

3.34
4
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___2.1___
☐ Schedule G _____
Central States Pension Fund

3.34
5
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___2.11___
☐ Schedule G _____
New Jersey Property-Liability

3.34
6
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___2.2___
☐ Schedule G _____
Department of Treasury

Debtor 1   William H. Carpenter                                          Case number *(if known)*   17-11808

| | Additional Page to List More Codebtors | |
|---|---|---|
| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| | | |
|---|---|---|
| 3.34<br>7 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.10___<br>☐ Schedule G _____<br>Kansas Department of Revenue |
| 3.34<br>8 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.229___<br>☐ Schedule G _____<br>Nepost |
| 3.34<br>9 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.14___<br>☐ Schedule G _____<br>State of NJ Dept. of Treasury |
| 3.35<br>0 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.13___<br>☐ Schedule G _____<br>State of NJ Dept. of the Treasury |
| 3.35<br>1 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.328___<br>☐ Schedule G _____<br>Virginia Carpenter |
| 3.35<br>2 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.334___<br>☐ Schedule G _____<br>William M. Carpenter |
| 3.35<br>3 | P.T.O. Services, Inc.<br>1000 Jorie Blvd., Suite 228<br>Oak Brook, IL 60523-4481 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.12___<br>☐ Schedule G _____<br>New York Dept. of Taxation |

Debtor 1   William H. Carpenter                                   Case number *(if known)*   17-11808

☐ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
| --- | --- |

3.35
4
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___2.15___
☐ Schedule G _____
UFCW

3.35
5
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
■ Schedule E/F, line ___4.331___
☐ Schedule G _____
Westmont Lincoln LLC

3.35
6
Superior Enterprise Solutions Inc.
1000 Jorie Blvd., Ste 228
Oak Brook, IL 60523

☐ Schedule D, line _____
■ Schedule E/F, line ___2.8___
☐ Schedule G _____
Internal Revenue Service

3.35
7
Transporation Personnel Services
1000 Jorie Blvd., Ste 228
Oak Brook, IL 60523

☐ Schedule D, line _____
■ Schedule E/F, line ___2.7___
☐ Schedule G _____
Internal Revenue Service

3.35
8
Transporation Personnel Services
1000 Jorie Blvd., Ste 228
Oak Brook, IL 60523

☐ Schedule D, line _____
■ Schedule E/F, line ___2.9___
☐ Schedule G _____
Internal Revenue Service

3.35
9
Transportation Personnel Services
1000 Jorie Blvd.
Oak Brook, IL 60523

☐ Schedule D, line _____
■ Schedule E/F, line ___4.112___
☐ Schedule G _____
GE Capital Solutions

3.36
0
P.T.O. Services, Inc.
1000 Jorie Blvd., Suite 228
Oak Brook, IL 60523-4481

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G ___2.1___
Hinsdale Management Corporation

Fill in this information to identify your case:

Debtor 1 William H. Carpenter
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Northern          District of Illinois
(State)

Case number 17-11808
(if known)

☑ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ *William Carpenter*          ✗ _____
Signature of Debtor 1          Signature of Debtor 2

Date 5/22/17          Date _____
MM / DD / YYYY          MM / DD / YYYY